IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC. a Pennsylvania Corporation, <br><br> Plaintiff, <br><br> v. <br><br> SWISSLOG HOLDING AG, a Swiss Corporation, <br><br> SWISSLOG MANAGEMENT AG, a Swiss Corporation, <br><br> TRANSLOGIC CORPORATION a Delaware Corporation, and <br><br> SWISSLOG NORTH AMERICA, a Delaware Corporation, <br><br> Defendants. | Civil Action No. _____ <br><br> Demand for Jury Trial |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Plaintiff certifies that Plaintiff does have a parent corporation, McKesson Corporation. McKesson Corporation owns ten percent (10%) or more of its membership interest.

117629.00150/40157024v.1
WO 458588.1

Blair M. Jacobs  
Robert A. Gutkin  
Christina A. Ondri  
SUTHERLAND ASBILL &  
 BRENNAN LLP  
1275 Pennsylvania Avenue, NW  
Washington, DC 20004  
Tel: (202) 383-1100  
Fax: (202) 637-3593  

Troy R. Covington  
Julie A. Tennyson  
SUTHERLAND ASBILL &  
 BRENNAN LLP  
999 Peachtree, NE  
Atlanta, GA 30309  
Tel: (404) 853-8000  
Fax: (404) 853-8806  

BLANK ROME LLP  

_____  
Neal C. Belgam (#2721)  
Dale R. Dubé (#2863)  
Chase Manhattan Centre  
1201 Market Street, Suite 800  
Wilmington, DE 19801  
Tel: (302) 425-6472  
Fax: (302) 425-6464  

*Counsel for Plaintiff*  
*McKesson Automation, Inc.*  

Dated: January 13, 2006