AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

United States District Court   District of Delaware

MCKESSON AUTMATION INC.,

        Plaintiff,

V.

SWISSLOG HOLDING AG, SWISSLOG
MANAGEMENT AG, TRANSLOGIC CORPORATION,
SWISSLOG NORTH AMERICA,
        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-028

TO: (Name and address of Defendant)

TRANSLOGIC CORPORATION
c/o National Registered Agents, Inc.
  160 Greentree Drive, Suite 101
  Dover, DE  19904

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Neal C. Belgam
Dale R. Dube
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, DE  19801
(302) 425-6400

an answer to the complaint which is served on you with this summons, within _____Twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                      1/23/05

CLERK                                                                   DATE

(By) DEPUTY CLERK

2002 © American LegalNet, Inc.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE: January 24, 2006 |
| NAME OF SERVER (PRINT): Edward Jones | TITLE: Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where: National Registered Agents Inc. 160 Greentree Drive Ste 101, Dover DE 19904. Service Accepted by Thomas Norris at 9:50 AM.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/24/06
Date

Signature of Server: Edward J Jones

Address of Server: 32 Loockerman Sq Ste 109 Dover, DE 19904

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.