IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION INC.<br>a Pennsylvania Corporation,<br><br>   Plaintiff,<br><br>  v.<br><br>SWISSLOG HOLDING AG,<br>a Swiss Corporation,<br>SWISSLOG MANAGEMENT AG,<br>a Swiss Corporation,<br>TRANSLOGIC CORPORATION<br>a Delaware Corporation, and<br>SWISSLOG NORTH AMERICA,<br>a Delaware Corporation,<br><br>   Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 06-028<br>:<br>: Demand for Jury Trial<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### PROPOSED ORDER

  IT IS HEREBY ORDERED that counsel's Motion For Admission *Pro Hac Vice* of Blair M. Jacobs is GRANTED.


Date: _____  _____
                      United States District Judge