IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION INC.<br>a Pennsylvania Corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>SWISSLOG HOLDING AG,<br>a Swiss Corporation,<br>SWISSLOG MANAGEMENT AG,<br>a Swiss Corporation,<br>TRANSLOGIC CORPORATION<br>a Delaware Corporation, and<br>SWISSLOG NORTH AMERICA,<br>a Delaware Corporation,<br><br>        Defendants. | Civil Action No. 06-028<br><br>Demand for Jury Trial |

## PROPOSED ORDER

IT IS HEREBY ORDERED that counsel's Motion For Admission *Pro Hac Vice* of Robert A. Gutkin is GRANTED.

Date: _____        _____
                                                                                        United States District Judge

124402.00601/40159426v.1