IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION INC. a Pennsylvania Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SWISSLOG HOLDING AG, a Swiss Corporation, SWISSLOG MANAGEMENT AG, a Swiss Corporation, TRANSLOGIC CORPORATION a Delaware Corporation, and SWISSLOG NORTH AMERICA, a Delaware Corporation,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:  Civil Action No. 06-028<br>:<br>:  Demand for Jury Trial<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission *pro hac vice* of Troy R. Covington to represent Plaintiff McKesson Automation Inc. in this matter.

BLANK ROME LLP

By: _____
Neal C. Belgam, Esquire
I.D. No. 2721
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone: (302) 425-6472
Fax:    (302) 425-6464

*Attorneys for Plaintiff*
*McKesson Automation Inc.*

February 2, 2006

124402.00601/40159428v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 1/30/06

Signed: _____
Troy R. Covington
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree, NE
Atlanta, GA 30309
Tel: (404) 853-8000
Fax: (404) 853-8806

## CERTIFICATE OF SERVICE

I, Neal C. Belgam, Esquire, hereby certify that on February 2, 2006, copies of the foregoing **Motion and Order for Admission** *Pro Hac Vice* was served via First Class Mail postage prepaid upon the following:

Translogic Corporation
c/o National Registered Agents, Inc.
160 Greentree Drive, Suite 101
Dover, DE  19904

Swisslog North America
10825 E. 47th Avenue
Denver, Colorado  80239-2913

By: _____
Neal C. Belgam (DE # 2721)