10

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MCKESSON AUTOMATION INC.          :
a Pennsylvania Corporation,       :
                                  :
            Plaintiff,            :
                                  :        Civil Action No. 06-028
        v.                        :
                                  :        Demand for Jury Trial
SWISSLOG HOLDING AG,              :
a Swiss Corporation,              :
SWISSLOG MANAGEMENT AG,           :
a Swiss Corporation,              :
TRANSLOGIC CORPORATION            :
a Delaware Corporation, and       :
SWISSLOG NORTH AMERICA,           :
a Delaware Corporation,           :
                                  :
            Defendants.           :
                                  :

## PROPOSED ORDER

IT IS HEREBY ORDERED that counsel's Motion For Admission *Pro Hac Vice* of Blair

M. Jacobs is GRANTED.


Date: ___2/7/06___                    _____
                                       United States District Judge