IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION INC. a Pennsylvania Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SWISSLOG HOLDING AG, a Swiss Corporation, SWISSLOG MANAGEMENT AG, a Swiss Corporation, TRANSLOGIC CORPORATION a Delaware Corporation, and SWISSLOG NORTH AMERICA, a Delaware Corporation,<br><br>Defendants. | Civil Action No. 06-028<br><br>Demand for Jury Trial |

## PROPOSED ORDER

IT IS HEREBY ORDERED that counsel's Motion For Admission *Pro Hac Vice* of Troy R. Covington is GRANTED.

Date: 2/7/06

_____
United States District Judge

124402.00601/40159428v.1