AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

United States District Court  District of  Delaware

MCKESSON AUTOMATION INC.,

Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

SWISSLOG HOLDING AG, SWISSLOG
MANAGEMENT AG, TRANSLOGIC CORPORATION,
SWISSLOG NORTH AMERICA,

CASE NUMBER:  06-028  (KAJ )

Defendants.

TO: (Name and address of Defendant)

SWISSLOG NORTH AMERICA
c/o Delaware Secretary of State
   401 Federal Street, Suite 4
   Dover, DE  19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Neal C. Belgam
Dale R. Dube
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, DE  19801
(302) 425-6400

an answer to the complaint which is served on you with this summons, within _____Twenty (20)_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

**PETER T. DALLEO**

JAN 2 7 2006

CLERK

DATE

(By) DEPUTY CLERK

2002 © American LegalNet, Inc.

AO 440 (Rev. 8/01) Summons in a Civil Action

| **RETURN OF SERVICE** | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>January 30, 2006 | |
| NAME OF SERVER *(PRINT)*<br>Edward Jones | TITLE<br>Process Server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where Delaware Secretary of State, 401 Federal Sheet Dover DE 19901. Service accepted by Nancy Cochat 4:21 pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other (specify): _____

| **STATEMENT OF SERVICE FEES** | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/30/06
_____
Date

_____
*Signature of Server*

32 Washington St Ste 108 Dover DC 19904
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.