IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-028 (KAJ) |
| ) | |
| SWISSLOG HOLDING AG, ) | |
| SWISSLOG MANAGEMENT AG, ) | |
| TRANSLOGIC CORPORATION, and ) | |
| SWISSLOG NORTH AMERICA, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND [PROPOSED] ORDER
EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STPULATED AND AGREED by and between the undersigned counsel for plaintiff McKesson Automation, Inc., and defendants Translogic Corporation ("Translogic") and Swisslog North America ("Swisslog NA"), subject to approval by the Court, that the deadline for Translogic and Swisslog NA to answer, move or otherwise respond to the Complaint herein is extended to March 8, 2006.

IT IS FURTHER STIPULATED that this is the first such extension by the parties in the above-captioned matter.

| BLANK ROME LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Neal C. Belgam* | */s/ Julia Heaney* |
| _____ | _____ |
| Neal C. Belgam (#2721) | Julia Heaney (#3052) |
| Dale R. Dubé (2863) | 1201 N. Market Street |
| Chase Manhattan Centre | P.O. Box 1347 |
| 1201 Market Street, Suite 800 | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 658-9200 |
| (302) 425-6472 | jheaney@mnat.com |

SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 383-1100
　*Attorneys for Plaintiff*
　*McKesson Automation, Inc.*

DICKSTEIN SHAPIRO MORIN &
　OSHINSKY LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 835-1400
　*Attorneys for Defendants Translogic*
　*Corporation and Swisslog North America*

SO ORDERED this _____ day of February, 2006.

_____
U.S.D.J.

506532