IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON AUTOMATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-028 (KAJ) |
| | ) | |
| SWISSLOG HOLDING AG, | ) | |
| SWISSLOG MANAGEMENT AG, | ) | |
| TRANSLOGIC CORPORATION, and | ) | |
| SWISSLOG NORTH AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER
EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiff McKesson Automation, Inc., and defendant Translogic Corporation ("Translogic"), subject to approval by the Court, that the deadline for Translogic to answer, move or otherwise respond to the Complaint herein is extended to March 15, 2006.

BLANK ROME LLP

*/s/ Neal C. Belgam*
_____
Neal C. Belgam (#2721)
Dale R. Dubé (2863)
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE  19801
(302) 425-6472


SUTHERLAND ASBILL & BRENNAN
LLP
1275 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 383-1100
  *Attorneys for Plaintiff
  McKesson Automation, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*
_____
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jheaney@mnat.com


DICKSTEIN SHAPIRO MORIN &
  OSHINSKY LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 835-1400
  *Attorneys for Defendants Translogic
  Corporation*

SO ORDERED this _____ day of March, 2006.

_____
                                            U.S.D.J.

506532