UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> SWISSLOG HOLDING AG, SWISSLOG MANAGEMENT AG, TRANSLOGIC CORPORATION, and SWISSLOG NORTH AMERICA, <br><br> Defendants. | CA No. 06-028 (KAJ) |

## NOTICE OF DISMISSAL OF SWISSLOG NORTH AMERICA

TO:  Julia Heaney, Esquire                      Lawrence C. Drucker, Esquire
     Morris, Nichols, Arsht &                   Dickstein Shapiro Morin &
       Tunnell LLP                                Oshinsky LLP
     1201 North Market Street                   1177 Avenue of the Americas
     Wilmington, DE  19801                      New York, NY  10036

PLEASE TAKE NOTICE that the claims against defendant Swisslog North America are hereby dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(i), without prejudice and with each party to bear its own costs and fees.

Dated:  April 12, 2006

DOCSNY.185711.1
124402.00601/40160559v.1

BLANK ROME LLP

*Dale Dubé*
_____
Neal C. Belgam (#2721)
Dale R. Dubé (#2863)
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
Tel.: (302) 425-6472
Fax.: (302) 425-6464

SUTHERLAND ASBILL & BRENNAN LLP
Blair Jacobs, Esquire
Robert Gutkin, Esquire
Christina A. Ondrick, Esquire
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Tel.: (202) 383-0110
Fax.: (202) 637-3593

Attorneys for Plaintiff McKesson
Automation, Inc.

## CERTIFICATE OF SERVICE

I, Dale R. Dubé, Esquire, do hereby certify that on this 12th day of April, 2006, I caused copies of WAIVER OF SERVICE OF SUMMONS to be served in the manners indicated upon the following:

**VIA ELECTRONIC FILING**

Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**

Richard LaCava, Esquire
Lawrence C. Drucker, Esquire
Alfred Fabricant, Esquire
Dickstein Shapiro Morin & Oshinsky LLP
1177 Avenue of the Americas
New York, NY 10036

By: /s/ Dale R. Dubé
Dale R. Dubé (DE # 2863)