IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC. a Delaware Corporation, ) ) ) ) Plaintiffs, ) ) v. ) ) TRANSLOGIC CORPORATION a Delaware Corporation, ) ) ) ) SWISSLOG NORTH AMERICA a Delaware Corporation, ) ) ) ) SWISSLOG MANAGEMENT AG, a Delaware Corporation, ) ) ) ) SWISSLOG HOLDING AG, a Delaware Corporation, ) ) ) ) Defendant. ) | Civil Action No. 1:06CV00028-KAJ  Demand for Jury Trial |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 19th day of May, 2006, copies of this **Notice of Service, Plaintiff's First Set of Interrogatories to Translogic Corporation** and **Plaintiff McKesson Automation Inc.'s First Set of Requests for Production of Documents and Things to Defendant Translogic Corporation** were served upon the following counsel of record in the manners indicated:

**Via Hand Delivery & E-mail**
Julia Heaney, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**Via E-Mail**
Lawrence C. Drucker, Esq.
Alfred R. Fabricant, Esq.
Richard LaCava, Esq.
DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
1177 Avenue of the Americas
New York, NY 10036

124402.00601/40162190v.1

BLANK ROME LLP

_____
Neal C. Belgam (I.D. No. 2721)
1201 Market Street
Suite 800
Wilmington, DE 19801
(302) 425-6400

Dated: May 19, 2006

124402.00601/40162190v.1