### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC. <br> a Delaware Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> TRANSLOGIC CORPORATION <br> a Delaware Corporation, <br><br> SWISSLOG NORTH AMERICA <br> a Delaware Corporation, <br><br> SWISSLOG MANAGEMENT AG, <br> a Delaware Corporation, <br><br> SWISSLOG HOLDING AG, <br> a Delaware Corporation, <br><br> Defendant. | Civil Action No. 1:06CV00028-KAJ <br><br> Demand for Jury Trial |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 30th day of May, 2006, copies of **Plaintiff McKesson Automation, Inc.'s Initial Disclosure Statement** were served upon the following counsel of record in the manners indicated:

**Via E-mail**
Julia Heaney, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**Via E-Mail & Federal Express**
Lawrence C. Drucker, Esq.
Alfred R. Fabricant, Esq.
Richard LaCava, Esq.
DICKSTEIN SHAPIRO MORIN &
OSHINSKY LLP
1177 Avenue of the Americas
New York, NY 10036

124402.00601/40162190v.1

BLANK ROME LLP

_____
Neal C. Belgam (I.D. No. 2721)
1201 Market Street
Suite 800
Wilmington, DE 19801
(302) 425-6400

Dated: May 31, 2006

## CERTIFICATE OF SERVICE

I, Neal C. Belgam, Esquire, do hereby certify that on this 31st day of May, 2006, I caused copies of the foregoing NOTICE OF SERVICE to be served in the manners indicated upon the following:

**VIA ELECTRONIC FILING**

Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19801

**VIA ELECTRONIC FILING**

Lawrence C. Drucker, Esquire
Alfred R. Fabricant, Esquire
Richard LaCava, Esquire
Dickstein Shapiro Morin & Oshinsky LLP
1177 Avenue of the Americas
New York, NY 10036

By: _____
Neal C. Belgam (DE #2721)