UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> SWISSLOG HOLDING AG, SWISSLOG MANAGEMENT AG, and TRANSLOGIC CORPORATION. <br><br> Defendants. | CA No. 06-028 (KAJ) |

### NOTICE OF DISMISSAL OF SWISSLOG HOLDING, A.G. AND SWISSLOG MANAGEMENT, A.G.

TO:  Julia Heaney, Esquire                    Lawrence C. Drucker, Esquire
     Morris, Nicols, Arsht &                  Dickstein, Shapiro, Morin &
       Tunnell, LLP                             Oshinsky LLP
     1201 North Market Street                 1177 Avenue of the Americas
     Wilmington, DE 19801                     New York, NY  10036

PLEASE TAKE NOTICE that the claims against defendants Swisslog Holding, A.G. and Swisslog Management, A.G. are hereby dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(i), without prejudice and with each party to bear its own costs and fees.

Dated: June 20, 2006

BLANK ROME LLP

_____
Neal C. Belgam (#2721)
Dale R. Dubé (#2863)
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
Tel.: (302) 425-6472
Fax.: (302) 425-6464

SUTHERLAND ASBILL & BRENNAN LLP
Blair Jacobs, Esquire
Robert Gutkin, Esquire
Christina A. Ondrick, Esquire
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Tel.: (202) 383-0110
Fax.: (202) 637-3593

Attorneys for Plaintiff
McKesson Automation, Inc.

WO 507248.1

## CERTIFICATE OF SERVICE

I, Neal C. Belgam, Esquire, do hereby certify that on this 20th day of June, 2006, I caused copies of the foregoing Notice Of Dismissal Of Swisslog Holding, A.G. and Swisslog Management, A.G. to be served in the manners indicated upon the following:

**VIA ELECTRONIC FILING:**
Julia Heaney, Esquire
Morris, Nicols, Arsht & Tunnell, LLP
1201 North Market Street
Wilmington, DE 19801

**VIA FEDERAL EXPRESS:**

Lawrence C. Drucker, Esquire
Dickstein, Shapiro, Morin &
Oshinsky LLP
1177 Avenue of the Americas
New York, NY 10036

By: /s/ Neal C. Belgam
Neal C. Belgam (DE #2721)

WO 507248.1