## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> SWISSLOG HOLDING AG, <br> SWISSLOG MANAGEMENT AG, <br> TRANSLOGIC CORPORATION, and <br> SWISSLOG NORTH AMERICA, <br><br> Defendants. | CA No. 06-028 (KAJ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Defendant Translogic Corporation's Responses to Plaintiff's First Set of Interrogatories to Translogic Corporation and Defendant Translogic Corporation's Responses to Plaintiff McKesson Automation, Inc.'s First Set of Requests for Production of Documents and Things to Defendant Translogic Corporation were caused to be served upon the following counsel in the manner indicated:

### BY FEDERAL EXPRESS on July 7, 2006:

Neal C. Belgam, Esquire
Dale R. Dube, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE  19801

Blair M. Jacobs, Esquire
Robert A. Gutkin, Esquire
Christina A. Ondrick, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC  20004

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____

Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jheaney@mnat.com
   *Attorneys for Defendant Translogic Corporation*


OF COUNSEL:

Alfred R. Fabricant
Lawrence D. Drucker
Richard LaCava
DICKSTEIN SHAPIRO MORIN *&* OSHINSKY LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500


July 10, 2006

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 10, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Neal C. Belgam, Esquire
> Dale R. Dubé, Esquire
> Blank Rome LLP
> Chase Manhattan Centre
> 1201 Market Street, Suite 800
> Wilmington, DE  19801

and I, the undersigned, also hereby certify that on July 10, 2006, I sent by Federal Express, the above-stated document to:

> Blair M. Jacobs, Esquire
> Sutherland Asbill & Brennan LLP
> 1275 Pennsylvania Avenue, NW
> Washington, DC  20004

> /s/ *Julia Heaney* (#3052)
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> jheaney@mnat.com