IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC.,<br><br>        Plaintiff,<br><br>      v.<br><br>SWISSLOG HOLDING AG,<br>SWISSLOG MANAGEMENT AG,<br>TRANSLOGIC CORPORATION, and<br>SWISSLOG NORTH AMERICA,<br><br>        Defendants. | CA No. 06-028 (KAJ) |

## NOTICE OF LAW FIRM NAME CHANGE

PLEASE TAKE NOTICE that effective July 5, 2006 the law firm of Dickstein Shapiro Morin & Oshinsky LLP has changed its name to Dickstein Shapiro LLP. The main address, telephone number and facsimile number remain the same. All pleadings, notices and correspondence should be addressed as follows:

>Dickstein Shapiro LLP
>1177 Avenue of the Americas
>New York, New York 10036-2714

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    /s/ Julia Heaney
    Julia Heaney (#3052)
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE  19899-1347
    (302) 658-9200
    jheaney@mnat.com
      *Attorneys for Defendant Translogic Corporation*

OF COUNSEL:
Alfred R. Fabricant
Lawrence D. Drucker
Richard LaCava
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500
July 13, 2006

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on July 13, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Neal C. Belgam, Esquire
>Dale R. Dubé, Esquire
>Blank Rome LLP
>Chase Manhattan Centre
>1201 Market Street, Suite 800
>Wilmington, DE  19801

and I, the undersigned, also hereby certify that on July 13, 2006, I sent by first-class mail, the above-stated document to:

>Blair M. Jacobs, Esquire
>Sutherland Asbill & Brennan LLP
>1275 Pennsylvania Avenue, NW
>Washington, DC  20004

>/s/ *Julia Heaney* (#3052)
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>jheaney@mnat.com