## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| McKESSON AUTOMATION, INC., | |
| Plaintiff, | CA No. 06-028 (KAJ) |
| | JURY TRIAL OF |
| v. | TWELVE DEMANDED |
| SWISSLOG ITALIA S.P.A, TRANSLOGIC CORPORATION | |
| Defendants. | |

## PLAINTIFF McKESSON AUTOMATION, INC.'S REPLY TO
## DEFENDANT SWISSLOG ITALIA S.P.A.'s COUNTERCLAIMS

Plaintiff McKesson Automation, Inc. ("McKesson" or "Counterclaim Defendant") by and

through the undersigned attorneys, hereby states its Reply to Defendant Swisslog Italia S.P.A.'s

("Swisslog") Counterclaims, and admits, denies, and alleges as follows:

### JURISDICTION AND VENUE

31.    McKesson admits the allegations set forth in paragraph 31 with respect to subject

matter jurisdiction and venue, to the extent that Swisslog's First and Second Counterclaims are

alleged as relating to the patent infringement asserted in the First Amended Complaint.

### THE PARTIES

32.    Upon information and belief, McKesson admits the allegations in paragraph 32.

33.    McKesson admits the allegations in paragraph 33.

## FIRST COUNTERCLAIM
### (Declaratory Judgment of Invalidity)

34.    In responding to paragraph 34, McKesson repeats and realleges its previous responses to paragraphs 31 – 33, as if fully set forth herein.

35.    McKesson denies the allegations in paragraph 35.

36.    McKesson denies the allegations in paragraph 36.

## SECOND COUNTERCLAIM
### (Declaratory Judgment of Non-Infringement)

37.    In responding to paragraph 37, McKesson repeats and realleges its previous responses to paragraphs 31 – 36, as if fully set forth herein.

38.    McKesson denies the allegations in paragraph 38.

39.    McKesson denies the allegations in paragraph 39.

## RESPONSE TO SWISSLOG'S PRAYER FOR RELIEF

McKesson denies that Swisslog is entitled to any relief as plead in the Prayer for Relief, or any relief whatsoever for its wrongful and unlawful actions.

## PRAYER FOR RELIEF

WHEREFORE, the Counterclaim Defendant prays for judgment against Swisslog as follows:

A.    That Swisslog takes nothing by way of its Counterclaims and the relief sought by Swisslog be denied;

B.    That the Counterclaims be dismissed with prejudice in their entirety;

C.    For judgment in favor of the Counterclaim Defendant on the Counterclaims;

D.    For costs, including such reasonable attorneys' fees as the Court may find recoverable; and

AO 1508256.1
124402.00601/40163515v.1

E.    For such further or alternate relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), McKesson hereby demands a jury trial

on all triable issues raised in this action.

Dated:   July 18, 2006

_____

Neal C. Belgam (#2721)
Dale R. Dubé (2863)
BLANK ROME LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE  19801
Tel.:  (302) 425-6472
Fax.:  (302) 425-6464

Blair M. Jacobs
Robert A. Gutkin
Christina A. Ondrick
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC  20004
Tel.:  (202) 383-0100
Fax.:  (202) 637-3593

*Attorneys for Plaintiff McKesson Automation, Inc.*

## CERTIFICATE OF SERVICE

I, Neal C. Belgam, Esquire, do hereby certify that on this 18th day of July, 2006, I caused copies of PLAINTIFF MCKESSON AUTOMATION, INC.'S REPLY TO DEFENDANT SWISSLOG ITALIA S.P.A. COUNTERCLAIMS to be served in the manners indicated upon the following:

### VIA ELECTRONIC FILING

Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19801

### VIA FEDERAL EXPRESS

Richard LaCava, Esquire
Lawrence C. Drucker, Esquire
Alfred Fabricant, Esquire
Dickstein Shapiro Morin & Oshinsky LLP
1177 Avenue of the Americas
New York, NY  10036

By: _____
Neal C. Belgam (DE # 2721)