IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC.<br>a Delaware Corporation,<br><br>   Plaintiffs,<br><br>  v.<br><br>TRANSLOGIC CORPORATION<br>a Delaware Corporation,<br><br>SWISSLOG NORTH AMERICA<br>a Delaware Corporation,<br><br>SWISSLOG MANAGEMENT AG,<br>a Delaware Corporation,<br><br>SWISSLOG HOLDING AG,<br>a Delaware Corporation,<br><br>   Defendant. | Civil Action No. 1:06CV00028-KAJ<br><br>Demand for Jury Trial |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 10th day of July, 2006, copies of **Plaintiff's First Set of Interrogatories to Swisslog Italia S.P.A.** and **Plaintiff McKesson Automation Inc.'s First Set of Requests for Production of Documents and Things to Defendant Swisslog Italia S.P.A.** were served electronically upon the following counsel of record:

Julia Heaney, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Lawrence C. Drucker, Esq.
Alfred R. Fabricant, Esq.
Richard LaCava, Esq.
DICKSTEIN SHAPIRO MORIN &
OSHINSKY LLP
1177 Avenue of the Americas
New York, NY 10036

124402.00601/40164017v.1

                              BLANK ROME LLP

                              /s/ Neal C. Belgam
                              Neal C. Belgam (I.D. No. 2721)
                              1201 Market Street
                              Suite 800
                              Wilmington, DE 19801
                              (302) 425-6400

Dated: August 11, 2006

## CERTIFICATE OF SERVICE

I, Neal C. Belgam, Esquire, do hereby certify that on this 11th day of August, 2006, I caused copies of the foregoing Notice of Service to be served electronically upon the following:

>Julia Heaney, Esquire
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>Wilmington, DE 19801

>Richard LaCava, Esquire
>Lawrence C. Drucker, Esquire
>Alfred Fabricant, Esquire
>Dickstein Shapiro Morin & Oshinsky LLP
>1177 Avenue of the Americas
>New York, NY 10036

By: _____
Neal C. Belgam (DE # 2721)