IN THE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SWISSLOG ITALIA S.P.A. and )<br>TRANSLOGIC CORPORATION, )<br>)<br>Defendants. ) | C.A. No. 06-028 (KAJ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 25, 2006, Plaintiff McKesson Automation, Inc. served its Responses to Defendant Translogic Corporation's First Set of Interrogatories upon the counsel listed below, by e-mail and First Class Mail:

Julia Heaney, Esquire
MORRIS, NICHOLS ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Alfred R. Fabricant, Esquire
Lawrence C. Drucker, Esquire
Richard LaCava, Esquire
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036

BLANK ROME LLP

*Dale R. Dubé*
Dale R. Dubé (I.D. No. 2863)
1201 N. Market Street
Suite 800
Wilmington, DE 19801
(302) 425-6400
dube@blankrome.com

DATED: October 27, 2006

124402.00601/40165316v.1