IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC. a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRANSLOGIC CORPORATION a Delaware Corporation, and<br><br>SWISSLOG ITALIA S.P.A. an Italian Corporation,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:06CV00028-KAJ<br><br>Demand for Jury Trial |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Please remove Neal C. Belgam, of Blank Rome LLP, as counsel for McKesson Automation, Inc. ("McKesson"), and substitute Dale R. Dubé, of Blank Rome LLP, as counsel for McKesson.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　BLANK ROME LLP

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Dale R. Dubé (# 2863)
　　　　　　　　　　　　　　　　　　　1201 Market Street. Suite 800
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　Telephone: 302-425-6400
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

Of Counsel:

Blair M. Jacobs, Esquire
Robert A. Gutkin, Esquire
Christina A. Ondrick, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, DC 20004

Dated: October 27, 2006

124402.00601/40164993v.1

## CERTIFICATE OF SERVICE

I, Dale Dubé, hereby certify that on this 27 day of October, 2006, I caused a copy of the foregoing **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** to be served electronically upon the following counsel of record:

Julia Heaney, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Lawrence C. Drucker, Esquire
Alfred R. Fabricant, Esquire
Richard LaCava, Esquire
Dickstein Shapiro Morin & Oshinsky LLP
1177 Avenue of the Americas
New York, NY 10036

_____
Dale Dubé (I.D. No. 2863)

124402.00601/40164993v.1