IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| McKESSON AUTOMATION, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action 06-28-KAJ ) |
| SWISSLOG HOLDING AG, SWISSLOG MANAGEMENT AG, and TRANSLOGIC CORPORATION, | ) ) ) ) ) |
| Defendants. | ) |

### ORDER

At Wilmington this **11th** day of **November, 2006**,

IT IS ORDERED that the tutorial hearing presently set for **December 15, 2006 at 9:30 a.m.** is hereby rescheduled to **December 18, 2006 at 9:30 a.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE