

**BLANK ROME LLP**
COUNSELORS AT LAW

Phone:  (302) 425-6467
Fax:    (302) 428-5108
Email:  Dube@BlankRome.com

November 17, 2006

**BY CM/ECF AND HAND DELIVERY**

The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
Lockbox 10
844 King Street
Wilmington, DE 19801

        Re:   *McKesson Automation, Inc. v. Swisslog Italia S.P.A. et al.*;
                C.A. No. 06-028-KAJ

Your Honor:

       The parties to the above-captioned matter have agreed to jointly work on a technology tutorial for the Court. The tutorial is currently scheduled for December 18, 2006. D.I. 66. The parties agree, however, that additional time to prepare a joint tutorial would be beneficial, as discovery in the case is still in its early stage. If the Court's calendar permits, the parties respectfully request an extension until late January or February 2007 for the tutorial. The time is needed for the parties to move forward with a cooperative effort that we believe will provide the Court with a more productive presentation.

                                        Respectfully submitted,

                                        Dale Dube
                                        Dale R. Dube

DRD:pb
cc:   Clerk of Court (by CM/ECF)
       Julia Heaney, Esquire (by CM/ECF and hand delivery)
       Lawrence C. Drucker, Esquire (by CM/ECF and Federal Express)
       Blair M. Jacobs, Esquire
       Christina A. Ondrick, Esquire