## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., a Pennsylvania Corporation, | : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 06-28-*** |
| SWISSLOGIC HOLDING AG, et al., | : : : |
| Defendants. | : |

## ORDER

At Wilmington, Delaware, this **30th** day of **January, 2007.**

As a a result of the teleconference of January 30, 2007,

1. The mediation scheduled for February 21, 2007 is canceled.

2. A status teleconference is scheduled for **Tuesday, June 26, 2007 at 8:30 a.m. Eastern time.** Defense counsel shall initiate the teleconference call.

3. The transcript of the teleconference of January 30, 2007 shall serve as an Order of the Court.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE