IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC. a Pennsylvania Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SWISSLOG HOLDING AG, a Swiss Corporation,<br><br>SWISSLOG MANAGEMENT AG, a Swiss Corporation,<br><br>TRANSLOGIC CORPORATION a Delaware Corporation,<br><br>SWISSLOG NORTH AMERICA, a Delaware Corporation, and<br><br>Defendants. | Civil Action No. 06-028 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Christopher L. May, Sutherland Asbill & Brennan LLP, 1275 Pennsylvania Avenue, NW, Washington, DC 20004 to represent McKesson Automation Inc. in this matter.

BLANK ROME LLP

/s/ Dale Dube
_____
Dale R. Dube` (#2863)
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
Tel: (302) 425-6472

*Attorneys for Plaintiff
McKesson Automation, Inc.*

February 22, 2006

WO 698648.1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____     _____
                                                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 2/21/07

Christopher L. May
Sutherland, Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 383-0100
(202) 637-3593

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2007, I caused a true and correct copy of the foregoing of MOTION AND ORDER FOR ADMISSION PRO HAC VICE to be served upon the following counsel of record as indicated:

| HAND DELIVERY AND E-MAIL | FIRST CLASS MAIL AND E-MAIL |
|---|---|
| Julia Heaney, Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Lawrence C. Drucker, Esq.<br>Alfred R. Fabricant, Esq.<br>Richard LaCava, Esq.<br>DICKSTEIN SHAPIRO LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |

_____
Dale R. Dubé