IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>SWISSLOG HOLDING AG,<br>SWISSLOG MANAGEMENT AG,<br>TRANSLOGIC CORPORATION, and<br>SWISSLOG NORTH AMERICA,<br><br>        Defendants. | CA No. 06-028 (***) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant Translogic Corporation's Amended Responses to Plaintiff's First Set of Interrogatories to Translogic Corporation* and *Defendant Swisslog Italia S.p.A. Amended Responses to Plaintiff's First Set of Interrogatories to Swisslog Italia S.p.A.* were caused to be served on February 26, 2007 upon the following counsel in the manner indicated:

### BY FEDERAL EXPRESS AND E-MAIL:

Dale R. Dube, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE  19801

Blair M. Jacobs, Esquire
Robert A. Gutkin, Esquire
Christina A. Ondrick, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC  20004

MORRIS, NICHOLS, ARSHT & TUNNELL LLP


/s/ Derek J. Fahnestock
Julia Heaney (#3052)
Derek J. Fahnestock (#4705)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
dfahnestock@mnat.com
*Attorneys for Defendants Swisslog Italia, S.p.A. and Translogic Corporation*

OF COUNSEL:

Alfred R. Fabricant
Lawrence D. Drucker
Richard LaCava
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500


February 27, 2007

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on February 27, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Dale R. Dubé, Esquire
> Blank Rome LLP

and I, the undersigned, also hereby certify that on February 27, 2007, I sent by e-mail, the above-stated document to:

> Dale R. Dubé, Esquire
> Blank Rome LLP
> Chase Manhattan Centre
> 1201 Market Street, Suite 800
> Wilmington, DE  19801
>
> Blair M. Jacobs, Esquire
> Sutherland Asbill & Brennan LLP
> 1275 Pennsylvania Avenue, NW
> Washington, DC  20004

> */s/ Derek J. Fahnestock*
> Derek J. Fahnestock (#4705)
> dfahnestock@mnat.com