# IN THE DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

MCKESSON AUTOMATION, INC.    )
                             )
          Plaintiff,         )
                             )
          v.                 )        C.A. No. 06-028 MPT
                             )
SWISSLOG ITALIA S.P.A. and   )
TRANSLOGIC CORPORATION,      )
                             )
          Defendants.        )

## <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that on February 26 2007, Plaintiff McKesson Automation, Inc. served PLAINTIFF MCKESSON AUTOMATION, INC.'S FIRST SUPPLEMENTAL RESPONSE TO DEFENDANT TRANSLOGIC CORPORATION'S FIRST SET OF INTERROGATORIES (NOS. 1-2, 5-8, 14-15 & 20-27) upon the counsel listed below, by e-mail and First Class Mail:

| | |
|---|---|
| Julia Heaney. Esq. | Alfred R. Fabricant, Esq. |
| MORRIS, NICHOLS ARSHT & TUNNELL | Lawrence C. Drucker, Esq. |
| 1201 N. Market Street | Richard LaCava, Esquire |
| P.O. Box 1347 | DICKSTEIN SHAPIRO LLP |
| Wilmington, DE 19899 | 1177 Avenue of the Americas |
| | New York, NY 10036 |

BLANK ROME LLP

*Dale R. Dubé*

Dale R. Dubé (I.D. No. 2863)
1201 N. Market Street
Suite 800
Wilmington, DE 19801
(302) 425-6400
dube@blankrome.com

DATED:  February 27, 2007