IN THE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-028 MPT |
| | ) |
| SWISSLOG ITALIA S.P.A. and | ) |
| TRANSLOGIC CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that Plaintiff McKesson Automation, Inc. served Notices of Deposition Pursuant to Fed. R. Civ. P. 30(b)(1) Directed to Craig Swank (Exhibit A), Andy Youtz (Exhibit B), James Patrician (Exhibit C) and Matteo Righini (Exhibit D) upon counsel listed below by First Class Mail on March 13 2007, and by email on March 15, 2007:

Julia Heaney. Esq.
MORRIS, NICHOLS ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Alfred R. Fabricant, Esq.
Lawrence C. Drucker, Esq.
Richard LaCava, Esquire
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036

BLANK ROME LLP

_/s/ Dale R. Dubé_
Dale R. Dubé (I.D. No. 2863)
1201 N. Market Street
Suite 800
Wilmington, DE 19801
(302) 425-6400
dube@blankrome.com

DATED: March 16, 2007

124402.00601/40167825v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2007, I caused copies of the attached NOTICE OF SERVICE to be served in the manners indicated upon the following:

**VIA ELECTRONIC FILING AND HAND DELIVERY**

Julia Heaney. Esq.
MORRIS, NICHOLS ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

**VIA FIRST CLASS MAIL AND EMAIL**

Alfred R. Fabricant, Esq.
Lawrence C. Drucker, Esq.
Richard LaCava, Esquire
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036

By: *Dale R. Dubé*
Dale R. Dubé (DE # 2863)

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC. <br> a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> TRANSLOGIC CORPORATION <br> a Delaware Corporation, and <br><br> SWISSLOG ITALIA S.P.A. <br> an Italian Corporation, <br><br> Defendants. | Civil Action No. 06-028 (MPT) |

To: Defendants above-named and their attorney Lawrence Drucker
  Dickstein Shapiro LLP
  1177 Avenue of the Americas
  New York, NY 10036

### PLAINTIFF MCKESSON AUTOMATION, INC.'S NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(1) <u>DIRECTED TO CRAIG SWANK</u>

PLEASE TAKE NOTICE that commencing at 10:00 a.m. on May 23, 2007 at the offices of Sutherland Asbill and Brennan LLP, Grace Building, 1114 Avenue of the Americas 40th Floor, New York, NY 10036, or at such other time and place mutually agreed upon by counsel for the parties, Plaintiff McKesson Automation, Inc. ("McKesson") will take the deposition of JAMES PATRICIAN by oral examination pursuant to Federal Rule of Civil Procedure 30(b)(1).

Pursuant to Rule 30(b)(5), and to the extent that they have not already been produced, McKesson requests that all documents and things reviewed by Mr. Patrician be produced to McKesson.

WO 706253.1

The deposition will be taken upon oral examination pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure before an official authorized by law to administer oaths and, if necessary, will continue from day to day. Pursuant to Rule 30(b)(2), testimony of the witness may be recorded by stenographic means, sound means, sound-and-visual means, or a combination thereof.

You are invited to attend and cross-examine.

Date:   March 13, 2007

SUTHERLAND ASBILL & BRENNAN LLP

*Christina Ondrick* (signature)

Blair M. Jacobs
Robert A. Gutkin
Christina A. Ondrick
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 383-0100
Fax: (202) 637-3593

Dale R. Dubé (#2863)
BLANK ROME LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
Tel: (302) 425-6472
Fax: (302) 425-6464

*Counsel for Plaintiff*
*McKesson Automation, Inc.*

2

WO 706253.1

## CORRECTED CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing of PLAINTIFF MCKESSON AUTOMATION, INC.'S NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(1) DIRECTED TO CRAIG SWANK to be served upon the following counsel of record as indicated:

FIRST CLASS MAIL on March 13, 2007
Courtesy Copy - E-mail on March 15, 2007

Julia Heaney, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

FIRST CLASS MAIL on March 13, 2007
Courtesy Copy - E-mail on March 15, 2007

Lawrence C. Drucker, Esq.
Alfred R. Fabricant, Esq.
Richard LaCava, Esq.
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036

