## IN THE DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SWISSLOG ITALIA S.P.A. and | ) |
| TRANSLOGIC CORPORATION, | ) |
| | ) |
| Defendants. | ) |

C.A. No. 06-028 MPT

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 20th day of March, 2007, Plaintiff McKesson

Automation, Inc.'s Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(1) Directed to Charlie

Kegley (Exhibit A) and this Notice of Service were served upon counsel listed below by e-mail

and First Class Mail:

Julia Heaney. Esq.
MORRIS, NICHOLS ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Alfred R. Fabricant, Esq.
Lawrence C. Drucker, Esq.
Richard LaCava, Esquire
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036

BLANK ROME LLP

Dale Dubé

Dale R. Dubé (I.D. No. 2863)
1201 N. Market Street
Suite 800
Wilmington, DE 19801
(302) 425-6400
dube@blankrome.com

DATED: March 20, 2007

124402.00601/40167874v.1

# EXHIBIT  A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MCKESSON AUTOMATION, INC.
a Delaware Corporation,

        Plaintiff,

        v.

TRANSLOGIC CORPORATION
a Delaware Corporation, and

SWISSLOG ITALIA S.P.A.
an Italian Corporation,

        Defendants.

Civil Action No. 06-028 (MPT)

To: Defendants above-named and their attorney Lawrence Drucker
    Dickstein Shapiro LLP
    1177 Avenue of the Americas
    New York, NY 10036

### PLAINTIFF MCKESSON AUTOMATION, INC.'S NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(1) DIRECTED TO CHARLIE KEGLEY

PLEASE TAKE NOTICE that commencing at 10:00 a.m. on June 14, 2007 at the offices

of Sutherland Asbill and Brennan LLP, Grace Building, 1114 Avenue of the Americas 40th

Floor, New York, NY 10036, or at such other time and place mutually agreed upon by counsel

for the parties, Plaintiff McKesson Automation, Inc. ("McKesson") will take the deposition of

CHARLIE KEGLEY by oral examination pursuant to Federal Rule of Civil Procedure 30(b)(1).

Pursuant to Rule 30(b)(5), and to the extent that they have not already been produced,

McKesson requests that all documents and things reviewed by Mr. Kegley be produced to

McKesson.

WO 708451.1

The deposition will be taken upon oral examination pursuant to Rules 26 and 30 of the

Federal Rules of Civil Procedure before an official authorized by law to administer oaths and, if

necessary, will continue from day to day. Pursuant to Rule 30(b)(2), testimony of the witness

may be recorded by stenographic means, sound means, sound-and-visual means, or a

combination thereof.

     You are invited to attend and cross-examine.

Date:    March 20, 2007

SUTHERLAND ASBILL & BRENNAN LLP

Blair M. Jacobs
Robert A. Gutkin
Christina A. Ondrick
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 383-0100
Fax: (202) 637-3593

Dale R. Dubé (#2863)
BLANK ROME LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
Tel: (302) 425-6472
Fax: (302) 425-6464

*Counsel for Plaintiff*
*McKesson Automation, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March, 2007, I caused a true and correct copy of

the foregoing of PLAINTIFF MCKESSON AUTOMATION, INC.'S NOTICE OF

DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(1) DIRECTED TO CHARLIE

KEGLEY to be served upon the following counsel of record as indicated:

E-MAIL AND FIRST CLASS MAIL

Julia Heaney, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

E-MAIL AND FIRST CLASS MAIL

Lawrence C. Drucker, Esq.
Alfred R. Fabricant, Esq.
Richard LaCava, Esq.
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036

Christina A. Ondrick