

Phone:   (302) 425-6467
Fax:     (302) 428-5108
Email:   Dube@BlankRome.com

March 26, 2007

**BY CM/ECF and HAND DELIVERY**

The Honorable Mary Pat Thynge
U.S. District Court for the District of Delaware
844 King Street
Wilmington, DE 19801

      Re:   *McKesson Automation, Inc. v. Swisslog Italia S.P.A. et al.*;
            C.A. No. 06-028-MPT  (Re: D.I. 100)

Your Honor:

    Be advised that Plaintiff's request for a discovery conference, docketed as item 100 in the above-referenced matter, has been resolved by the parties. Plaintiff hereby withdraws the request for a discovery conference.

    Counsel is available by telephone, should Your Honor have any questions.

                                  Respectfully submitted,

                                  Dale R. Dube
                                  No. 2863

DRD:pb
cc:    Clerk of Court (by CM/ECF)
       Julia Heaney, Esquire (by CM/ECF and hand delivery)
       Lawrence C. Drucker, Esquire (by email and First Class Mail)
       Blair M. Jacobs, Esquire
       Christina A. Ondrick. Esquire