IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SWISSLOG ITALIA S.P.A. and ) <br> TRANSLOGIC CORPORATION, ) <br> ) <br> Defendants. ) | C.A. No. 06-028 MPT |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 6, 2007, Plaintiff McKesson Automation, Inc. served (1) PLAINTIFF'S SECOND SET OF INTERROGATORIES TO TRANSLOGIC CORPORATION (NOS. 17-18), and (2) PLAINTIFF'S SECOND SET OF INTERROGATORIES TO SWISSLOG ITALIA S.P.A. (NOS. 19-20) upon the counsel listed below, by e-mail and Federal Express:

Julia Heaney. Esq.
MORRIS, NICHOLS ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Alfred R. Fabricant, Esq.
Lawrence C. Drucker, Esq.
Richard LaCava, Esq.
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036

BLANK ROME LLP

*Dale Dubé*
Dale R. Dubé (I.D. No. 2863)
1201 N. Market Street
Suite 800
Wilmington, DE 19801
(302) 425-6400
dube@blankrome.com

DATED: April 9, 2007

124402.00601/40168181v.1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 9th day of April, 2007, I caused copies of the attached NOTICE OF SERVICE to be served in the manners indicated upon the following:

| **VIA ELECTRONIC FILING AND HAND DELIVERY** | **VIA FIRST CLASS MAIL AND EMAIL** |
|---|---|
| Julia Heaney. Esq.<br>MORRIS, NICHOLS ARSHT & TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Alfred R. Fabricant, Esq.<br>Lawrence C. Drucker, Esq.<br>Richard LaCava, Esq.<br>DICKSTEIN SHAPIRO LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |

By: /s/ Dale Dubé
Dale R. Dubé (DE # 2863)

124402.00601/40168181v.1