IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., a Pennsylvania Corporation, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-28-*** |
| : | |
| SWISSLOGIC HOLDING AG, et al., : | |
| : | |
| Defendants. : | |

## ORDER

At Wilmington, Delaware, this **13th** day of **April, 2007.**

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, April 25, 2007 at 2:30 p.m. Eastern Time** with Judge Thynge to discuss the discovery dispute. **Julia Heaney, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE