IN THE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC. )<br><br>      Plaintiff, )<br>)<br>v. )<br>)<br>SWISSLOG ITALIA S.P.A. and )<br>TRANSLOGIC CORPORATION, )<br>)<br>      Defendants. ) | C.A. No. 06-028 MPT |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 13th day of April, 2007, Plaintiff McKesson Automation, Inc.'s Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(1) Directed to Vittorio Mattei (Exhibit A) and this Notice of Service were served upon counsel listed below by e-mail and First Class Mail:

Julia Heaney. Esq.  
MORRIS, NICHOLS ARSHT & TUNNELL  
1201 N. Market Street  
P.O. Box 1347  
Wilmington, DE 19899  

Alfred R. Fabricant, Esq.  
Lawrence C. Drucker, Esq.  
Richard LaCava, Esquire  
DICKSTEIN SHAPIRO LLP  
1177 Avenue of the Americas  
New York, NY 10036  

BLANK ROME LLP

/s/ Dale R. Dubé
_____
Dale R. Dubé (I.D. No. 2863)  
1201 N. Market Street  
Suite 800  
Wilmington, DE 19801  
(302) 425-6400  
dube@blankrome.com  

DATED: April 17, 2007

124402.00601/40168353v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2007, I caused copies of the attached NOTICE OF SERVICE to be served in the manners indicated upon the following:

**VIA ELECTRONIC FILING AND HAND DELIVERY**

Julia Heaney. Esq.
MORRIS, NICHOLS ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

**VIA FIRST CLASS MAIL AND EMAIL**

Alfred R. Fabricant, Esq.
Lawrence C. Drucker, Esq.
Richard LaCava, Esquire
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036

By: /s/ Dale R. Dubé
Dale R. Dubé (DE # 2863)

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC. a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> TRANSLOGIC CORPORATION a Delaware Corporation, and <br><br> SWISSLOG ITALIA S.P.A. an Italian Corporation, <br><br> Defendants. | Civil Action No. 06-028 (MPT) |

To: Defendants above-named and their attorney Lawrence Drucker
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY 10036

### PLAINTIFF MCKESSON AUTOMATION, INC.'S NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(1) DIRECTED TO VITTORIO MATTEI

PLEASE TAKE NOTICE that commencing at 10:00 a.m. on June 27, 2007 at the offices of Sutherland Asbill and Brennan LLP, Grace Building, 1114 Avenue of the Americas 40th Floor, New York, NY 10036, or at such other time and place mutually agreed upon by counsel for the parties, Plaintiff McKesson Automation, Inc. ("McKesson") will take the deposition of VITTORIO MATTEI by oral examination pursuant to Federal Rule of Civil Procedure 30(b)(1).

Pursuant to Rule 30(b)(5), and to the extent that they have not already been produced, McKesson requests that all documents and things reviewed by Mr. Mattei be produced to McKesson.

WO 718591.1

The deposition will be taken upon oral examination pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure before an official authorized by law to administer oaths and, if necessary, will continue from day to day. Pursuant to Rule 30(b)(2), testimony of the witness may be recorded by stenographic means, sound means, sound-and-visual means, or a combination thereof.

You are invited to attend and cross-examine.

Date:   April 13, 2007                SUTHERLAND ASBILL & BRENNAN LLP

*Christina Ondrick*
Blair M. Jacobs
Robert A. Gutkin
Christina A. Ondrick
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 383-0100
Fax: (202) 637-3593

Dale R. Dubé (#2863)
BLANK ROME LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
Tel: (302) 425-6472
Fax: (302) 425-6464

*Counsel for Plaintiff*
*McKesson Automation, Inc.*

2

WO 718591.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April, 2007, I caused a true and correct copy of the foregoing of PLAINTIFF MCKESSON AUTOMATION, INC.'S NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(1) DIRECTED TO VITTORIO MATTEI to be served upon the following counsel of record as indicated:

E-MAIL AND FIRST CLASS MAIL

Julia Heaney, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

E-MAIL AND FIRST CLASS MAIL

Lawrence C. Drucker, Esq.
Alfred R. Fabricant, Esq.
Richard LaCava, Esq.
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036

*Christina A. Ondrick* (signature)
Christina A. Ondrick

WO 718591.1