

Phone:   (302) 425-6467
Fax:     (302) 428-5108
Email:   Dube@BlankRome.com

April 24, 2007

**BY CM/ECF and HAND DELIVERY**

The Honorable Mary Pat Thynge
U.S. District Court for the District of Delaware
844 King Street
Wilmington, DE 19801

      Re:   *McKesson Automation, Inc. v. Swisslog Italia S.p.A. et al.*;
           C.A. No. 06-028-MPT

Your Honor:

    Enclosed please find a copy of the 1988 *Pittsburgh Business Times* article that should have been attached to McKesson's letter response that was submitted yesterday in opposition to the defendants' motion to compel (D.I. 108).

    We apologize for the inconvenience.

                                        Respectfully submitted,

                                        Dale R. Dube
                                        No. 2863

                                        - and -

                                        Blair M. Jacobs
                                        SUTHERLAND ASBILL & BRENNAN LLP
                                        1275 Pennsylvania Avenue, NW
                                        Washington, DC 20004

DRD:dal
Enclosure



The Honorable Mary Pat Thynge
April 24, 2007
Page 2

       Lawrence C. Drucker, Esquire (by email and Federal Express - overnight delivery)
       Alfred R. Fabricant, Esquire (by email and Federal Express - overnight delivery)
       Richard LaCava, Esquire (by email and Federal Express - overnight delivery)
       Christina A. Ondrick, Esquire

Copyright 1988 UMI Inc.;
Copyright Pittsburgh Business Weekly Corp. 1988;
Business Dateline;
Pittsburgh Business Times

June 13, 1988

SECTION: Vol 7; No 44; Sec 2; pg 7S

LENGTH: 659 words

HEADLINE: Company Designs Robot for Hospital Pharmacies

BYLINE: Jan Bamford

DATELINE: Pittsburgh, PA; US

BODY:

  A hospital pharmacy may seem an unlikely place for an industrial robot, but one young Pittsburgh company is betting that an automaton will be right at home in a medical environment.

  **Automated Healthcare** Inc., a start-up venture orchestrated by an engineer, a pharmacist and a medical doctor, has created a robotic system that assists pharmacists in the process of dispensing medication

  According to company partners, the Automated Pharmacy Station (APS) can reduce operating expenses at large hospital pharmacies as much as 10 percent while increasing the efficiency of distributing medicine.

  "We have not changed the legal and professional requirements of the pharmacist," said Philip Keys, director of **Automated Healthcare.** "Instead, we have reduced the number of pharmacy technicians needed to dispense medication. The pharmacist still interprets the doctor's request, but the robot will take over from there and therefore reduce human error."

  According to Keys, who also serves as director of pharmaceutical services for Allegheny General Hospital, errors occur in less than 1 percent of all dosages prepared by a hospital pharmacy. Checks by other hospital personnel usually prevent the mistake from being passed on to the patient.

  Sean McDonald, **Automated Healthcare** president, said the idea for forming the eight-month-old company came in part from his engineering background and experience in industrial automation.

  "We began to look at the delivery of health care services in a somewhat different light," McDonald said. "Without a doubt, there are other services within a hospital that can be automated, but the concept of automating the pharmacy looked like the best first application of the process."

  McDonald, a former engineering for Westinghouse Electric Corp. and Ford Motor Co., currently is "de-bugging" the computer program that runs APS. The company recently began developing its first prototype and hopes to begin hospital testing this fall, according to McDonald.

  An 8-foot-tall industrial robot, acquired from Westinghouse, acts as the center of APS. The robot 'reads' computerized dosage requests and reaches into medication bins with a specially designed mechanical arm.

  The robot is programmed to fill single dose requests that are then carried via conveyor to await distribution to patients, according to Keys.

  The cost of APS is approximately $ 250,000 which, according to Keys, is recoverable in a 400-bed hospital within two years. APS was primarily designed for larger hospitals and likely would not be cost-effective for a small health care facility.

T056902

Page 2

Company Designs Robot for Hospital Pharmacies Pittsburgh Business Times

According to company projections, typical savings will range from $ 70,000 a year for a 500-bed hospital to approximately $ 150,000 for an 800-bed hospital. The savings constitutes about 10 percent of the pharmacy's personnel budget.

"Hospitals, now more than ever, have need to cut operating costs while still supplying quality service," McDonald said. "Through automation, APS provides the hospital with a means to increase efficiency at the same time it reduces costs."

Earlier this year, **Automated Healthcare** and the University of Pittsburgh School of Pharmacy jointly applied for an $ 88,000 Ben Franklin grant to finance testing of the prototype. If the grant is awarded, APS likely will be tested at Presbyterian-University Hospital.

Neither Pitt nor Allegheny General Hospital have equity positions with **Automated Healthcare.**

According to company estimates, it will cost approximately $ 500,000 for **Automated Healthcare** to complete and install its first APS system.

The company, which recently made a business-plan presentation at a luncheon sponsored by The Enterprise Corp. of Pittsburgh, is seeking local investors. The company also has been asked to participate in Pittsburgh's third Venture Capital Fair later this month. **Automated Healthcare** is one of only a few start-up firms that will make presentations at the fair.

UMI-ACC-NO: 8816278

LOAD-DATE: October 13, 1995