IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SWISSLOG HOLDING AG,<br>SWISSLOG MANAGEMENT AG,<br>TRANSLOGIC CORPORATION, and<br>SWISSLOG NORTH AMERICA,<br><br>Defendants. | C.A. No. 06-028 (***) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *(1) Defendant Swisslog Italia S.P.A.'s Second Supplemental Responses to Plaintiff's First Set of Interrogatories to Swisslog Italia S.P.A., (2) Defendant Translogic Corporation's Second Supplemental Responses to Plaintiff's First Set of Interrogatories to Translogic Corporation, (3) Defendant Translogic Corporation's Responses to Plaintiff's Second Set of Interrogatories to Translogic Corporation, (4) Defendant Swisslog Italia S.P.A.'s Responses to Plaintiff's Second Set of Interrogatories to Swisslog Italia S.P.A.* and *(5) Defendants' First Revised Prior Art and Invalidity Statements* were served on the following individuals in the manner indicated on April 25, 2007:

### BY E-MAIL

Dale R. Dubé, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE  19801

Blair M. Jacobs, Esquire
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC  20004

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*
Julia Heaney (#3052)
Derek J. Fahnestock (#4705)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jheaney@mnat.com
  *Attorneys for Defendants Swisslog Italia, S.p.A. and*
  *Translogic Corporation*

OF COUNSEL:

Alfred R. Fabricant
Lawrence D. Drucker
Richard LaCava
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500

April 26, 2007

2

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on April 26, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Dale R. Dubé, Esquire
Blank Rome LLP

and that true and correct copies were caused to be served upon the following individuals in the manner indicated:

**BY E-MAIL**

Dale R. Dubé, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE  19801

Blair M. Jacobs, Esquire
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC  20004

*/s/ Julia Heaney (#3052)*
Julia Heaney (#3052)
jheaney@mnat.com