IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., a Pennsylvania Corporation, | : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 06-28-*** |
| SWISSLOGIC HOLDING AG, et al., | : : : |
| Defendants. | : |

## ORDER

At Wilmington, Delaware, this **1st** day of **May, 2007.**

IT IS ORDERED that a teleconference has been scheduled for **Friday, May 4, 2007 at 12:30 p.m. Eastern Time** with Judge Thynge to address the discovery dispute. **Dale Dubet, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE