

Phone:   (302) 425-6467
Fax:     (302) 428-5108
Email:   Dube@BlankRome.com

May 2, 2007

**BY CM/ECF and HAND DELIVERY**

The Honorable Mary Pat Thynge
U.S. District Court for the District of Delaware
844 King Street
Wilmington, DE 19801

       Re:   *McKesson Automation, Inc. v. Swisslog Italia S.p.A. et al.*;
             C.A. No. 06-028-MPT

Your Honor:

    This will confirm that the discovery motion filed by McKesson yesterday (D.I. 114) has been resolved. Accordingly, it is requested that the discovery conference scheduled for May 4, 2007 at 12:30 p.m. be cancelled.

    Thank you for your attention.

                                    Respectfully submitted,

                                    Dale R. Dube
                                    No. 2863

DRD:pb
cc:    Clerk of Court (by CM/ECF)
       Julia Heaney, Esquire (by CM/ECF and hand delivery)
       Lawrence C. Drucker, Esquire (by email and U.S. Mail)
       Alfred R. Fabricant, Esquire (by email and U.S. Mail)
       Richard LaCava, Esquire (by email and U.S. Mail)
       Blair M. Jacobs, Esquire
       Christina A. Ondrick, Esquire