## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., a Pennsylvania Corporation, | : : : |
| Plaintiff, | : : |
| v. | :   Civil Action No. 06-28-*** : |
| SWISSLOGIC HOLDING AG, et al., | : : |
| Defendants. | : |

## **ORDER**

At Wilmington, Delaware, this **2nd** day of **May, 2007.**

IT IS ORDERED that the teleconference scheduled for Friday, May 4, 2007 at 12:30 p.m. Eastern Time with Judge Thynge to address the discovery dispute is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE