IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SWISSLOG HOLDING AG,<br>SWISSLOG MANAGEMENT AG,<br>TRANSLOGIC CORPORATION, and<br>SWISSLOG NORTH AMERICA,<br><br>Defendants. | CA No. 06-028 (***) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant Translogic Corporation's Third Supplemental Responses to Plaintiff's First Set of Interrogatories to Translogic Corporation; Defendant Translogic Corporation's Responses to Plaintiff McKesson Automation, Inc.'s Second Set of Requests for Production of Documents and Things to Defendant Translogic Corporation; Defendant Swisslog Italia S.p.A.'s Third Supplemental Responses to Plaintiff's First Set of Interrogatories to Swisslog Italia S.p.A.* and *Defendant Swisslog Italia S.p.A.'s Responses to Plaintiff McKesson Automation, Inc.'s Second Set of Requests for Production of Documents and Things to Swisslog Italia S.p.A.* were caused to be served on May 9, 2007 upon the following counsel in the manner indicated:

**BY E-MAIL**

Dale R. Dube, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

Blair M. Jacobs, Esquire
Robert A. Gutkin, Esquire
Christina A. Ondrick, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004

                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                      */s/ Julia Heaney (#3052)*
                      _____
                      Julia Heaney (#3052)
                      Derek J. Fahnestock (#4705)
                      1201 N. Market Street
                      P.O. Box 1347
                      Wilmington, DE 19899
                      (302) 658-9200
                      dfahnestock@mnat.com
                        *Attorneys for Defendants Swisslog Italia, S.p.A. and*
                        *Translogic Corporation*

OF COUNSEL:
Alfred R. Fabricant
Lawrence D. Drucker
Richard LaCava
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500

May 24, 2007

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on May 24, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Dale R. Dubé, Esquire
> Blank Rome LLP

I also certify that copies were caused to be served on May 24, 2007 upon the following in the manner indicated:

**BY E-MAIL**

> Dale R. Dubé, Esquire
> Blank Rome LLP
> Chase Manhattan Centre
> 1201 Market Street, Suite 800
> Wilmington, DE  19801

> Blair M. Jacobs, Esquire
> Sutherland Asbill & Brennan LLP
> 1275 Pennsylvania Avenue, NW
> Washington, DC  20004

*/s/ Julia Heaney*

Julia Heaney (#3052)
jheaney@mnat.com