IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-028 (***) ) |
| SWISSLOG ITALIA S.P.A. and TRANSLOGIC CORPORATION | ) ) ) ) |
| Defendants. | ) |

**<u>DEFENDANTS' NOTICE OF DEPOSITION DIRECTED TO GENE ZWOLINSKI</u>**

PLEASE TAKE NOTICE that Defendants Swisslog Italia, S.p.A. and Translogic Corporation ("Defendants"), by their attorneys, will take the deposition upon oral examination of Gene Zwolinski in his individual capacity pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure. The deposition will take place at the offices of Duane Morris LLP, 600 Grant Street, Suite 5010, Pittsburgh, Pennsylvania,15219-811, beginning on July 20, 2007, at 9:30 a.m. and continuing until completed. The deposition will be given before an officer authorized to administer an oath and will be recorded by stenographic, and/or audiographic, and/or videographic means.

You are invited to attend and cross-examine.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*
_____

OF COUNSEL:
Alfred R. Fabricant
Lawrence C. Drucker
Richard LaCava
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 277.6500

May 25, 2007
842547

Julia Heaney (#3052)
Derek J. Fahnestock (#4705)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jheaney@mnat.com
 *Attorneys for Defendants Swisslog Italia, S.p.A. and Translogic Corporation*

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 25, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Dale R. Dubé, Esquire
Blank Rome LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on May 25, 2007 upon the following individuals in the manner indicated

**BY E-MAIL**

Dale R. Dubé, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

Blair M. Jacobs, Esquire
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004

*/s/ Julia Heaney*

Julia Heaney (#3052)
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
jheaney@mnat.com