## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., a Pennsylvania Corporation, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-28-*** |
| | : |
| SWISSLOGIC HOLDING AG, et al., | : |
| | : |
| Defendants. | : |

### ORDER

At Wilmington, Delaware, this **8th** day of **June, 2007.**

IT IS ORDERED that the status teleconference scheduled for **Tuesday, June 26, 2007 at 8:30 p.m. Eastern Time** with Judge Thynge has been rescheduled to **Tuesday, August 7, 2007 at 12:00 Noon. Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE