IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., a Pennsylvania Corporation, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    Civil Action No. 06-28-*** <br> : |
| SWISSLOGIC HOLDING AG, et al., | : <br> : |
| Defendants. | : |

### ORDER

At Wilmington, Delaware, this **9th** day of **July, 2007.**

IT IS ORDERED that a teleconference has been scheduled for **Thursday, July 12, 2007 at 10:30 a.m. Eastern Time** with Judge Thynge. **Julia Heaney, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE