**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

MCKESSON AUTOMATION, INC.,                    )
                                              )
            Plaintiff,                        )
                                              )
    v.                                        )    Case No. 06-028-MPT
                                              )
TRANSLOGIC CORPORATION and                    )
SWISSLOG ITALIA S.p.A.,                       )
                                              )
            Defendants.                       )

## NOTICE OF WITHDRAWAL OF COUNSEL (JULIE TENNYSON)

PLEASE TAKE NOTICE that the appearance of Julie A. Tennyson, admitted *pro hac vice* on behalf of the plaintiff in this action, is hereby withdrawn. The plaintiff will continue to be represented in this matter by its other attorneys of record from the law firms of Sutherland Asbill & Brennan LLP and Blank Rome LLP.

Dated: July 13, 2007.                BLANK ROME LLP

                                      /s/ Dale R. Dubé
                                     Dale R. Dubé (#2863)
                                     1201 Market Street, Suite 800
                                     Wilmington, DE 19801
                                     Tel: (302) 425-6472
                                     Fax: (302) 425-6464

                                     Blair M. Jacobs
                                     Christina A. Ondrick
                                     SUTHERLAND ASBILL & BRENNAN LLP
                                     1275 Pennsylvania Avenue, NW
                                     Washington, DC 20004
                                     Tel: (202) 383-0100
                                     Fax: (202) 637-3593

                                     *Counsel for Plaintiff*
                                     McKesson Automation, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July, 2007, I served by hand delivery and electronic filing the NOTICE OF WITHDRAWAL OF COUNSEL, using CM/ECF which will send notification of such filing(s) to the following:

> Julia Heaney, Esquire
> MORRIS, NICHOLS ARSHT & TUNNELL
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899

I also certify that, on this 13th day of July, 2007, I served the aforementioned document, by e-mail and First Class Mail, upon the following participants:

> Lawrence C. Drucker, Esquire
> Alfred R. Fabricant, Esquire
> Richard LaCava, Esquire
> DICKSTEIN SHAPIRO LLP
> 1177 Avenue of the Americas
> New York, NY 10036

> /s/ Dale R. Dubé
> Dale R. Dubé