IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-028 (***) |
| | ) |
| SWISSLOG ITALIA S.P.A. and | ) |
| TRANSLOGIC CORPORATION | ) |
| | ) |
| Defendants. | ) |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Bryan N. DeMatteo of Dickstein Shapiro LLP, 1177 Avenue of the Americas, New York, NY 10036-2714 to represent defendants Swisslog Italia, S.p.A. and Translogic Corporation in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*

Julia Heaney (#3052)
Derek J. Fahnestock (#4705)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jheaney@mnat.com
  *Attorneys for Defendants Swisslog Italia, S.p.A.
  and Translogic Corporation*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid [ ] to the Clerk of Court, or, if not paid previously, the fee payment will be submitted [X] to the Clerk's Office upon the filing of this motion.

Bryan N. DeMatteo
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York NY 10036
(212) 277-6616

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on July 26, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Dale R. Dubé, Esquire
> Blank Rome LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 26, 2007 upon the following individuals in the manner indicated

## **BY E-MAIL**

| | |
|---|---|
| Dale R. Dubé, Esquire | Blair M. Jacobs, Esquire |
| Blank Rome LLP | Sutherland Asbill & Brennan LLP |
| Chase Manhattan Centre | 1275 Pennsylvania Avenue, NW |
| 1201 Market Street, Suite 800 | Washington, DC  20004 |
| Wilmington, DE  19801 | |

*/s/ Julia Heaney (#3052)*

Julia Heaney (#3052)
jheaney@mnat.com