IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>SWISSLOG ITALIA S.P.A. and<br>TRANSLOGIC CORPORATION,<br><br>        Defendants. | C.A. No. 06-028 (***) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant Swisslog Italia S.p.A.'s First Set of Interrogatories to Plaintiff* were caused to be served on July 26, 2007 upon the following counsel in the manner indicated:

### BY E-MAIL and FEDERAL EXPRESS

Dale R. Dube, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE  19801

Blair M. Jacobs, Esquire
Robert A. Gutkin, Esquire
Christina A. Ondrick, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC  20004

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Julia Heaney (#3052)*
                _____
                Julia Heaney (#3052)
                Derek J. Fahnestock (#4705)
                1201 N. Market Street
                P.O. Box 1347
                Wilmington, DE  19899
                (302) 658-9200
                dfahnestock@mnat.com
                  *Attorneys for Defendants Swisslog Italia, S.p.A. and Translogic Corporation*

OF COUNSEL:
Alfred R. Fabricant
Lawrence D. Drucker
Richard LaCava
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500

July 26, 2007

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on July 26, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Dale R. Dubé, Esquire
> Blank Rome LLP

I also certify that copies were caused to be served on July 26, 2007 upon the following in the manner indicated:

**BY E-MAIL**

Dale R. Dubé, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE  19801

Blair M. Jacobs, Esquire
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC  20004

*/s/ Julia Heaney (#3052)*
_____
Julia Heaney (#3052)
jheaney@mnat.com