IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRANSLOGIC CORPORATION and ) <br> SWISSLOG ITALIA S.p.A., ) <br> ) <br> Defendants. ) | Case No. 06-028-MPT <br><br> (Re: D.I. 119) |

**AMENDED NOTICE OF DEPOSITION**
**PURSUANT TO SUBPOENA (JOHN MAHONEY)**

PLEASE TAKE NOTICE that the date, time and location for the deposition of John Mahoney, pursuant to a subpoena originally served by Plaintiff McKesson Automation, Inc. (D.I. 119) has been changed. The deposition will now take place on August 6, 2007, beginning at 10:30 a.m., at the offices of Hunter Maclean, Exley & Dunn, P.C., 200 E. Saint Julian Street, Savannah, Georgia 31412.

Date:   August 2, 2007

_Dale R. Dubé_
Dale R. Dubé (#2863)
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Tel: (302) 425-6472
Fax: (302) 425-6464

Blair M. Jacobs
Christina A. Ondrick
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 383-0100
Fax: (202) 637-3593

*Counsel for Plaintiff*
McKesson Automation, Inc.

124402.00601/40170414v.1

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2007, I caused a true and correct copy of the foregoing AMENDED NOTICE OF DEPOSITION PURSUANT TO SUBPOENA (JOHN MAHONEY) to be served upon the following counsel of record as indicated:

| HAND DELIVERY AND E-MAIL | FIRST CLASS MAIL AND E-MAIL |
|---|---|
| Julia Heaney, Esquire<br>MORRIS, NICHOLS ARSHT & TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Lawrence C. Drucker, Esquire<br>Alfred R. Fabricant, Esquire<br>Richard LaCava, Esquire<br>DICKSTEIN SHAPIRO LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |

/s/ Dale R. Dubé
Dale R. Dubé