IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC. <br><br> Plaintiff, <br><br> v. <br><br> SWISSLOG ITALIA S.P.A. and TRANSLOGIC CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 06-028 MPT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 27, 2007, PLAINTIFF MCKESSON AUTOMATION, INC.'S OBJECTIONS AND RESPONSES TO DEFENDANT SWISSLOG ITALIA S.P.A.'S FIRST SET OF INTERROGATORIES were served upon the following counsel by e-mail and Federal Express:

Julia Heaney. Esq.
MORRIS, NICHOLS ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Alfred R. Fabricant, Esq.
Lawrence C. Drucker, Esq.
Richard LaCava, Esquire
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036

BLANK ROME LLP

_/s/ Dale R. Dubé_
Dale R. Dubé (I.D. No. 2863)
1201 N. Market Street
Suite 800
Wilmington, DE 19801
(302) 425-6400
dube@blankrome.com

DATED: August 28, 2007

124402.00601/40170890v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2007, I caused copies of the attached NOTICE OF SERVICE to be served in the manners indicated upon the following:

**VIA ELECTRONIC FILING AND HAND DELIVERY**

Julia Heaney. Esq.
MORRIS, NICHOLS ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

**VIA FIRST CLASS MAIL AND EMAIL**

Alfred R. Fabricant, Esq.
Lawrence C. Drucker, Esq.
Richard LaCava, Esquire
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036

*Dale R. Dubé*
Dale R. Dubé (DE # 2863)