UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC.<br>a Delaware Corporation,<br><br>      Plaintiff,<br><br>v.<br><br>TRANSLOGIC CORPORATION<br>a Delaware Corporation, and<br><br>SWISSLOG ITALIA S.P.A.<br>an Italian Corporation,<br><br>      Defendants. | Civil Action No. 06-028 (MPT) |

To: Defendants above-named and their attorney Lawrence Drucker
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY 10036

**PLAINTIFF MCKESSON AUTOMATION, INC.'S NOTICE
OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(1)
DIRECTED TO ALFRED FABRICANT**

PLEASE TAKE NOTICE that commencing at 10:00 a.m. on September 26, 2007 at the offices of Sutherland Asbill and Brennan LLP, Grace Building, 1114 Avenue of the Americas 40th Floor, New York, NY 10036, or at such other time and place mutually agreed upon by counsel for the parties, Plaintiff McKesson Automation, Inc. ("McKesson") will take the deposition of ALFRED FABRICANT by oral examination pursuant to Federal Rule of Civil Procedure 30(b)(1).

Pursuant to Rule 30(b)(5), and to the extent that they have not already been produced, McKesson requests that all documents and things reviewed by Mr. Fabricant be produced to McKesson.

WO 785904.2

The deposition will be taken upon oral examination pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure before an official authorized by law to administer oaths and, if necessary, will continue from day to day. Pursuant to Rule 30(b)(2), testimony of the witness may be recorded by stenographic means, sound means, sound-and-visual means, or a combination thereof.

You are invited to attend and cross-examine.

BLANK ROME LLP

Date:   August 29, 2007

*Dale Dubé*

Dale R. Dubé (#2863)
1201 Market Street, Suite 800
Wilmington, DE 19801
Tel: (302) 425-6472
Fax: (302) 425-6464

Blair M. Jacobs
Robert A. Gutkin
Christina A. Ondrick
Christopher L. May
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 383-0100
Fax: (202) 637-3593

*Counsel for Plaintiff*
*McKesson Automation, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2007, I caused a true and correct copy of the foregoing of PLAINTIFF MCKESSON AUTOMATION, INC.'S NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(1) DIRECTED TO ALFRED FABRICANT to be served upon the following counsel of record as indicated:

E-MAIL AND FIRST CLASS MAIL

Julia Heaney, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

E-MAIL AND FIRST CLASS MAIL

Lawrence C. Drucker, Esq.
Alfred R. Fabricant, Esq.
Richard LaCava, Esq.
Bryan N. DeMatteo, Esq.
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036

_/s/ Dale Dubé_
Dale R. Dubé

WO 722113.1