IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., a Pennsylvania Corporation, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-28-*** |
| SWISSLOGIC HOLDING AG, et al., | : |
| Defendants. | : |

## ORDER

At Wilmington, Delaware, this **11th** day of **September, 2007**.

IT IS ORDERED that the parties shall confer with Magistrate Judge Stark for the purpose of exploring ADR and settlement at a date and time of his convenience.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE