IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-028 (***) ) |
| SWISSLOG ITALIA S.P.A. and TRANSLOGIC CORPORATION, | ) ) ) |
| Defendants. | ) |

### DEFENDANTS SWISSLOG ITALIA S.P.A'S AND TRANSLOGIC CORPORATION'S MOTION FOR LEAVE TO AMEND THEIR ANSWERS AND COUNTERCLAIMS

Pursuant to Federal Rule of Civil Procedure 15(a), defendants Swisslog Italia S.p.A. and Translogic Corporation hereby move for leave to file Amended Answers and Counterclaims. Defendants seek leave to amend to plead antitrust violations under Sections 1 and 2 of the Sherman Act, Section 3 of the Clayton Act, and 6 Del. C. § 2103 based on plaintiff's anticompetitive behavior. Defendants also seek to add an affirmative defense of lack of standing to sue. The grounds for this motion are set forth in Defendants' Opening Brief In Support of Motion for Leave To Amend Their Answers and Counterclaims, filed herewith.

Pursuant to D. Del. LR 15.1, copies of defendants' proposed First Amended Answers and Counterclaims are attached as Exhibits A and B to the Declaration of Bryan N. DeMatteo ("DeMatteo Decl."), filed herewith, and red-lined versions of the Amended Answers and Counterclaims indicating how the amended pleadings differ from the originals are attached as DeMatteo Decl. Exhs. C and D.

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Julia Heaney*

        _____
        Julia Heaney (#3052)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE 19899
        (302) 658-9200
        jheaney@mnat.com
          *Attorneys for Defendants Swisslog Italia, S.p.A. and*
          *Translogic Corporation*

OF COUNSEL:

Alfred R. Fabricant
Lawrence C. Drucker
Richard LaCava
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 277.6500

October 1, 2007
1245932

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-028 (***) |
| SWISSLOG ITALIA S.P.A. and TRANSLOGIC CORPORATION, Defendants. | ) ) ) ) ) |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR LEAVE TO AMEND THEIR ANSWERS AND COUNTERCLAIMS**

Whereas, Defendants Swisslog Italia S.p.A. and Translogic Corporation have moved for leave to amend their Answers and Counterclaims, and the Court having considered the motion and all papers, argument and other matter submitted in support of and in opposition of the motion,

IT IS HEREBY ORDERED THAT:

1. Defendants' Motion for Leave to Amend Their Answers and Counterclaims is hereby GRANTED. Defendants' First Amended Answers and Counterclaims shall be deemed filed as of the date of this Order.

2. Plaintiff shall file a reply to the amended counterclaims within 10 days of this order.

IT IS SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Judge

## **RULE 7.1.1 CERTIFICATE**

Pursuant to D. Del. L.R. 7.1.1, this is to certify that counsel for defendants has raised the subject matter of this motion with counsel for plaintiff and counsel for plaintiff stated that they will oppose the motion.

*/s/ Julia Heaney*
_____
Julia Heaney

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 1, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Dale R. Dubé, Esquire
> Blank Rome LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on October 1, 2007 upon the following individuals in the manner indicated

### BY E-MAIL

Dale R. Dubé, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE  19801

Blair M. Jacobs, Esquire
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC  20004


*/s/ Julia Heaney*
_____
Julia Heaney (#3052)
jheaney@mnat.com