IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SWISSLOG ITALIA S.P.A. and<br>TRANSLOGIC CORPORATION,<br><br>Defendants. | C.A. No. 06-028 (***) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents: 1) *Defendant Translogic Corporation's Responses to Plaintiff McKesson Automation, Inc.'s First Set of Requests to Admit to Defendant Translogic Corporation*; 2) *Defendant Translogic Corporation's Responses to Plaintiff's Third Set of Interrogatories to Translogic Corporation*; 3) *Defendant Translogic Corporation's Responses to Plaintiff McKesson Automation, Inc.'s Third Set of Requests for Production of Documents and Things to Defendant Translogic Corporation*; 4) *Defendant Swisslog Italia S.P.A.'s Responses to Plaintiff McKesson Automation, Inc.'s First Set of Requests to Admit to Defendant Swisslog Italia S.P.A.*; 5) *Defendant Swisslog Italia's Responses to Plaintiff's Third Set of Interrogatories to Swisslog Italia S.P.A.*; and 6) *Defendant Swisslog Italia S.P.A.'s Responses to Plaintiff McKesson Automation, Inc.'s Third Set of Requests for Production of Documents and Things to Defendant Swisslog Italia S.P.A.* were caused to be served on October 12, 2007 upon the following counsel in the manner indicated:

**BY E-MAIL AND FEDERAL EXPRESS**

Dale R. Dube, Esquire
BLANK ROME LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

Blair M. Jacobs, Esquire
Robert A. Gutkin, Esquire
Christina A. Ondrick, Esquire
Katherine R. Lahnstein, Esquire
Christopher May, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

Julia Heaney (#3052)
Maria Granovsky (#4709)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jheaney@mnat.com

*Attorneys for Defendants Swisslog Italia, S.p.A. and Translogic Corporation*

OF COUNSEL:

Alfred R. Fabricant
Lawrence D. Drucker
Richard LaCava
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500

October 12, 2007

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 12, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Dale R. Dubé, Esquire
>Blank Rome LLP

I also certify that copies were caused to be served on October 12, 2007 upon the following in the manner indicated:

### BY E-MAIL

>Dale R. Dubé, Esquire
>Blank Rome LLP
>Chase Manhattan Centre
>1201 Market Street, Suite 800
>Wilmington, DE  19801
>
>Blair M. Jacobs, Esquire
>Sutherland Asbill & Brennan LLP
>1275 Pennsylvania Avenue, NW
>Washington, DC  20004

>*/s/ Julia Heaney*
>_____
>Julia Heaney (#3052)
>jheaney@mnat.com