IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 06-028-MPT |
| TRANSLOGIC CORPORATION and SWISSLOG ITALIA S.p.A., | ) |
| Defendants. | ) |

## CHANGE OF NAME NOTICE

PLEASE TAKE NOTICE that the name of Katherine R. Lahnstein, an attorney admitted *pro hac vice* to represent Plaintiff McKesson Automation, Inc., in this case (Docket No. 142), has been changed to Katherine R. Lahnstein-Bertocci, Esq. Please update all service lists accordingly.

Dated: October 24, 2007

BLANK ROME LLP

*/s/ Dale R. Dubé*

Dale R. Dubé (#2863)
1201 Market Street, Suite 800
Wilmington, DE 19801
Tel: (302) 425-6472
Fax: (302) 425-6464

Blair M. Jacobs
Robert A. Gutkin
Christina A. Ondrick
Christopher L. May
Katherine R. Lahnstein-Bertocci
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 383-0100
Fax: (202) 637-3593

*Counsel for Plaintiff*
McKesson Automation, Inc.

124402.00601/40171803v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October, 2007, I served by hand delivery and electronic filing the CHANGE OF NAME NOTICE, using CM/ECF which will send notification of such filing to the following:

>Julia Heaney, Esquire
>MORRIS, NICHOLS ARSHT & TUNNELL
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899

I also certify that, on this 24th day of October, 2007, I served the aforementioned document, by e-mail and First Class Mail, upon the following participants:

>Lawrence C. Drucker, Esquire
>Alfred R. Fabricant, Esquire
>Richard LaCava, Esquire
>Bryan N. DeMattio, Esquire
>DICKSTEIN SHAPIRO LLP
>1177 Avenue of the Americas
>New York, NY 10036

/s/ Dale R. Dubé
Dale R. Dubé

124402.00601/40171803v.1