# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

MCKESSON AUTOMATION, INC., a     :
Pennsylvania Corporation,           :
                                 :
           Plaintiff,     :
                                 :
      v.                 :    Civil Action No. 06-28-***
                                 :
SWISSLOGIC HOLDING AG, et al.,     :
                                 :
          Defendants.     :

## ORDER

At Wilmington, this **25th** day of **October, 2007.**

IT IS ORDERED that the findings and rulings as discussed contained in the transcript of the teleconference of October 24, 2007 regarding D.I. 179, 182 and 183 serve as an Order in this matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.   To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.


                                /s/ Mary Pat Thynge
                                UNITED STATES MAGISTRATE JUDGE