# EXHIBIT G

# SEALED DOCUMENT

# EXHIBIT I

# SEALED DOCUMENT

# EXHIBIT J

# SEALED DOCUMENT

# EXHIBIT L

# SEALED DOCUMENT

# EXHIBIT N

# SEALED DOCUMENT