IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON AUTOMATION, INC.<br>a Delaware Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>TRANSLOGIC CORPORATION<br>a Delaware Corporation, and<br><br>SWISSLOG ITALIA S.P.A.<br>an Italian Corporation,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. Action No. 1:06CV00028-MPT<br><br><br>**PUBLIC VERSION** |

# EXHIBITS G, I, J, L and N
### of the DECLARATION OF CHRISTOPHER L. MAY

Dated: October 26, 2007

Dale R. Dubé (#2863)
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Tel: (302) 425-6472
Fax: (302) 425-6464

Blair M. Jacobs
Robert A. Gutkin
Christina A. Ondrick
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 383-0100
Fax: (202) 637-3593

*Counsel for Plaintif*
*McKesson Automation, Inc.*

# CONFIDENTIAL EXHIBIT G

# (MANUALLY FILED UNDER SEAL)

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

* * * * * * * * * * * * * * * * * * * * * * * * *

McKESSON AUTOMATION, INC.,

    Plaintiff,

vs.                              Case No.
                              06-028 (KAJ)
SWISSLOG ITALIA S.P.A. and
TRANSLOGIC CORPORATION,

    Defendants.

* * * * * * * * * * * * * * * * * * * * * * * * *

      Videotaped deposition of JAMES LONGO taken by the Defendants under the Federal Rules of Civil Procedure in the above-entitled action, pursuant to notice, before Teresa S. Evans, a Registered Merit Reporter, at the offices of Duane Morris, 600 Grant Street, Suite 5010, Pittsburgh, Pennsylvania, on the 10th day of May, 2007.

## DESIGNATED AS CONFIDENTIAL – REDACTED

# CONFIDENTIAL EXHIBIT I

# (MANUALLY FILED UNDER SEAL)

**DESIGNATED AS CONFIDENTIAL – REDACTED**

Attorney's Eyes Only - Pursuant to Protective Order                    M0004604

**DESIGNATED AS CONFIDENTIAL – REDACTED**

Attorney's Eyes Only - Pursuant to Protective Order

M0004605

**DESIGNATED AS CONFIDENTIAL – REDACTED**

Attorney's Eyes Only - Pursuant to Protective Order

M0004606

# DESIGNATED AS CONFIDENTIAL – REDACTED

Attorney's Eyes Only - Pursuant to Protective Order

M0004607

# CONFIDENTIAL EXHIBIT J

# (MANUALLY FILED UNDER SEAL)

**DESIGNATED AS CONFIDENTIAL – REDACTED**

**DESIGNATED AS CONFIDENTIAL – REDACTED**

Confidential - Pursuant to Protective Order                              M0004666

# CONFIDENTIAL EXHIBIT L

# (MANUALLY FILED UNDER SEAL)

Page 1

```
        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF DELAWARE

                       - - -

McKESSON AUTOMATION, INC.,   )
                             )
          Plaintiff,         )
                             )
     vs.                     ) C.A. No. 06-028 (***)
                             )
SWISSLOG ITALIA, S.P.A., and )
TRANSLOGIC CORPORATION,      )
                             )
          Defendants.        )

                       - - -

          CONFIDENTIAL ATTORNEYS' EYES ONLY
          DEPOSITION OF EUGENE ZWOLINSKI
             Tuesday, August 21, 2007

                       - - -

        The deposition of Eugene Zwolinski, called as a
witness by the Defendants, pursuant to notice and the
Federal Rules of Civil Procedure pertaining to the
taking of depositions, taken before me, the
undersigned, Rebecca L. Schnur, a Notary Public in and
for the Commonwealth of Pennsylvania, at U.S. Steel
Building, Suite 5010, Pittsburgh, Pennsylvania, 15219,
commencing at 9:34 o'clock a.m., the day and date
above set forth.

                       - - -
```

**DESIGNATED AS CONFIDENTIAL - REDACTED**

Transperfect Deposition Services (212) 400-8845

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

* * * * * * * * * * * * * * * * * * * * * * * *

McKESSON AUTOMATION, INC.,

    Plaintiff,

vs.                              Case No.
                                 06-028 (KAJ)
SWISSLOG ITALIA S.P.A. and
TRANSLOGIC CORPORATION,

    Defendants.

* * * * * * * * * * * * * * * * * * * * * * * *

    Videotaped deposition of JAMES LONGO taken by the Defendants under the Federal Rules of Civil Procedure in the above-entitled action, pursuant to notice, before Teresa S. Evans, a Registered Merit Reporter, at the offices of Duane Morris, 600 Grant Street, Suite 5010, Pittsburgh, Pennsylvania, on the 10th day of May, 2007.

# DESIGNATED AS CONFIDENTIAL - REDACTED

# CONFIDENTIAL EXHIBIT N

# (MANUALLY FILED UNDER SEAL)

-CONFIDENTIAL FOR ATTORNEYS' EYES ONLY-

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

- - -

McKESSON AUTOMATION, INC.,      )
                                )
        Plaintiff,              )
                                )
    vs.                         )  C.A. No. 06-028(***)
                                )
SWISSLOG ITALIA, S.P.A., and    )
TRANSLOGIC CORPORATION,         )
                                )
        Defendants.             )

- - -

-CONFIDENTIAL ATTORNEYS' EYES ONLY-
VIDEOTAPED DEPOSITION OF SEAN McDONALD
Thursday, August 30, 2007

- - -

The videotaped deposition of Sean McDonald, called as a witness by the Defendants, pursuant to notice and the Federal Rules of Civil Procedure pertaining to the taking of depositions, taken before me, the undersigned, Rebecca L. Schnur, a Notary Public in and for the Commonwealth of Pennsylvania, at U.S. Steel Building, Suite 5010, Pittsburgh, Pennsylvania, 15219, commencing at 9:47 o'clock a.m., the day and date above set forth.

- - -

**DESIGNATED AS CONFIDENTIAL - REDACTED**

-CONFIDENTIAL FOR ATTORNEYS' EYES ONLY-