IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-028 (***) |
| | ) |
| SWISSLOG ITALIA S.P.A. and | ) |
| TRANSLOGIC CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the time for defendants to serve and file their Reply Brief in support of their Motion to Amend (D.I. 172) is extended to November 9, 2007.


BLANK ROME LLP

/s/ Dale R. Dubé (#2863)

Dale R. Dubé (#2863)
1201 N. Market Street
Suite 800
Wilmington, DE 19801
(302) 425-6400
dube@blankrome.com

Blair M. Jacobs
Robert A. Gutkin
Christina A. Ondrick
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 383-0100
*Counsel for Plaintiff McKesson Automation, Inc.*

MORRIS, NICHOLS ARSHT & TUNNELL LLP

/s/ Julia Heaney (#3052)

Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 351-9221
jheaney@mnat.com

Lawrence C. Drucker
Alfred R. Fabricant
Richard LaCava
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036
Tel: (212) 277-6500
*Counsel for Defendants Swisslog Italia S.p.A. and Translogic Corporation*

November 2, 2007

SO ORDERED this ____ day of _____, 2007.

                                                 _____
                                                 United States Magistrate Judge

1304904