

BLANK ROME LLP
COUNSELORS AT LAW

Phone:      (302) 425-6467
Fax:        (302) 428-5108
Email:      Dube@BlankRome.com

November 6, 2007

**VIA CM/ECF and HAND DELIVERY**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:    *McKesson Automation, Inc. v. Swisslog Italia S.p.A. et al.*;
       C.A. No. 06-028-MPT

Your Honor:

Pursuant to your order of September 28, 2007, McKesson Automation hereby requests that in-house counsel for Plaintiff be allowed to keep a cell phone for mediation purposes. While a client representative with full authority will be in attendance, there may arise an issue which will require consultation with other executives of Plaintiff.

Respectfully submitted,

Dale R. Dube
No. 2863

DRD:pb
cc:    Clerk of Court (by CM/ECF)
       Julia Heaney, Esquire (by CM/ECF and hand delivery)
       Lawrence C. Drucker, Esquire (by email and Federal Express)
       Alfred R. Fabricant, Esquire (by email and Federal Express)
       Richard LaCava, Esquire (by email and Federal Express)
       Bryan N. DeMatteo, Esquire (by email and Federal Express)
       Blair M. Jacobs, Esquire
       Robert A. Gutkin, Esquire
       Christina A. Ondrick, Esquire
       Christopher L. May, Esquire
       Katherine R. Lahnstein-Bertocci, Esquire