# SEALED DOCUMENT

# SEALED DOCUMENT

Case 1:06-cv-00028-SLR-LPS   Document 195-2   Filed 11/09/2007   Page 1 of 1