IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC. )<br><br>Plaintiff, )<br><br>v. )<br><br>SWISSLOG ITALIA S.P.A. and )<br>TRANSLOGIC CORPORATION, )<br><br>Defendants. ) | C.A. No. 06-028 MPT |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 9, 2007, PLAINTIFF MCKESSON AUTOMATION'S RESPONSES TO DEFENDANTS' FIRST REQUEST FOR ADMISSIONS were served upon the following counsel by e-mail and Federal Express:

Julia Heaney. Esq.
MORRIS, NICHOLS ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Alfred R. Fabricant, Esq.
Lawrence C. Drucker, Esq.
Richard LaCava, Esquire
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036

BLANK ROME LLP

*/s/ Dale R. Dubé*
Dale R. Dubé (I.D. No. 2863)
1201 N. Market Street
Suite 800
Wilmington, DE 19801
(302) 425-6400
dube@blankrome.com

124402.00601/40172108v.1

        Blair M. Jacobs
        Robert A. Gutkin
        Christina A. Ondrick
        SUTHERLAND ASBILL & BRENNAN LLP
        1275 Pennsylvania Avenue, NW
        Washington, DC 20004
        Tel: (202) 383-0100
        Fax: (202) 637-3593

        *Counsel for Plaintiff McKesson Automation, Inc.*

DATED: November 12, 2007

124402.00601/40172108v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2007, I caused copies of the attached NOTICE OF SERVICE to be served in the manners indicated upon the following:

**VIA ELECTRONIC FILING AND HAND DELIVERY**

Julia Heaney. Esq.
MORRIS, NICHOLS ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

**VIA FIRST CLASS MAIL AND EMAIL**

Alfred R. Fabricant, Esq.
Lawrence C. Drucker, Esq.
Richard LaCava, Esquire
Bryan N. DeMattel, Esq.
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036

*/s/ Dale R. Dubé*
Dale R. Dubé (DE # 2863)