**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| MCKESSON AUTOMATION, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-028 MPT |
| | ) | |
| SWISSLOG ITALIA S.P.A. and | ) | |
| TRANSLOGIC CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 19, 2007, PLAINTIFF MCKESSON

AUTOMATION'S SECOND SUPPLEMENTAL RESPONSE TO DEFENDANT

TRANSLOGIC CORPORATION'S FIRST SET OF INTERROGATORIES (NOS. 1, 5, 6, 14,

16, 21-23 & 26) was served upon the following counsel by e-mail and First Class Mail:

Julia Heaney. Esq.                                  Alfred R. Fabricant, Esq.
MORRIS, NICHOLS ARSHT & TUNNELL     Lawrence C. Drucker, Esq.
1201 N. Market Street                          Richard LaCava, Esquire
P.O. Box 1347                                     DICKSTEIN SHAPIRO LLP
Wilmington, DE 19899                         1177 Avenue of the Americas
                                                        New York, NY 10036

BLANK ROME LLP

Dale R. Dubé

Dale R. Dubé (I.D. No. 2863)
1201 N. Market Street
Suite 800
Wilmington, DE 19801
(302) 425-6400
dube@blankrome.com

Blair M. Jacobs
Robert A. Gutkin
Christina A. Ondrick
Christopher L. May
Katherine R. Lahnstein-Bertocci
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 383-0100
Fax: (202) 637-3593

*Counsel for Plaintiff McKesson Automation, Inc.*

DATED: November 20, 2007

124402.00601/40172302v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2007, I caused copies of the attached

NOTICE OF SERVICE to be served in the manners indicated upon the following:

**VIA ELECTRONIC FILING AND HAND DELIVERY**

Julia Heaney
MORRIS, NICHOLS ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

**VIA FIRST CLASS MAIL AND EMAIL**

Alfred R. Fabricant
Lawrence C. Drucker
Richard LaCava
Bryan N. DeMatteo
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036

Dale R. Dubé

Dale R. Dubé (DE # 2863)