## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., a Pennsylvania Corporation, | : :  : |
| Plaintiff, | : : |
| v. | : Civil Action No. 06-28-*** |
| SWISSLOGIC HOLDING AG, et al., | : : : |
| Defendants. | : |

## **ORDER**

At Wilmington this **25th** day of **November, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, November 29, 2007 at 9:00 a.m.** with Magistrate Judge Thynge to address a discovery matter. **Julia Heaney, Esquire shall initiate the teleconference call.** The Court expects the parties to continue in their efforts to resolve their discovery matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE