IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>SWISSLOG ITALIA S.P.A. and<br>TRANSLOGIC CORPORATION,<br><br>  Defendants. | C.A. No. 06-028 (***) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of 1) *Defendant Swisslog Italia S.P.A.'s Fourth Supplemental Responses to Plaintiff's First Set of Interrogatories to Swisslog Italia S.P.A.* and (2) *Defendant Translogic Corporation's Fourth Supplemental Responses to Plaintiff's First Set of Interrogatories to Translogic Corporation* were caused to be served on November 26, 2007 upon the following counsel in the manner indicated:

### BY E-MAIL

| | |
|---|---|
| Dale R. Dube, Esquire<br>BLANK ROME LLP<br>Chase Manhattan Centre<br>1201 Market Street, Suite 800<br>Wilmington, DE  19801 | Blair M. Jacobs, Esquire<br>SUTHERLAND ASBILL & BRENNAN LLP<br>1275 Pennsylvania Avenue, NW<br>Washington, DC  20004 |

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ Julia Heaney (#3052)*
                                        _____
                                        Julia Heaney (#3052)
                                        Maria Granovsky (#4709)
                                        1201 N. Market Street
                                        P.O. Box 1347
                                        Wilmington, DE  19899
                                        (302) 658-9200
                                        jheaney@mnat.com

OF COUNSEL:                            *Attorneys for Defendants Swisslog Italia,*
                                            *S.p.A. and Translogic Corporation*

Alfred R. Fabricant
Lawrence D. Drucker
Richard LaCava
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500

November 26, 2007

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 26, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Dale R. Dubé, Esquire
>BLANK ROME LLP

I also certify that copies were caused to be served on November 26, 2007 upon the following in the manner indicated:

### BY E-MAIL

>Dale R. Dubé, Esquire
>BLANK ROME LLP
>Chase Manhattan Centre
>1201 Market Street, Suite 800
>Wilmington, DE  19801

>Blair M. Jacobs, Esquire
>SUTHERLAND ASBILL & BRENNAN LLP
>1275 Pennsylvania Avenue, NW
>Washington, DC  20004

*/s/ Julia Heaney (#3052)*
_____
Julia Heaney (#3052)
jheaney@mnat.com