IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-028 (***) |
| SWISSLOG ITALIA S.P.A. and TRANSLOGIC CORPORATION, | ) ) ) ) |
| Defendants. | ) |

## STIPULATION AND ORDER RE FOURTH AMENDED SCHEDULING ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the dates for expert discovery and claim construction set forth in paragraphs 3, 11 and 12 of the Stipulated Fourth Amended Scheduling Order (D.I. 159) shall be extended by 45 days, pending entry of an amended scheduling order by the Court.

| BLANK ROME LLP | MORRIS, NICHOLS ARSHT & TUNNELL LLP |
|---|---|
| */s/ Dale R. Dubé (#2863)* | */s/ Julia Heaney (#3052)* |
| Dale R. Dubé (#2863) | Julia Heaney (#3052) |
| 1201 N. Market Street | 1201 N. Market Street |
| Suite 800 | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 425-6400 | (302) 351-9221 |
| dube@blankrome.com | jheaney@mnat.com |
| *Attorneys for Plaintiff McKesson Automation, Inc.* | *Attorneys for Defendants Swisslog Italia S.p.A. and Translogic Corporation* |

November 27, 2007

SO ORDERED this ____ day of _____, 2007.

_____
United States Magistrate Judge