## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., a Pennsylvania Corporation, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-28-*** |
| SWISSLOGIC HOLDING AG, et al., | : |
| Defendants. | : |

## **ORDER**

At Wilmington this **3rd** day of **December, 2007**.

During the teleconference of November 29, 2007, certain discovery matters were addressed. Therefore,

IT IS ORDERED that the rulings during the teleconference of November 29, 2007 regarding the discovery matters operate as an Order of the Court.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE