# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

MCKESSON AUTOMATION, INC., a          :
Pennsylvania Corporation,              :
                                       :
                    Plaintiff,         :
                                       :
            v.                         :          Civil Action No. 06-28-***
                                       :
SWISSLOGIC HOLDING AG, et al.,         :
                                       :
                    Defendants.        :

## ORDER

At Wilmington this **16th** day of **January, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, January 24, 2008 at  10:30 a.m.** with Magistrate Judge Thynge to address a discovery matter.  **Dale R. Dube, Esquire shall initiate the teleconference call.**  The Court expects the parties to continue in their efforts to resolve their discovery matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.   To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE