# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., a Pennsylvania Corporation, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-28-*** |
| | : |
| SWISSLOGIC HOLDING AG, et al., | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **22nd** day of **January, 2008**.

IT IS ORDERED that teleconference scheduled for Thursday, January 24, 2008 at 10:30 a.m. with Magistrate Judge Thynge to address a discovery matter has been rescheduled to **Wednesday, January 30, 2008 at 12:00 Noon**. **Dale R. Dube, Esquire shall initiate the teleconference call.** The Court expects the parties to continue in their efforts to resolve their discovery matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE