**SEALED DOCUMENT IN ITS ENTIRETY**

# EXHIBITS A – O

# FILED UNDER SEAL