IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 06-028 (***) |
| SWISSLOG ITALIA S.P.A. and TRANSLOGIC CORPORATION, | ) ) ) ) |
| Defendants. | ) |

### DEFENDANTS SWISSLOG ITALIA S.P.A'S AND TRANSLOGIC CORPORATION'S MOTION TO DISMISS MCKESSON'S WILLFULNESS ALLEGATIONS

Pursuant to Fed. R. Civ. P. 12(b)(6), defendants Swisslog Italia S.p.A. and Translogic Corporation hereby move to dismiss the plaintiff's willfulness allegations. The grounds for this motion are set forth in Defendants Swisslog Italia S.P.A's and Translogic Corporation's Opening Brief, filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jheaney@mnat.com
  *Attorneys for Defendants Swisslog Italia, S.p.A. and Translogic Corporation*

OF COUNSEL:

Alfred R. Fabricant
Lawrence C. Drucker
Richard LaCava
Bryan DeMatteo
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 277.6500

January 25, 2008
1420882

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 25, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Dale R. Dubé, Esquire
> Blank Rome LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on January 25, 2008 upon the following individuals in the manner indicated

**BY E-MAIL**

| | |
|---|---|
| Dale R. Dubé, Esquire | Blair M. Jacobs, Esquire |
| Blank Rome LLP | Sutherland Asbill & Brennan LLP |
| Chase Manhattan Centre | 1275 Pennsylvania Avenue, NW |
| 1201 Market Street, Suite 800 | Washington, DC 20004 |
| Wilmington, DE 19801 | |

*/s/ Julia Heaney*

Julia Heaney (#3052)
jheaney@mnat.com