

Phone:   (302) 425-6467
Fax:     (302) 428-5108
Email:   Dube@BlankRome.com

January 28, 2008

**VIA CMF AND HAND DELIVERY**

The Honorable Mary Pat Thynge
United States Magistrate Judge
U.S. District Court for the District of Delaware
844 King Street
Wilmington, DE 19801

        Re:   *McKesson Automation, Inc. v. Swisslog Italia S.p.A. et al.*;
             C.A. No. 06-028-MPT  **[RE: D.I. 220]**

Your Honor:

    On January 24, 2008 we wrote to the Court requesting that Blair Jacobs, Esquire be appointed a Commissioner for the purpose of taking foreign depositions of the Italian witnesses. D.I. 220. Due to an error, the Commission was not enclosed with that letter. Enclosed please find the Commission that we respectfully request the Court enter.

                                Respectfully,

                                Dale R. Dube
                                No. 2863

DRD:pb
Enclosure
cc:    Clerk of Court (by CM/ECF)
       Julia Heaney, Esquire (by CM/ECF and hand delivery)
       Lawrence C. Drucker, Esquire (by email and First Class Mail)
       Alfred R. Fabricant, Esquire (by email and First Class Mail)
       Richard LaCava, Esquire (by email and First Class Mail)
       Bryan N. DeMatteo, Esquire (by email and First Class Mail)
       Robert A. Gutkin, Esquire
       Blair M. Jacobs, Esquire
       Christina A. Ondrick, Esquire
       Christopher L. May, Esquire
       Katherine R. Lahnstein-Bertocci, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC,. <br> a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> TRANSLOGIC CORPORATION <br> a Delaware Corporation, and <br> SWISSLOG ITALIA S.P.A. <br> an Italian Corporation, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. Action No. 06-028-MPT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **COMMISSION TO BLAIR M. JACOBS, ESQUIRE**

In the United States District Court for the District of Delaware:

The President of the United States of America to Blair M. Jacobs, Esquire, at 1275 Pennsylvania Ave. NW, Washington DC;

GREETING:

    Know ye, that we, by these presents, and pursuant to the attached Order of the Honorable Mary Pat Thynge have appointed you a commissioner, and do give you full power and authority to examine Andrea Balsamo and Paolo Provvisionato of Bologna, Italy under oath or affirmation as witnesses on behalf of Defendants Translogic Corporation and Swisslog Italia, S.P.A. in a certain cause now pending in the above Court, in which McKesson Automation, Inc. is Plaintiff, in response to such oral interrogatories and cross-interrogatories as may be propounded to these witnesses in regard to Opinion Letters written by Messrs. Balsamo and Provvisionato and related issues.

    And we do hereby require you, before whom such testimony is to be taken, to reduce the testimony to writing, and direct it to the Clerk of the above-entitled Court as soon as may be after the execution of this commission.

    Witness the Honorable Mary Pat Thynge, Judge of the District Court of the United States, this _____ day of January 2008.

*[Seal]*

                                                                               _____
                                                                               Clerk of the United States District Court
                                                                               for the District of Delaware