IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC,. a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRANSLOGIC CORPORATION a Delaware Corporation, and SWISSLOG ITALIA S.P.A. an Italian Corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. Action No. 06-028-MPT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMMISSION TO BLAIR M. JACOBS, ESQUIRE

In the United States District Court for the District of Delaware:

The President of the United States of America to Blair M. Jacobs, Esquire, at 1275 Pennsylvania Ave. NW, Washington DC;

GREETING:

Know ye, that we, by these presents, and pursuant to the attached Order of the Honorable Mary Pat Thynge have appointed you a commissioner, and do give you full power and authority to examine Andrea Balsamo and Paolo Provvisionato of Bologna, Italy under oath or affirmation as witnesses on behalf of Defendants Translogic Corporation and Swisslog Italia, S.P.A. in a certain cause now pending in the above Court, in which McKesson Automation, Inc. is Plaintiff, in response to such oral interrogatories and cross-interrogatories as may be propounded to these witnesses in regard to Opinion Letters written by Messrs. Balsamo and Provvisionato and related issues.

And we do hereby require you, before whom such testimony is to be taken, to reduce the testimony to writing, and direct it to the Clerk of the above-entitled Court as soon as may be after the execution of this commission.

Witness the Honorable Mary Pat Thynge, Judge of the District Court of the United States, this 30th day of January 2008.

[Seal]

Deputy Clerk of the United States District Court
for the District of Delaware