UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC. a Delaware Corporation, </br></br> Plaintiff, </br></br> v. </br></br> TRANSLOGIC CORPORATION a Delaware Corporation, and </br></br> SWISSLOG ITALIA S.P.A. an Italian Corporation, </br></br> Defendants. | Civ. Action No. 1:06CV00028-MPT </br></br> PUBLIC VERSION |

### DECLARATION OF SEAN MCDONALD

I, SEAN MCDONALD, hereby declare, affirm and state the following:

1. The facts set forth below are known to me personally and I have first-hand knowledge of them.

2. I am currently the President and Chief Executive Officer of Precision Therapeutics, Inc. and reside in Pittsburgh, Pennsylvania.

3. Over my career, I have received numerous awards for entrepreneurism, venture capital success, and innovation.

4. I am the inventor of several patents related to healthcare technologies.

#### AHI Background

5. I founded Automated Healthcare, Inc. ("AHI") in the late 1980s with the goal of developing and implementing pharmacy automation solutions.

6. I have served as AHI's President and CEO.

7.  I started the company with money provided by my father and initially operated the business out of my apartment in Pittsburgh, Pennsylvania.

8.  As a small startup company with very little capital, we regularly sought out investors, and/or loans, to provide an infusion of funds to keep the company running and continue development of our pharmacy automation products.

# REDACTED

# REDACTED

# REDACTED

### PSF and Dr. Heilman Never Asserted That They Owned the Patent Application

26. AHI was responsible for the Patent Application for a number of years after the 1990 loans. Neither Dr. Heilman nor Mr. Demmler ever told me that they believed they had any ownership interest in AHI's patents. In fact, until this litigation, nobody every raised a question regarding this Assignment.

### AHI, not PSF or Dr. Heilman, Controlled The Prosecution of the Patent Application and the Development of the Technology Disclosed in the Patent Application

27. PSF, Mr. Demmler, and Dr. Heilman never controlled, or were involved in, the prosecution of the Patent Application. AHI retained all responsibility for prosecuting the Patent Application. AHI made all decisions regarding the prosecution of the Patent Application. AHI made all payments for such patent prosecution to the United States Patent and Trademark Office.

28. PSF, Mr. Demmler and Dr. Heilman never had responsibility for developing, marketing, selling, or implementing the technology disclosed in the Patent Application. This was AHI's responsibility.

# REDACTED

# REDACTED

*[signature]*
Sean McDonald

Subscribed and sworn to me this 18th day of January, 2008.

*[signature]* Pamela A Ranallo
Notary Public

> NOTARIAL SEAL
> PAMELA A RANALLO
> Notary Public
> PITTSBURGH CITY, ALLEGHENY COUNTY
> My Commission Expires Feb 26, 2011

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of February, 2008, I served by hand delivery and electronic filing the Public Version of the DECLARATION OF SEAN MCDONALD, using CM/ECF which will send notification of such filing to the following:

> Julia Heaney, Esquire
> MORRIS, NICHOLS ARSHT & TUNNELL
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899

I also certify that, on this 1st day of February, 2008, I served the aforementioned document, by e-mail and First Class Mail, upon the following participants:

> Lawrence C. Drucker, Esquire
> Alfred R. Fabricant, Esquire
> Richard LaCava, Esquire
> Bryan N. DeMattio, Esquire
> DICKSTEIN SHAPIRO LLP
> 1177 Avenue of the Americas
> New York, NY 10036

/s/ Dale R. Dubé
Dale R. Dubé