IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-028 (SLR) |
| | ) |
| SWISSLOG ITALIA S.P.A. and | ) |
| TRANSLOGIC CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED by the parties, subject to approval by the Court, that the time for defendants to file their reply brief in support of their Rule 12(b)(1) Motion to Dismiss (D.I. 165) shall be extended to February 15, 2008.

BLANK ROME LLP

/s/ *Dale R. Dubé (#2863)*
―――――――――――――――
Dale R. Dubé (#2863)
1201 N. Market Street
Suite 800
Wilmington, DE 19801
(302) 425-6400
dube@blankrome.com
  *Attorneys for Plaintiff McKesson Automation, Inc.*

MORRIS, NICHOLS ARSHT & TUNNELL LLP

/s/ *Julia Heaney (#3052)*
―――――――――――――――
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 351-9221
jheaney@mnat.com
  *Attorneys for Defendants Swisslog Italia S.p.A. and Translogic Corporation*

February 4, 2008

SO ORDERED this ____ day of February, 2008.

―――――――――――――――
U.S.D.J.

1458120