IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 06-28-SLR/LPS |
| SWISSLOG HOLDING AG, et al., | ) |
| Defendants. | ) |

**ORDER REGARDING REFERENCE
PURSUANT TO 28 U.S.C. § 636**

At Wilmington this _11th_ day of February, 2008, the above case having been reassigned from the vacant judgeship caseload;

IT IS ORDERED that the case is hereby referred to Magistrate Judge Leonard P. Stark. Consistent with 28 U.S.C. § 636(b), Judge Stark shall:

1. Hear and determine all motions to dismiss and motions for judgment on the pleadings (by report and recommendation).

2. Hear and determine all discovery disputes.[1]

3. Conduct alternate dispute resolution.

4. Hear and determine all matters relating to any of the foregoing (e.g., briefing, scheduling, extensions of time.)

5. The above caption shall be used in all subsequent filings in this action.

_____
United States District Judge

---

[1] With respect to discovery disputes, the court's Electronic Discovery Default Standard and Default Standard for Access to Source Code shall continue to be applicable.