# SEALED DOCUMENT

Case 1:06-cv-00028-SLR-LPS     Document 241     Filed 02/15/2008     Page 1 of 1