IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| McKESSON AUTOMATION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-028-SLR |
| | ) |
| SWISSLOG ITALIA S.P.A. and | ) |
| TRANSLOGIC CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**McKESSON AUTOMATION, INC.'S REQUEST FOR ORAL ARGUMENT RE: D.I. 165**

Pursuant to Delaware Local Rule 7.1.4, Plaintiff McKesson Automation, Inc. hereby requests oral argument on Defendants' Motion to Dismiss based upon Plaintiff's alleged lack of standing [D.I. 165].

Respectfully submitted,

BLANK ROME LLP

*Dale R. Dubé*

Dale R. Dubé (#2863)
1201 N. Market Street
Suite 800
Wilmington, DE 19801
(302) 425-6400
dube@blankrome.com

- and -

Blair M. Jacobs
Robert A. Gutkin
Christina A. Ondrick
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 383-0100

Dated: February 20, 2008        *Counsel for Plaintiff McKesson Automation, Inc.*

124402.00601/40173501v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February, 2008, I served by hand delivery and electronic filing McKESSON AUTOMATION, INC.'S REQUEST FOR ORAL ARGUMENT RE: D.I. 165, using CM/ECF, which will send notification of such filing to the following:

    Julia Heaney, Esquire
    MORRIS, NICHOLS ARSHT & TUNNELL
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE 19899

I also certify that, on this 20th day of February, 2008, I served the aforementioned document, by email and First Class Mail to the following participants:

    Lawrence C. Drucker, Esquire
    Alfred R. Fabricant, Esquire
    Richard LaCava, Esquire
    Bryan N. DeMattio, Esquire
    DICKSTEIN SHAPIRO LLP
    1177 Avenue of the Americas
    New York, NY 10036

/s/ Dale R. Dubé
Dale R. Dubé