IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-028 (SLR/LPS) |
| ) | |
| SWISSLOG ITALIA S.P.A. and ) | PUBLIC VERSION |
| TRANSLOGIC CORPORATION, ) | February 20, 2008 |
| ) | ORIGINAL VERSION |
| Defendants. ) | February 15, 2008 |

**REPLY DECLARATION OF LAWRENCE C. DRUCKER**
**IN FURTHER SUPPORT OF DEFENDANTS' RULE 12(B)(1) MOTION TO DISMISS**

I, Lawrence C. Drucker, declare as follows:

1. I am a member of Dickstein Shapiro, LLP and am one of the attorneys for defendants Translogic Corp. ("Translogic") and Swisslog Italia S. p. A. ("Swisslog") (together, "Defendants")  As such, I am fully familiar with the facts and circumstances set forth herein.  I submit this declaration in support of  defendants' motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) on the grounds that plaintiff McKesson Automation, Inc. ("McKesson") lacks standing to sue due to lack of ownership of the rights to the patents-in-suit.

2.

REDACTED

3.

REDACTED

REDACTED

4.

REDACTED

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief. This declaration is executed this 15th day of February, 2008.

_____
Lawrence C. Drucker

293216

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 20, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Dale R. Dubé, Esquire
Blank Rome LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on February 20, 2008 upon the following individuals in the manner indicated

**BY E-MAIL**

Dale R. Dubé, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE  19801

Blair M. Jacobs, Esquire
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC  20004

*/s/ Julia Heaney (#3052)*

Julia Heaney (#3052)
jheaney@mnat.com