IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| McKESSON AUTOMATION, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action 06-28-SLR/LPS |
| TRANSLOGIC CORPORATION, SWISSLOG ITALIA S.P.A., | ) ) ) ) |
| Defendants. | ) |

## ORDER

At Wilmington this 26th day of **February, 2008.**

IT IS ORDERED that a teleconference has been scheduled for **March 12, 2008 at 12:00 p.m.** with Magistrate Judge Stark to discuss the status of this action. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE