IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

McKesson Automation, Inc., :
:
            Plaintiff, :
:
v. : Civ. No. 06-28-SLR-LPS
:
Swisslogic Holding AG, et al., :
:
            Defendants. :

**ORDER**

At Wilmington this 5th day of **March, 2008**.

IT IS ORDERED that a status teleconference has been scheduled for **March 31, 2008 at 12:00 p.m.** with Magistrate Judge Stark to discuss the status of this action. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.**

IT IS FURTHER ORDERED that the teleconference scheduled for **March 12, 2008 at 12:00 p.m.** is **CANCELED**.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                /s/ Leonard P. Stark
                                                UNITED STATES MAGISTRATE JUDGE