IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-028-SLR |
| | ) |
| SWISSLONG ITALIA S.P.A. and | ) |
| TRANSLOGIC CORPORATION, | ) |
| | ) |
| Defendants. | ) |

ORDER

At Wilmington this 12th day of March, 2008,

IT IS ORDERED that a telephone conference shall be held on **Monday, March 24, 2008**, at 3:30 p.m. Counsel for plaintiff shall coordinate and initiate this call.

_____
United States District Judge