IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-028 SLR/LPS |
| ) | |
| SWISSLOG ITALIA S.P.A. and ) | |
| TRANSLOGIC CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### STIPULATION AND ORDER FOR EXTENSION OF TIME [D.I. 224]

IT IS HEREBY STIPULATED by the parties, in accordance with the Court's Order of January 30, 2008, that the time for Plaintiff to file its Opposition to Defendants' 12(b)(6) Motion to Dismiss McKesson's Willfulness Allegations (D.I. 224) shall be extended until 20 (twenty) days after the completion of the depositions of Messrs. Provvisionato and Balsamo. *See*, Transcript of Telephone Conference in *McKesson Automation Inc., v. Swisslog Italia, S.P.A., et al*, before the Honorable Mary Pat Thynge, D.I. 245 at 11:1-7. Additionally, the parties agree, subject to the Court's approval, that Defendants shall have 10 business days to reply to Plaintiff's Opposition to Defendants' 12(b)(6) Motion to Dismiss McKesson's Willfulness Allegations.

[signature block on following page]

| BLANK ROME LLP | MORRIS, NICHOLS ARSHT & TUNNELL LLP |
|---|---|
| /s/ Dale R. Dubé | /s/ Julia Heaney |
| Dale R. Dubé (#2863) | Julia Heaney (#3052) |
| 1201 N. Market Street | 1201 N. Market Street |
| Suite 800 | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 425-6400 | (302) 351-9221 |
| dube@blankrome.com | jheaney@mnat.com |
| *Attorneys for Plaintiff McKesson Automation, Inc.* | *Attorneys for Defendants Swisslog Italia S.p.A. and Translogic Corporation* |

Dated:  March 14, 2008


SO ORDERED this ____ day of March, 2008.

_____
United States Magistrate Judge

2



**BLANK ROME** LLP
COUNSELORS AT LAW

Phone:  (302) 425-6467
Fax:    (302) 428-5108
Email:  Dube@BlankRome.com

March 14, 2008

**VIA CMF AND HAND DELIVERY**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
844 King Street
Wilmington, DE 19801

      Re:    *McKesson Automation, Inc. v. Swisslog Italia S.p.A. et al.*;
             C.A. No. 06-028-SLR/LPS

Your Honor:

      Enclosed for your approval is a proposed Stipulation and Order for extending the time for submission of the parties' opposition and reply briefs relating to Defendants' 12(b)(6) Motion to Dismiss McKesson's Willfulness Allegations (D.I. 224). The Stipulation memorializes Judge Thynge's oral ruling during a January 30, 2008 teleconference that McKesson will be allowed 20 days from the completion of the depositions of the Italian witnesses to file its opposition, D.I. 246 at 11:1-7, as well as the parties' agreement to extend the briefing period for Defendants' reply brief.

      The parties are available by telephone should the Court have any questions.

                              Respectfully submitted,

                              Dale R. Dube
                              No. 2863

DRD:pb
Enclosure
cc:     Clerk of Court (by CM/ECF)
       Julia Heaney, Esquire (by CM/ECF and hand delivery)
       Lawrence C. Drucker, Esquire (by email and First Class Mail)
       Alfred R. Fabricant, Esquire (by email and First Class Mail)
       Richard LaCava, Esquire (by email and First Class Mail)
       Bryan N. DeMatteo, Esquire (by email and First Class Mail)
       Robert A. Gutkin, Esquire
       Blair M. Jacobs, Esquire
       Christina A. Ondrick, Esquire
       Christopher L. May, Esquire
       Katherine R. Lahnstein-Bertocci, Esquire