IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> SWISSLOG ITALIA S.P.A. and TRANSLOGIC CORPORATION, <br><br> Defendants. | C.A. No. 06-028 (SLR/LPS) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Swisslog Italia's and Translogic Corporation' Identification of Terms Requiring Construction and Proposed Constructions for these Terms* were caused to be served on March 19, 2008 upon the following counsel in the manner indicated:

**BY E-MAIL**

Dale R. Dubé, Esquire
BLANK ROME LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

**BY E-MAIL**

Blair M. Jacobs, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Julia Heaney (#3052)*

                Julia Heaney (#3052)
                1201 N. Market Street
                P.O. Box 1347
                Wilmington, DE  19899
                (302) 658-9200
                jheaney@mnat.com

                *Attorneys for Defendants Swisslog Italia, S.p.A. and Translogic Corporation*

OF COUNSEL:

Alfred R. Fabricant
Lawrence D. Drucker
Richard LaCava
Bryan N. DeMatteo
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500

March 19, 2008

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 19, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Dale R. Dubé, Esquire
>BLANK ROME LLP

I also certify that copies were caused to be served on March 19, 2008 upon the following in the manner indicated:

### BY E-MAIL

>Dale R. Dubé, Esquire
>BLANK ROME LLP
>Chase Manhattan Centre
>1201 Market Street, Suite 800
>Wilmington, DE  19801
>
>Blair M. Jacobs, Esquire
>SUTHERLAND ASBILL & BRENNAN LLP
>1275 Pennsylvania Avenue, NW
>Washington, DC  20004

>*/s/ Julia Heaney (#3052)*
>_____
>Julia Heaney (#3052)
>jheaney@mnat.com