IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-028 SLR/LPS |
| | ) |
| SWISSLOG ITALIA S.P.A. and | ) |
| TRANSLOGIC CORPORATION, | ) |
| | ) |
| Defendants. | ) |

### STIPULATION AND ORDER FOR EXTENSION OF TIME [D.I. 224]



(*April 14, 2008*)

IT IS HEREBY STIPULATED by the parties, in accordance with the Court's Order of January 30, 2008, that the time for Plaintiff to file its Opposition to Defendants' 12(b)(6) Motion to Dismiss McKesson's Willfulness Allegations (D.I. 224) shall be extended until 20 (twenty) days after the completion of the depositions of Messrs. Provvisionato and Balsamo. *See*, Transcript of Telephone Conference in *McKesson Automation Inc., v. Swisslog Italia, S.P.A., et al*, before the Honorable Mary Pat Thynge, D.I. 245 at 11:1-7. Additionally, the parties agree, subject to the Court's approval, that Defendants shall have 10 business days to reply to Plaintiff's Opposition to Defendants' 12(b)(6) Motion to Dismiss McKesson's Willfulness Allegations.

[signature block on following page]

(*April 25, 2008*)

| | |
|---|---|
| **BLANK ROME LLP** | **MORRIS, NICHOLS ARSHT & TUNNELL LLP** |
| /s/ Dale R. Dubé | /s/ Julia Heaney |
| Dale R. Dubé (#2863) | Julia Heaney (#3052) |
| 1201 N. Market Street | 1201 N. Market Street |
| Suite 800 | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 425-6400 | (302) 351-9221 |
| dube@blankrome.com | jheaney@mnat.com |
| *Attorneys for Plaintiff McKesson Automation, Inc.* | *Attorneys for Defendants Swisslog Italia S.p.A. and Translogic Corporation* |

Dated: March 14, 2008

SO ORDERED this 31st day of March, 2008.

_____
United States Magistrate Judge