# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| McKesson Automation, Inc., | : |
| Plaintiff, | : |
| v. | : Civ. No. 06-28-SLR-LPS |
| Swisslogic Holding AG, et al., | : |
| Defendants. | : |

## ORDER

At Wilmington this **31st** day of **March, 2008**.

IT IS ORDERED that oral argument on Defendants' pending: (I) Rule 12(b)(1) Motion to Dismiss (D.I. 165), (ii) Motion to Dismiss McKesson's Willfulness Allegations (D.I. 224), and, to the extent no decision has been rendered by the Court prior to the date of oral argument, (iii) Revised Motion for Leave to Amend their Answers and Counterclaims (D.I. 172), is hereby scheduled for **May 12, 2008** at **2:00 PM** in courtroom 2A before the Honorable Leonard P. Stark.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order

_____
UNITED STATES MAGISTRATE JUDGE