IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRANSLOGIC CORPORATION and )<br>SWISSLOG ITALIA S.p.A., )<br>)<br>Defendants. )<br>) | C.A. No. 06-028-SLR/LPS |

## NOTICE OF SERVICE OF THE EXPERT REPORT
## OF W. TODD SCHOETTELKOTTE

The undersigned attorney hereby certifies that copies of the Expert Report of W. Todd Schoettelkotte were served on March 31, 2008 upon the following counsel, in the manner indicated:

BY EMAIL

Lawrence C. Drucker, Esquire
Alfred R. Fabricant, Esquire
Richard LaCava, Esquire
Bryan N. DeMattio, Esquire
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036

Dated: April 1, 2008                BLANK ROME LLP

*/s/ Dale R. Dubé*
Dale R. Dubé (#2863)
1201 Market Street, Suite 800
Wilmington, DE 19801
Tel: (302) 425-6472
Fax: (302) 425-6464

- and -

124402.00601/40174105v.1

Blair M. Jacobs
Robert A. Gutkin
Christina A. Ondrick
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 383-0100
Fax: (202) 637-3593

*Counsel for Plaintiff*
*McKesson Automation, Inc.*