IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MCKESSON AUTOMATION, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 06-028-SLR/LPS |
| TRANSLOGIC CORPORATION and SWISSLOG ITALIA S.p.A., | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE OF THE EXPERT REPORT OF WAYNE J. BOOK, Ph.D.**

The undersigned attorney hereby certifies that copies of the Expert Report of Wayne J. Book, Ph.D. were served on March 31, 2008 upon the following counsel, in the manner indicated:

BY EMAIL

Lawrence C. Drucker, Esquire
Alfred R. Fabricant, Esquire
Richard LaCava, Esquire
Bryan N. DeMattio, Esquire
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036

Dated: April 1, 2008               BLANK ROME LLP

*/s/ Dale R. Dubé*
Dale R. Dubé (#2863)
1201 Market Street, Suite 800
Wilmington, DE 19801
Tel: (302) 425-6472
Fax: (302) 425-6464

- and -

124402.00601/40174104v.1

Blair M. Jacobs
Robert A. Gutkin
Christina A. Ondrick
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 383-0100
Fax: (202) 637-3593

*Counsel for Plaintiff*
*McKesson Automation, Inc.*