IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>SWISSLOG ITALIA S.P.A. and<br>TRANSLOGIC CORPORATION,<br><br>  Defendants. | C.A. No. 06-028 (SLR/LPS) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Amended Expert Report of Jeffery A. Stec, Ph.D.* were caused to be served on April 11, 2008 upon the following counsel in the manner indicated:

### BY E-MAIL

Dale R. Dubé
BLANK ROME LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE  19801

Blair M. Jacobs
Christina A. Ondrick
Katherine R. Lahnstein
Christopher May
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC  20004

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*

Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jheaney@mnat.com

*Attorneys for Defendants Swisslog Italia, S.p.A. and Translogic Corporation*

OF COUNSEL:

Alfred R. Fabricant
Lawrence D. Drucker
Richard LaCava
Bryan N. DeMatteo
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500

April 15, 2008

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 15, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Dale R. Dubé
> BLANK ROME LLP

I also certify that copies were caused to be served on April 15, 2008 upon the following in the manner indicated:

### BY E-MAIL

Dale R. Dubé
BLANK ROME LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE  19801

Blair M. Jacobs
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC  20004

*/s/ Julia Heaney (#3052)*
_____
Julia Heaney (#3052)
jheaney@mnat.com