IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-028 SLR/LPS |
| | ) |
| SWISSLOG ITALIA S.P.A. and | ) |
| TRANSLOGIC CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**CORRECTED STIPULATION AND ORDER FOR EXTENSION OF TIME [D.I. 224]**

IT IS HEREBY STIPULATED by the parties, in accordance with the Court's Order of January 30, 2008, that the time for Plaintiff to file its Opposition to Defendants' 12(b)(6) Motion to Dismiss McKesson's Willfulness Allegations (D.I. 224) shall be extended until 20 (twenty) days after the completion of the depositions of Messrs. Provvisionato and Balsamo (April 15, 2008). *See*, Transcript of Telephone Conference in *McKesson Automation Inc., v. Swisslog Italia, S.P.A., et al*, before the Honorable Mary Pat Thynge, D.I. 245 at 11:1-7. Additionally, the parties agree, subject to the Court's approval, that Defendants shall have 10 business days (April 29, 2008) to reply to Plaintiff's Opposition to Defendants' 12(b)(6) Motion to Dismiss McKesson's Willfulness Allegations.

[signature block on following page]

2

| | |
|---|---|
| **BLANK ROME LLP** | **MORRIS, NICHOLS ARSHT & TUNNELL LLP** |
| /s/ Dale R. Dubé | /s/ Julia Heaney |
| Dale R. Dubé (#2863) | Julia Heaney (#3052) |
| 1201 N. Market Street | 1201 N. Market Street |
| Suite 800 | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 425-6400 | (302) 351-9221 |
| dube@blankrome.com | jheaney@mnat.com |
| *Attorneys for Plaintiff McKesson Automation, Inc.* | *Attorneys for Defendants Swisslog Italia S.p.A. and Translogic Corporation* |

Dated: April 15, 2008


SO ORDERED this ____ day of April, 2008.

_____
United States Magistrate Judge