# SEALED DOCUMENT

Case 1:06-cv-00028-SLR-LPS    Document 274    Filed 04/15/2008    Page 1 of 1