IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| McKesson Automation, Inc., | : |
| Plaintiff, | : |
| v. | : Civ. No. 06-28-SLR-LPS |
| Swisslogic Holding AG, et al., | : |
| Defendants. | : |

### ORDER

At Wilmington this **1st** day of **May, 2008**.

IT IS ORDERED that **the hearing scheduled for May 12, 2008 is CANCELED.**

IT IS FURTHER ORDERED that **oral argument will be held on May 20, 2008 at 11:00 AM** in courtroom 2A before the Honorable Leonard P. Stark on the following motions: (i) Defendants' Rule 12(b)(1) Motion to Dismiss (D.I. 165), (ii) Defendants' Motion to Dismiss McKesson's Willfulness Allegations (D.I. 224), (iii) Defendants' Revised Motion for Leave to Amend their Answers and Counterclaims (D.I. 172), and (iv) Plaintiff's Motion for Leave to File a Second Amended Complaint (D.I. 272).

IT IS FURTHER ORDERED that Defendants' answering brief in opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint (D.I. 272) shall be filed on or before **May 9, 2008**. Any reply brief in support of the motion shall be filed on or before **May 14, 2008**.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order

_____
UNITED STATES MAGISTRATE JUDGE