IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 06-028-SLR/LPS<br>) |
| TRANSLOGIC CORPORATION and<br>SWISSLOG ITALIA S.p.A., | )<br>)<br>) |
| Defendants. | )<br>) |

NOTICE OF SERVICE OF THE SUPPLEMENTAL
EXPERT REPORT OF W. TODD SCHOETTELKOTTE

The undersigned attorney hereby certifies that copies of the Supplemental Expert Report of W. Todd Schoettelkotte were served on May 2, 2008 by email upon the following counsel:

Julia Heaney, Esquire
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 351-9221

Lawrence C. Drucker, Esquire
Alfred R. Fabricant, Esquire
Richard LaCava, Esquire
Bryan N. DeMattio, Esquire
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036

Dated: May 5, 2008

BLANK ROME LLP

*Dale R. Dubé*
Dale R. Dubé (#2863)
1201 Market Street, Suite 800
Wilmington, DE 19801
Tel: (302) 425-6472
Fax: (302) 425-6464

- and -

124402.00601/40174602v.1

Blair M. Jacobs
Robert A. Gutkin
Christina A. Ondrick
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 383-0100
Fax: (202) 637-3593

*Counsel for Plaintiff*
*McKesson Automation, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2008, I served by email and electronic filing the Notice of Service, using CM/ECF, which will send notification of such filing to the following:

>Julia Heaney, Esquire
>MORRIS, NICHOLS ARSHT & TUNNELL
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899

I also certify that, on this 5th day of May, 2008, I served the aforementioned document, by email to the following participants:

>Lawrence C. Drucker, Esquire
>Alfred R. Fabricant, Esquire
>Richard LaCava, Esquire
>Bryan N. DeMattio, Esquire
>DICKSTEIN SHAPIRO LLP
>1177 Avenue of the Americas
>New York, NY 10036

*Dale R. Dubé*
Dale R. Dubé (I.D. No. 2863)