SEALED DOCUMENT

Case 1:06-cv-00028-SLR-LPS    Document 291    Filed 05/09/2008    Page 1 of 1

# SEALED DOCUMENT