IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON AUTOMATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-028-SLR/LPS |
| | ) | |
| TRANSLOGIC CORPORATION and SWISSLOG ITALIA S.p.A., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

Christine S. Azar (Delaware I.D. No. 4170) hereby enters her appearance as additional counsel for plaintiff McKesson Automation, Inc.

Respectfully submitted,

Dated: May 15, 2008

BLANK ROME LLP

_____
Dale R. Dubé (#2863)
Christine S. Azar (#4170)
1201 Market Street, Suite 800
Wilmington, DE 19801
Tel: (302) 425-6472
Fax: (302) 425-6464

- and -

Blair M. Jacobs
Robert A. Gutkin
Christina A. Ondrick
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 383-0100
Fax: (202) 637-3593

*Counsel for Plaintiff*
*McKesson Automation, Inc.*

124402.00601/40174747v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2008, I served by hand delivery and electronic filing the Notice of Appearance, using CM/ECF, which will send notification of such filing to the following:

>Julia Heaney, Esquire
>MORRIS, NICHOLS ARSHT & TUNNELL
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899

I also certify that, on this 15th day of May, 2008, I served the aforementioned document, by First Class Mail and email to the following participants:

>Lawrence C. Drucker, Esquire
>Alfred R. Fabricant, Esquire
>Richard LaCava, Esquire
>Bryan N. DeMattio, Esquire
>DICKSTEIN SHAPIRO LLP
>1177 Avenue of the Americas
>New York, NY 10036

*Dale R. Dubé*
Dale R. Dubé  (I.D. No. 2863)