IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| McKesson Automation, Inc., | : |
| Plaintiff, | : |
| v. | : Civ. No. 06-28-SLR-LPS |
| Swisslogic Holding AG, et al., | : |
| Defendants. | : |

### ORDER

And now this **21st** day of **May, 2008**, after having been advised by the Plaintiff and Defendants of their inability to resolve a discovery matter,

**IT IS HEREBY ORDERED** that a teleconference is scheduled for **Friday, May 23, 2008** at **11:00 A.M.** Counsel for the Defendants shall initiate the teleconference call to 302-573-4573.

**IT IS FURTHER ORDERED** that Defendants shall file with the Court a letter, not to exceed three (3) pages, outlining the issues in dispute and their position on those issues, by **4:30 P.M. on Wednesday, May 21, 2008.** Plaintiff shall file with the Court a letter, not to exceed three (3) pages, outlining its response to and position on the issues set forth by defendants by **4:30 P.M. on Thursday, May 22, 2008.** Should any document(s) be filed under seal, a copy of the sealed document(s) must be provided to the Magistrate Judge within one (1) hour of e-filing the document(s). Should the Court find further briefing necessary upon conclusion of the telephone conference, the Court will order it.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE