IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-028 (SLR/LPS) ) |
| SWISSLOG ITALIA S.P.A. and TRANSLOGIC CORPORATION, | ) ) ) |
| Defendants. | ) ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadlines set forth in the following paragraphs of the Stipulated Seventh Amended Scheduling Order (D.I. 289) shall be extended as follows:

Paragraph 2(c): the date for exchange of rebuttal expert reports shall be extended three days, to June 2, 2008;

Paragraph 7: the date for filing the Joint Claim Construction Statement shall be extended three days, to June 4, 2008.

| | |
|---|---|
| BLANK ROME LLP | MORRIS, NICHOLS ARSHT & TUNNELL LLP |
| /s/ Dale R. Dubé (#2863) | /s/ Julia Heaney (#3052) |
| Dale R. Dubé (#2863)<br>1201 N. Market Street<br>Suite 800<br>Wilmington, DE 19801<br>(302) 425-6400<br>dube@blankrome.com<br>  Attorneys for Plaintiff McKesson Automation, Inc. | Julia Heaney (#3052)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801<br>(302) 351-9221<br>jheaney@mnat.com<br>  Attorneys for Defendants Swisslog Italia S.p.A. and Translogic Corporation |

May 27, 2008                                                                                                            2342255

SO ORDERED this ____ day of _____, 2008.

_____
U.S.D.J.