IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON AUTOMATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-028-SLR/LPS |
| | ) | |
| TRANSLOGIC CORPORATION and SWISSLOG ITALIA S.p.A., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF WITHDRAWAL OF TROY R. COVINGTON, ESQUIRE

PLEASE TAKE NOTICE that, effective immediately, the appearance of Troy R. Covington, Esquire, one of the attorneys who has appeared on behalf of Plaintiff McKesson Automation, Inc., is withdrawn. Please update all service lists accordingly.

Dated: May 28, 2008

BLANK ROME LLP

*/s/ Dale R. Dubé*
Dale R. Dubé (#2863)
1201 Market Street, Suite 800
Wilmington, DE 19801
Tel: (302) 425-6472
Fax: (302) 425-6464

- and -

Blair M. Jacobs
Robert A. Gutkin
Christina A. Ondrick
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 383-0100
Fax: (202) 637-3593

*Counsel for Plaintiff
McKesson Automation, Inc.*

124402.00601/40174905v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of May, 2008, I served by email and electronic filing the Notice of Withdrawal of Troy R. Covington, Esquire, using CM/ECF, which will send notification of such filing to the following:

> Julia Heaney, Esquire
> MORRIS, NICHOLS ARSHT & TUNNELL
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899

I also certify that, on this 28th day of May, 2008, I served the aforementioned document, by email to the following participants:

> Lawrence C. Drucker, Esquire
> Alfred R. Fabricant, Esquire
> Richard LaCava, Esquire
> Bryan N. DeMattio, Esquire
> DICKSTEIN SHAPIRO LLP
> 1177 Avenue of the Americas
> New York, NY 10036

*Dale R. Dubé*
Dale R. Dubé  (I.D. No. 2863)