IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> SWISSLOG ITALIA S.P.A. and TRANSLOGIC CORPORATION, <br><br> Defendants. | C.A. No. 06-028 (SLR/LPS) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendants' Fourth Revised Prior Art and Invalidity Statements* were caused to be served on May 30, 2008 upon the following counsel in the manner indicated:

### BY E-MAIL AND FEDERAL EXPRESS

Dale R. Dubé
BLANK ROME LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

Blair M. Jacobs
Christina A. Ondrick
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004

OF COUNSEL:

Alfred R. Fabricant
Lawrence D. Drucker
Richard LaCava
Bryan N. DeMatteo
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500

May 30, 2008

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*
_____
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jheaney@mnat.com

*Attorneys for Defendants Swisslog Italia, S.p.A. and Translogic Corporation*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on May 30, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Dale R. Dubé
>BLANK ROME LLP

I also certify that copies were caused to be served on May 30, 2008 upon the following in the manner indicated:

**BY E-MAIL**

>Dale R. Dubé
>BLANK ROME LLP
>Chase Manhattan Centre
>1201 Market Street, Suite 800
>Wilmington, DE  19801
>
>Blair M. Jacobs
>SUTHERLAND ASBILL & BRENNAN LLP
>1275 Pennsylvania Avenue, NW
>Washington, DC  20004

>*/s/ Julia Heaney (#3052)*
>_____
>Julia Heaney (#3052)
>jheaney@mnat.com