IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| McKesson Automation, Inc., | : |
| Plaintiff, | : |
| v. | : Civ. No. 06-28-SLR-LPS |
| Swisslogic Holding AG, et al., | : |
| Defendants. | : |

### ORDER

At Wilmington this **30th** day of **May, 2008**.

**IT IS HEREBY ORDERED** that a status teleconference is scheduled for **Wednesday, June 4, 2008 at 3:00 P.M.** Counsel for the Defendants shall initiate the teleconference call to 302-573-4573.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order

UNITED STATES MAGISTRATE JUDGE