IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC.<br>a Delaware Corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>TRANSLOGIC CORPORATION<br>a Delaware Corporation, and<br><br>SWISSLOG ITALIA S.P.A.<br>an Italian Corporation,<br><br>        Defendants. | Civil Action No. 1:06CV00028-SLR/LPS |

## PLAINTIFF MCKESSON AUTOMATION, INC.'S
## MOTION FOR RECONSIDERATION (RE: D.I. 310)

Dale R. Dubé (#2863)
BLANK ROME LLP
1201 N. Market Street
Suite 800
Wilmington, DE 19801
(302) 425-6400
dube@blankrome.com

Blair M. Jacobs
Robert A. Gutkin
Christina A. Ondrick
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 383-0100

Dated: June 3, 2008    *Counsel for Plaintiff McKesson Automation, Inc.*

Plaintiff McKesson Automation, Inc. ("McKesson") hereby moves for reconsideration of the Court's May 30, 2008 Report and Recommendation Regarding Defendants' Rule 12(b)(1) Motion to Dismiss (D.I. 310). McKesson respectfully submits that reconsideration is necessary to correct a clear error of fact or apprehension and to prevent manifest injustice.

Dated: June 3, 2008                              BLANK ROME LLP

*Dale R. Dubé*
Dale R. Dubé (#2863)
1201 N. Market Street
Suite 800
Wilmington, DE 19801
(302) 425-6400
dube@blankrome.com

Blair M. Jacobs
Robert A. Gutkin
Christina A. Ondrick
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 383-0100

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June, 2008, I served by email and electronic filing PLAINTIFF MCKESSON AUTOMATION, INC.'S MOTION FOR RECONSIDERATION (RE: D.I. 310), using CM/ECF, which will send notification of such filing to the following:

>Julia Heaney, Esquire
>MORRIS, NICHOLS ARSHT & TUNNELL
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899

I also certify that, on this 3rd day of June, 2008, I served the aforementioned document, by email to the following participants:

>Lawrence C. Drucker, Esquire
>Alfred R. Fabricant, Esquire
>Richard LaCava, Esquire
>DICKSTEIN SHAPIRO LLP
>1177 Avenue of the Americas
>New York, NY 10036

_/s/ Dale R. Dubé_
Dale R. Dubé  (I.D. No. 2863)

124402.00601/40174995v.1