IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MCKESSON AUTOMATION, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | C.A. No. 06-028-SLR/LPS |
| TRANSLOGIC CORPORATION and SWISSLOG ITALIA S.p.A., | ) ) ) | |
| Defendants. | ) ) ) | |

**NOTICE OF SERVICE OF THE**
**EXPERT REPORT OF HENRY B. McFARLAND, Ph.D.**

The undersigned attorney hereby certifies that copies of the Expert Report of Henry B.

McFarland, Ph.D. were served on June 5, 2008 by email upon the following counsel:

Julia Heaney, Esquire
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 351-9221

Lawrence C. Drucker, Esquire
Alfred R. Fabricant, Esquire
Richard LaCava, Esquire
Bryan N. DeMatteo, Esquire
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036

Dated: June 6, 2008

BLANK ROME LLP

Dale R. Dubé (#2863)
1201 Market Street, Suite 800
Wilmington, DE 19801
Tel: (302) 425-6472
Fax: (302) 425-6464

- and -

124402.00601/40175067v.1

Blair M. Jacobs
Robert A. Gutkin
Christina A. Ondrick
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 383-0100
Fax: (202) 637-3593

*Counsel for Plaintiff*
*McKesson Automation, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of June, 2008, I served by email and electronic filing

the Notice of Service of the Expert Report of Henry B. McFarland, Ph.D., using CM/ECF, which

will send notification of such filing to the following:

> Julia Heaney, Esquire
> MORRIS, NICHOLS ARSHT & TUNNELL
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899

I also certify that, on this 6th day of June, 2008, I served the aforementioned document,

by email to the following participants:

> Lawrence C. Drucker, Esquire
> Alfred R. Fabricant, Esquire
> Richard LaCava, Esquire
> Bryan N. DeMattio, Esquire
> DICKSTEIN SHAPIRO LLP
> 1177 Avenue of the Americas
> New York, NY 10036

_Dale R. Dubé_

Dale R. Dubé  (I.D. No. 2863)