IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON AUTOMATION, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 06-028-SLR/LPS |
| TRANSLOGIC CORPORATION and SWISSLOG ITALIA S.p.A., | ) ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS Plaintiff McKesson Automation, Inc. has moved for reconsideration of the Report and Recommendation Regarding Defendants' Rule 12(b)(1) Motion to Dismiss (D.I. 310), and Plaintiff or Defendants may file Objections to the Report and Recommendation depending on the outcome of Plaintiff's motion for reconsideration;

IT IS HEREBY STIPULATED by the parties, subject to approval by the Court, as follows:

1. If the Court denies Plaintiff's motion for reconsideration (the "Motion"), Objections to the Report and Recommendation (D.I. 310) will be due 10 days after the order denying the Motion. If the Court grants Plaintiff's motion for reconsideration and issues a new Report and Recommendation, Objections to the new Report and Recommendation will be due 10 days after the Court issues the new Report and Recommendation; and

2. Responses to the Objections will be due 10 days after the filing of Objections.

124402.00601/40175083v.1

| **BLANK ROME LLP** | **MORRIS, NICHOLS ARSHT & TUNNELL LLP** |
|---|---|
| /s/ Dale R. Dubé | /s/ Julia Heaney |
| Dale R. Dubé (#2863) | Julia Heaney (#3052) |
| 1201 N. Market Street | 1201 N. Market Street |
| Suite 800 | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 425-6400 | (302) 351-9221 |
| dube@blankrome.com | jheaney@mnat.com |
| *Attorneys for Plaintiff McKesson Automation, Inc.* | *Attorneys for Defendants Swisslog Italia S.p.A. and Translogic Corporation* |

Dated: June 9, 2008

SO ORDERED this ____ day of June, 2008.

_____
Magistrate Judge Leonard P. Stark
District of Delaware