IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-028-SLR/LPS |
| ) | |
| TRANSLOGIC CORPORATION and ) | |
| SWISSLOG ITALIA S.p.A., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF WITHDRAWAL OF KATHERINE R. LAHNSTEIN-BERTOCCI, ESQUIRE

PLEASE TAKE NOTICE that, effective immediately, the appearance of Katherine R. Lahnstein-Bertocci, Esquire, one of the attorneys who has appeared on behalf of Plaintiff McKesson Automation, Inc., is withdrawn. Please update all service lists accordingly.

Dated: June 23, 2008                                BLANK ROME LLP

/s/ Dale R. Dubé
Dale R. Dubé (#2863)
1201 Market Street, Suite 800
Wilmington, DE 19801
Tel: (302) 425-6472
Fax: (302) 425-6464

- and -

Blair M. Jacobs
Robert A. Gutkin
Christina A. Ondrick
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 383-0100
Fax: (202) 637-3593

*Counsel for Plaintiff*
*McKesson Automation, Inc.*

124402.00601/40175381v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June, 2008, I served by email and electronic filing the Notice of Withdrawal of Katherine R. Lahnstein-Bertocci, Esquire, using CM/ECF, which will send notification of such filing to the following:

> Julia Heaney, Esquire
> MORRIS, NICHOLS ARSHT & TUNNELL
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899

I also certify that, on this 23rd day of June, 2008, I served the aforementioned document, by email to the following participants:

> Lawrence C. Drucker, Esquire
> Alfred R. Fabricant, Esquire
> Richard LaCava, Esquire
> Bryan N. DeMattio, Esquire
> DICKSTEIN SHAPIRO LLP
> 1177 Avenue of the Americas
> New York, NY 10036

_____
Dale R. Dubé (I.D. No. 2863)

124402.00601/40175381V.1