IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC. | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 06-028 SLR/LPS |
| SWISSLOG ITALIA S.p.A. and TRANSLOGIC CORPORATION, | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 30, 2008, PLAINTIFF'S FOURTH SET OF INTERROGATORIES TO TRANSLOGIC CORPORATION (NOS. 26-42) was served upon the following counsel in the manner indicated:

VIA E-MAIL AND HAND DELIVERY

Julia Heaney, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

VIA E-MAIL, FACSIMILE AND FIRST CLASS MAIL

Lawrence C. Drucker, Esq.
Alfred R. Fabricant, Esq.
Richard LaCava, Esq.
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036

BLANK ROME LLP

*/s/ Dale R. Dubé*

Dale R. Dubé (I.D. No. 2863)
1201 N. Market Street
Suite 800
Wilmington, DE 19801
(302) 425-6400
dube@blankrome.com

124402.00601/40175516v.1

Blair M. Jacobs
Robert A. Gutkin
Christina A. Ondrick
Christopher L. May
Katherine R. Lahnstein-Bertocci
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 383-0100
Fax: (202) 637-3593

*Counsel for Plaintiff McKesson Automation, Inc.*

DATED: July 1, 2008