IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SWISSLOG ITALIA S.p.A. and )<br>TRANSLOGIC CORPORATION, )<br>)<br>Defendants. ) | C.A. No. 06-028 SLR/LPS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 30, 2008, PLAINTIFF'S FOURTH SET OF INTERROGATORIES TO SWISSLOG ITALIA S.p.A. (NOS. 26-42) was served upon the following counsel in the manner indicated:

VIA E-MAIL AND HAND DELIVERY

Julia Heaney, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

VIA E-MAIL, FACSIMILE AND FIRST CLASS MAIL

Lawrence C. Drucker, Esq.
Alfred R. Fabricant, Esq.
Richard LaCava, Esq.
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036

BLANK ROME LLP

/s/ Dale R. Dubé
_____
Dale R. Dubé (I.D. No. 2863)
1201 N. Market Street
Suite 800
Wilmington, DE 19801
(302) 425-6400
dube@blankrome.com

124402.00601/40175515v.1

        Blair M. Jacobs
        Robert A. Gutkin
        Christina A. Ondrick
        Christopher L. May
        Katherine R. Lahnstein-Bertocci
        SUTHERLAND ASBILL & BRENNAN LLP
        1275 Pennsylvania Avenue, NW
        Washington, DC 20004
        Tel: (202) 383-0100
        Fax: (202) 637-3593

        *Counsel for Plaintiff McKesson Automation, Inc.*

DATED: July 1, 2008