IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC.,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>SWISSLOG ITALIA S.P.A. and<br>TRANSLOGIC CORPORATION,<br><br>　　　　　Defendants. | C.A. No. 06-028 (SLR/LPS) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Amended Rebuttal Report of J. Michael McCarthy on Infringement Claims in US Patent Nos. 5,468,110 and 5,593,267* were caused to be served on June 30, 2008 upon the following counsel in the manner indicated:

### BY E-MAIL

Dale R. Dubé
BLANK ROME LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE  19801

Blair M. Jacobs
Christina A. Ondrick
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC  20004

OF COUNSEL:

Alfred R. Fabricant
Lawrence D. Drucker
Richard LaCava
Bryan N. DeMatteo
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500

July 1, 2008

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Julia Heaney (#3052)*

Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jheaney@mnat.com

　*Attorneys for Defendants Swisslog Italia, S.p.A. and Translogic Corporation*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on July 1, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Dale R. Dubé
> BLANK ROME LLP

I also certify that copies were caused to be served on July 1, 2008 upon the following in the manner indicated:

### **BY E-MAIL**

Dale R. Dubé
BLANK ROME LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE  19801

Blair M. Jacobs
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC  20004

*/s/ Julia Heaney (#3052)*
_____
Julia Heaney (#3052)
jheaney@mnat.com