IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MCKESSON AUTOMATION, INC., | ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) ) | C.A. No. 06-028 SLR/LPS |
| TRANSLOGIC CORPORATION and SWISSLOG ITALIA S.p.A., | ) ) ) ) |  |
| Defendants. | ) ) |  |

## MOTION AND ORDER FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel moves for the admission pro hac vice of Charles J. Hawkins, Sutherland Asbill & Brennan LLP, 1275 Pennsylvania Avenue, NW, Washington, DC 20004 to represent McKesson Automation, Inc. in this matter.

Dated: July 7, 2008

/s/ Dale R. Dubé
Dale R. Dubé (I.D. No. 2863)
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400

*Counsel for Plaintiff*
*McKesson Automation, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____    _____
United States District Judge

124402.00601/40175587v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of July, 2008, I served by hand delivery and electronic filing the foregoing **MOTION AND ORDER FOR PRO HAC VICE ADMISSION**, using CM/ECF, which will send notification of such filing to the following:

> Julia Heaney, Esquire
> MORRIS, NICHOLS ARSHT & TUNNELL
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899

I also certify that, on this 30th day of June, 2008, I served the aforementioned document, by Facsimile and First Class Mail to the following participants:

> Lawrence C. Drucker, Esquire
> Alfred R. Fabricant, Esquire
> Richard LaCava, Esquire
> Bryan N. DeMattio, Esquire
> DICKSTEIN SHAPIRO LLP
> 1177 Avenue of the Americas
> New York, NY 10036

*Dale R. Dubé*
Dale R. Dubé

124402.00601/40175587v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: July 7, 2008

Charles J. Hawkins
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Ave., NW
Washington, DC 20004
Tel. (202) 383.0100
Fax (202) 637.3593