IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRANSLOGIC CORPORATION and ) <br> SWISSLOG ITALIA S.p.A., ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 06-028-SLR/LPS |

NOTICE OF SERVICE OF AMENDED
EXPERT REPORT OF DR. JOHN JAMESON

The undersigned attorney hereby certifies that copies of the Amended Expert Report of Dr. John Jameson were served on July 14, 2008 by email, upon the following counsel:

Julia Heaney, Esquire
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 351-9221

Lawrence C. Drucker, Esquire
Alfred R. Fabricant, Esquire
Richard LaCava, Esquire
Bryan N. DeMatteo, Esquire
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036

Dated: July 15, 2008

BLANK ROME LLP

*Dale R. Dubé*

Dale R. Dubé (#2863)
1201 Market Street, Suite 800
Wilmington, DE 19801
Tel: (302) 425-6472
Fax: (302) 425-6464

- and -

124402.00601/40175701v.1

Blair M. Jacobs
Robert A. Gutkin
Christina A. Ondrick
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 383-0100
Fax: (202) 637-3593

*Counsel for Plaintiff*
McKesson Automation, Inc.