IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC. <br><br> Plaintiff, <br><br> v. <br><br> SWISSLOG ITALIA S.p.A. and TRANSLOGIC CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 06-028 SLR/LPS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 23, 2008, PLAINTIFF'S SUBSTITUTED FOURTH SET OF INTERROGATORIES TO TRANSLOGIC CORPORATION (NOS. 26-32) was served by email upon the following counsel:

Julia Heaney, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Lawrence C. Drucker, Esq.
Alfred R. Fabricant, Esq.
Richard LaCava, Esq.
Bryan N. DeMatteo
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036

BLANK ROME LLP

*/s/ Dale R. Dubé*
Dale R. Dubé (I.D. No. 2863)
1201 N. Market Street
Suite 800
Wilmington, DE 19801
(302) 425-6400
dube@blankrome.com

124402.00601/40175832v.1

          Blair M. Jacobs
          Robert A. Gutkin
          Christina A. Ondrick
          Christopher L. May
          Katherine R. Lahnstein-Bertocci
          SUTHERLAND ASBILL & BRENNAN LLP
          1275 Pennsylvania Avenue, NW
          Washington, DC 20004
          Tel: (202) 383-0100
          Fax: (202) 637-3593

          *Counsel for Plaintiff McKesson Automation, Inc.*

DATED: July 25, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2008, I served by email and electronic filing the attached NOTICE OF SERVICE using CM/ECF, which will send notification of such filing to the following:

> Julia Heaney, Esquire
> MORRIS, NICHOLS ARSHT & TUNNELL
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899

I also certify that, on this 25th day of July, 2008, I served the aforementioned document, by email to the following participants:

> Lawrence C. Drucker, Esquire
> Alfred R. Fabricant, Esquire
> Richard LaCava, Esquire
> Bryan N. DeMattio, Esquire
> DICKSTEIN SHAPIRO LLP
> 1177 Avenue of the Americas
> New York, NY 10036

　　　　　　　　　　　　　　　　*Dale R. Dubé*
　　　　　　　　　　　　　　　　Dale R. Dubé (I.D. No. 2863)