

**BLANK ROME** LLP
COUNSELORS AT LAW

Phone:   (302) 425-6438
Fax:     (302) 428-5134
Email:   Azar@BlankRome.com

August 14, 2008

**BY ELECTRONIC FILING
AND HAND DELIVERY**

The Honorable Leonard P. Stark
United States Magistrate Judge
United States District Court
844 King Street
Wilmington, DE 19801

    Re:   *McKesson Automation, Inc. v. Swisslog Italia S.p.A., et al.*
           **C.A. No. 06-028 (SLR/LPS)**

Dear Judge Stark:

    I write on behalf of all parties to inform the Court of a scheduling agreement reached by the parties. The new dates have no impact on the Markman/Summary Judgment hearing date and are as follows:

1. The parties will file simultaneous opening claim construction briefs on **August 15, 2008**;

2. Defendants will serve their answers to the Antitrust Interrogatories on **August 21, 2008**; and

3. Fact and expert discovery relating to Defendants' Fourth, and Sixth through Ninth Counterclaims shall be commenced in time to be completed by **September 12, 2008**.



August 14, 2008
Page 2

                                                                         Respectfully,

                                                                        Christine S. Azar
                                                                        I.D. No. 4170

CSA:pfc

cc:    Clerk of the Court                             Julia Heaney, Esquire
        Alfred R. Fabricant, Esquire             Richard LaCava, Esquire
        Larry Drucker, Esquire                    Bryan N. DeMatteo, Esquire
        Blair M. Jacobs, Esquire                 Christina Ondrick, Esquire
        Christopher May, Esquire

124402.00601/40176115v.1