UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC.<br>a Delaware corporation,<br><br>       Plaintiff,<br><br>       v.<br><br>TRANSLOGIC CORPORATION<br>a Delaware corporation, and<br><br>SWISSLOG ITALIA S.P.A.<br>an Italian corporation,<br><br>       Defendants. | Civil Action No. 1:06CV00028-SLR/LPS |

## PLAINTIFF MCKESSON AUTOMATION, INC.'S
## MOTION FOR BIFURCATION AND
## RULE 7.1.1 CERTIFICATION

Plaintiff McKesson Automation, Inc. ("McKesson") hereby moves for Bifurcation for trial purposes of the Antitrust Counterclaims, including Amended Counterclaims Four through Nine.

The undersigned attorney hereby certifies that, pursuant to D. Del. L.R. 7.1.1., counsel for McKesson contacted counsel for Defendants Swisslog Italia S.p.A. and Translogic Corporation (collectively "Swisslog") to inform them of the filing of this motion, and to determine if agreement could be reached as to the matters set forth in this motion. Counsel were unable to reach agreement, and counsel for Swisslog stated that they intended to oppose this motion.

124402.00601/40176123v.1

Dated: August 15, 2008                    BLANK ROME LLP

*Dale R. Dubé*
_____
Dale R. Dubé (#2863)
1201 N. Market Street
Suite 800
Wilmington, DE 19801
(302) 425-6400
dube@blankrome.com

Blair M. Jacobs
Robert A. Gutkin
Christina A. Ondrick
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 383-0100

*Counsel for Plaintiff McKesson Automation, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August, 2008, I served **PLAINTIFF MCKESSON AUTOMATION, INC.'S MOTION FOR BIFURCATION AND RULE 7.1.1 CERTIFICATION** to the following, in the manner indicated:

### FIRST-CLASS MAIL AND EMAIL

Alfred R. Fabricant
Lawrence C. Drucker
Richard LaCava
Bryan DeMatteo
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
Tel.: (212) 277-6500
Fax.: (212) 277-6501

### HAND DELIVERY AND EMAIL

Julie Heaney (#3052)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

_Dale R. Dubé_
Dale R. Dubé
(I.D. No. 2863)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC.<br>a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRANSLOGIC CORPORATION<br>a Delaware corporation, and<br><br>SWISSLOG ITALIA S.P.A.<br>an Italian corporation,<br><br>Defendants. | Civil Action No. 1:06CV00028-SLR/LPS |

### [PROPOSED] ORDER

AND NOW, upon consideration of Plaintiff McKesson Automation, Inc.'s Motion for Bifurcation and the arguments of counsel with respect thereto;

IT IS HEREBY ORDERED that McKesson's Motion for Bifurcation is hereby GRANTED, and that Defendants' Fourth through Ninth Counterclaims are hereby stayed pending final resolution of the patent issues.

SO ORDERED this ___ day of _____, 2008.

_____
U.S.D.C. J.

124402.00601/40176126v.1