# EXHIBIT D

1.   A system for selecting and delivering packages to fill orders comprising:

   a) a storage area comprised of a plurality of storage area locations each location having package holding means sized and configured to hold a plurality of individual packages each individual package having a machine readable label which identifies a type of package, the packages being held in a manner so that each package can be placed into and removed from the storage area locations and so that the machine readable label on at least one package in a storage location can be read without removing the package from the storage location, each location having a distinct *x,y coordinate*;

   b) *automated picking means* sized and configured to be able to hold packages, to select packages from the storage area locations and place packages in the storage area locations in accordance with computer controlled instructions, the *picking means* having a gripper for grasping and moving the packages and having a picking means storage location sized and configured to hold a plurality of packages in a face to face relationship after the plurality of packages have been retrieved from the storage area and prior to delivery of the plurality of packages to a desired destination separate from the *picking means*;

   c) means for moving the *automated picking means* to selected storage locations;

   d) a computer having at least one memory which contains a program for directing the *picking means* to chosen storage area locations and a database containing at least one *x, y coordinate location* in the storage area for each package held within the storage area the computer being connected to the *automated picking means* and the means for moving the *automated picking means*; and

   e) a *package reader associated with the picking means* and being positioned for reading the machine readable labels on packages located within the storage area, wherein only one type of package is stored in each *x, y coordinate location*.

2.   The system of claim 1 wherein the gripper is a vacuum head.

3.   The system of claim 1 also comprising a sensor attached to the *picking means* for determining when the package is grasped by the gripper.

4.   The system of claim 1 wherein the label is a bar code and the reader is a bar code reader.

5.   The system of claim 1 wherein the label also contains an expiration date.

6.   The system of claim 1 wherein the *picking means* contains a picking means storage area for holding the plurality of packages selected by the *picking means*.

7.   The system of claim 6 wherein the picking means storage area is comprised of at least one storage rod and holes are provided in the packages to permit the packages to be held on the storage rod.

7815893.1

8.  The system of claim 1 also comprising a supply station for receiving new and returned packages, the supply station having a plurality of locations each location having package holding means sized and configured to hold at least one package in a manner so that the package can be placed into and removed from the locations by the *automated picking means*, each location having a distinct *x, y coordinate*.

10. The system of claim 1 wherein the package holding means in the storage area is comprised of a plurality of rods and a hole is provided in each package to permit the package to be held on the rods.

11. The system of claim also comprising at least one data transmission port attached to the computer through which a list of packages to be selected can be input and a list of packages selected by the system can be output.

13. The system of claim 1 also comprising a conveyor positioned to receive packages from the *picking means*.

14. The system of claim 13 also comprising a plurality of containers positioned on the conveyor, the containers being sized and positioned to receive packages from the *picking means*.

15. The system of claim 14 wherein the containers have machine-readable labels.

16. The system of claim 15 wherein the labels are bar codes.

17. The system of claim 14 wherein the labels are bar codes.

21. The system of claim 1 wherein the packages contain individual doses of medicine.

22. The system of claim 1 also comprising a track over which the *picking means* travels according to directions supplied by the computer also comprising means for moving the *picking means* over the track.