_/s/ Christina A. Ondrick_
Christina A. Ondrick

# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC.<br>a Delaware Corporation,<br><br>   Plaintiff,<br><br>v.<br><br>TRANSLOGIC CORPORATION<br>a Delaware Corporation, and<br><br>SWISSLOG ITALIA S.P.A.<br>an Italian Corporation,<br><br>   Defendants. | Civil Action No. 06-028 (MPT) |

To: Defendants above-named and their attorney Lawrence Drucker
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY 10036

**PLAINTIFF MCKESSON AUTOMATION, INC.'S NOTICE
OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(1)
<u>DIRECTED TO ANDY YOUTZ</u>**

PLEASE TAKE NOTICE that commencing at 10:00 a.m. on April 11, 2007 at the offices of Sutherland Asbill and Brennan LLP, Grace Building, 1114 Avenue of the Americas 40th Floor, New York, NY 10036, or at such other time and place mutually agreed upon by counsel for the parties, Plaintiff McKesson Automation, Inc. ("McKesson") will take the deposition of ANDY YOUTZ by oral examination pursuant to Federal Rule of Civil Procedure 30(b)(1).

Pursuant to Rule 30(b)(5), and to the extent that they have not already been produced, McKesson requests that all documents and things reviewed by Mr. Youtz be produced to McKesson.

WO 705106.1

The deposition will be taken upon oral examination pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure before an official authorized by law to administer oaths and, if necessary, will continue from day to day. Pursuant to Rule 30(b)(2), testimony of the witness may be recorded by stenographic means, sound means, sound-and-visual means, or a combination thereof.

You are invited to attend and cross-examine.

Date:   March 13, 2007

SUTHERLAND ASBILL & BRENNAN LLP

*/s/ Christina Ondrick*
Blair M. Jacobs
Robert A. Gutkin
Christina A. Ondrick
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 383-0100
Fax: (202) 637-3593

Dale R. Dubé (#2863)
BLANK ROME LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
Tel: (302) 425-6472
Fax: (302) 425-6464

*Counsel for Plaintiff*
*McKesson Automation, Inc.*

## CORRECTED CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing of PLAINTIFF MCKESSON AUTOMATION, INC.'S NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(1) DIRECTED TO ANDY YOUTZ to be served upon the following counsel of record as indicated:

FIRST CLASS MAIL on March 13, 2007
Courtesy Copy - E-mail on March 15, 2007

Julia Heaney, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

FIRST CLASS MAIL on March 13, 2007
Courtesy Copy - E-mail on March 15, 2007

Lawrence C. Drucker, Esq.
Alfred R. Fabricant, Esq.
Richard LaCava, Esq.
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036

_/s/ Christina Ondrick_
Christina A. Ondrick

# EXHIBIT C

Case 1:06-cv-00028-SLR-LPS    Document 98-2    Filed 03/16/2007    Page 9 of 16

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC.<br>a Delaware Corporation,<br><br>       Plaintiff,<br><br>v.<br><br>TRANSLOGIC CORPORATION<br>a Delaware Corporation, and<br><br>SWISSLOG ITALIA S.P.A.<br>an Italian Corporation,<br><br>       Defendants. | Civil Action No. 06-028 (MPT) |

To: Defendants above-named and their attorney Lawrence Drucker
    Dickstein Shapiro LLP
    1177 Avenue of the Americas
    New York, NY 10036

**PLAINTIFF MCKESSON AUTOMATION, INC.'S NOTICE
OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(1)
<u>DIRECTED TO JAMES PATRICIAN</u>**

    PLEASE TAKE NOTICE that commencing at 10:00 a.m. on May 22, 2007 at the offices of Sutherland Asbill and Brennan LLP, Grace Building, 1114 Avenue of the Americas 40th Floor, New York, NY 10036, or at such other time and place mutually agreed upon by counsel for the parties, Plaintiff McKesson Automation, Inc. ("McKesson") will take the deposition of JAMES PATRICIAN by oral examination pursuant to Federal Rule of Civil Procedure 30(b)(1).

    Pursuant to Rule 30(b)(5), and to the extent that they have not already been produced, McKesson requests that all documents and things reviewed by Mr. Patrician be produced to McKesson.

WO 705108.1

The deposition will be taken upon oral examination pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure before an official authorized by law to administer oaths and, if necessary, will continue from day to day. Pursuant to Rule 30(b)(2), testimony of the witness may be recorded by stenographic means, sound means, sound-and-visual means, or a combination thereof.

You are invited to attend and cross-examine.

Date:  March 13, 2007

SUTHERLAND ASBILL & BRENNAN LLP

*/s/ Christina Ondrick*
Blair M. Jacobs
Robert A. Gutkin
Christina A. Ondrick
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 383-0100
Fax: (202) 637-3593

Dale R. Dubé (#2863)
BLANK ROME LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
Tel: (302) 425-6472
Fax: (302) 425-6464

*Counsel for Plaintiff*
*McKesson Automation, Inc.*

2

WO 705108.1

## CORRECTED CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing of PLAINTIFF MCKESSON AUTOMATION, INC.'S NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(1) DIRECTED TO JAMES PATRICIAN to be served upon the following counsel of record as indicated:

FIRST CLASS MAIL on March 13, 2007
Courtesy Copy - E-mail on March 15, 2007

Julia Heaney, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

FIRST CLASS MAIL on March 13, 2007
Courtesy Copy - E-mail on March 15, 2007

Lawrence C. Drucker, Esq.
Alfred R. Fabricant, Esq.
Richard LaCava, Esq.
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036

*Christina Ondrick*
Christina A. Ondrick

WO 706683.1

# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC.<br>a Delaware Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>TRANSLOGIC CORPORATION<br>a Delaware Corporation, and<br><br>SWISSLOG ITALIA S.P.A.<br>an Italian Corporation,<br><br>    Defendants. | Civil Action No. 06-028 (MPT) |

To: Defendants above-named and their attorney Lawrence Drucker
  Dickstein Shapiro LLP
  1177 Avenue of the Americas
  New York, NY 10036

**PLAINTIFF MCKESSON AUTOMATION, INC.'S NOTICE
OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(1)
<u>DIRECTED TO MATTEO RIGHINI</u>**

PLEASE TAKE NOTICE that commencing at 10:00 a.m. on May 9, 2007 at the offices of Sutherland Asbill and Brennan LLP, Grace Building, 1114 Avenue of the Americas 40th Floor, New York, NY 10036, or at such other time and place mutually agreed upon by counsel for the parties, Plaintiff McKesson Automation, Inc. ("McKesson") will take the deposition of MATTEO RIGHINI by oral examination pursuant to Federal Rule of Civil Procedure 30(b)(1).

Pursuant to Rule 30(b)(5), and to the extent that they have not already been produced, McKesson requests that all documents and things reviewed by Mr. Righini be produced to McKesson.

WO 705101.1

The deposition will be taken upon oral examination pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure before an official authorized by law to administer oaths and, if necessary, will continue from day to day. Pursuant to Rule 30(b)(2), testimony of the witness may be recorded by stenographic means, sound means, sound-and-visual means, or a combination thereof.

You are invited to attend and cross-examine.

Date:   March 13, 2007

SUTHERLAND ASBILL & BRENNAN LLP

*Christina Ondrick* (signature)

Blair M. Jacobs
Robert A. Gutkin
Christina A. Ondrick
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 383-0100
Fax: (202) 637-3593

Dale R. Dubé (#2863)
BLANK ROME LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
Tel: (302) 425-6472
Fax: (302) 425-6464

*Counsel for Plaintiff*
*McKesson Automation, Inc.*

2

## CORRECTED CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing of PLAINTIFF MCKESSON AUTOMATION, INC.'S NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(1) DIRECTED TO MATTEO RIGHINI to be served upon the following counsel of record as indicated:

FIRST CLASS MAIL on March 13, 2007
Courtesy Copy - E-mail on March 15, 2007

Julia Heaney, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

FIRST CLASS MAIL on March 13, 2007
Courtesy Copy - E-mail on March 15, 2007

Lawrence C. Drucker, Esq.
Alfred R. Fabricant, Esq.
Richard LaCava, Esq.
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036

_/s/ Christina A. Ondrick_
Christina A. Ondrick

WO 706683.1