# EXHIBIT G

# THE OXFORD ENGLISH DICTIONARY

SECOND EDITION

*Prepared by*

J. A. SIMPSON *and* E. S. C. WEINER

VOLUME I

A–Bazouki

CLARENDON PRESS · OXFORD

1989

**1533** More *Apol.* xliv. Wks. 914/2, I woulde not greatly wish to be..their associate in anye suche confederacies. **1663** Gerbier *Counsel* B v b, Colonell Rushner and his assotiates in Holland, their proposals concerning waterworks. **1725** Pope *Odyss.* ix. 200 My dear associates, here indulge your rest. **1849** Macaulay *Hist. Eng.* I. 651 These men, more wretched than their associates who suffered death.

**2.** A companion in arms, ally, confederate.

**1548** Grafton *Chron. Edw. III.* an. 12 (R.) For the receyuing of him, his associates and armie. **1601** Holland *Pliny* I. 39 This happned the yeare before the war of our Associates. **1849** W. Irving *Mahomed's Succ.* vii. (1853) 26 His associates soon turned the tide of the battle.

**3.** One who shares an office or position of authority with another; a colleague, coadjutor. *spec.* An officer of the Superior Courts of Common Law in England, 'whose duties are to superintend the entering of causes, to attend sittings at nisi prius, and there receive and enter verdicts,' etc. (Warton.)

(In accordance with the statutes of Edward I and Edward II, the commissions of the judges on circuit were accompanied by *writs of association*, directing certain persons (usually the clerk of assize and his subordinate officers) to *associate* themselves with the justices and serjeants in order to take the assizes. (Stephens.) Up to 1879 there were 3 Associates in London, and 8 in the provinces, one for each Circuit. By the Supreme Court of Judicature Act of that year, the Associates in London were abolished, and made Masters of the Supreme Court.)

**1552** Huloet, Associat in auctoritie, or put in ioynt commission, *Assessor. a* **1586** Sidney (J.) They persuade the king..to make Plangus his associate in government. **1685** *Lond. Gaz.* No. 2014/6 The Mayor, Associate, Justices of the Peace, Aldermen. **1862** Archbold *Practice* (Prentice) I. 15 (ed. 13) There is an Associate in each Division appointed by the Chief Justice and Chief Baron respectively.

**4.** One who is frequently in company with another, on terms of social equality and intimacy; an intimate acquaintance, companion, mate.

**1601** Weever *Mirr. Mart.* A vj, No meane Cumrades, no base associates. **1678** Bunyan *Pilgr.* I. 41 One of my Lords most intimate associates. **1851** Helps *Friends in C.* I. 111 We become familiar with the upper views, tastes, and tempers of our associates.

**5.** One who belongs to an association or institution in a subordinate degree of membership, without the honours and privileges of a full member or 'Fellow.'

Commonly expressed by A.: as A.R.A., Associate of the Royal Academy, A.L.S. Associate of the Linnæan Society.

**1812** *Examiner* 9 Nov. 714/2 [They] have..been elected Associates of the Royal Academy. **1831** Brewster *Newton* (1855) II. xix. 207 The eight foreign associates of the Academy of Sciences.

**6.** A thing placed or found in conjunction with another.

**1658** Sir T. Browne *Hydriot.* 24 A way to make wood perpetual, and a fit associat for metal. **1879** G. Gladstone in *Cassell's Techn. Educ.* IV. 111/1 It is an almost constant associate of lead that we look for our supply of British silver.

**7.** Psychol. An idea, or other mental content, connected with another by any of the forms of association.

**1700** Locke *Hum. Und.* II. xxxiii. § 5 (R.) The one [idea] no sooner at any time comes into the understanding but its associate appears with it. **1880** W. James *Coll. Ess. & Rev.* (1920) 207 In the trance-subject's mind any simple suggestion will be both believed and acted on, because none of its usual associates are awakened. **1931** *Brit. Jrnl. Psychol.* XXI. 279 The effect of partial elimination of associates on order of precedence in respect of memory.

**associate** (əˈsəʊʃɪeɪt), *v.* Also 5 -siat. [f. prec.: the pa. pple. and pa. t. *associat(e* were in use before the present tense, or the pa. t. and pple. *associated.* Cf. the earlier Associe from Fr.]

**1.** *trans.* To join (persons, or one person *with* (*to* arch.) another), *in* (*to* obs.) common purpose, action, or condition; to link together, unite, combine, ally, confederate.

**1398** [see Associate *ppl. a.* 1.] **1494** Fabyan v. cxxvii. 107 He..associate vnto hym certeyn wanton persones. **1548** Udall, etc. *Erasm. Par. Mark* viii. 34 (R.) Yf he intende to be associate wyth me in blisse. **1561** T. N[orton] *Calvin's Inst.* Table Quot., She was associated unto him in marriage. **1642** Rogers *Naaman* 436 To associate him to the worke which himselfe and Paul went about. **1724** Swift *Drapier's Lett.* Wks. 1755 V. II. 72 None but papists are associated against him. **1761** Hume *Hist. Eng.* I. xvi. 394 The troops.. associating to them all the disorderly people. **1867** Freeman *Norm. Conq.* (1876) iv. 232 Arnulf associated his son with him in his government.

**b.** To elect as associate: see Associate *sb.* 5.

**1806** Southey in *Ann. Rev.* IV. 582 He..was associated to the royal Academy there. **1859** Allibone *Biogr. Dict.* I. 43/1 The Royal College of Physicians associated him [Akenside] as a licentiate.

**2.** *trans.* To join, combine in action, unite (things together, or one thing *with* another). (Mostly *refl.* or *pass.*)

**1578** Banister *Hist. Man* v. 70 The thyrd veyne of the ventricle is very small, not associated with any Arterie. **1660** Boyle *New Exp. Phys.-Mech. Digress.* 352 The inspired Air .. does there associate it self with the Exhalations of the circulating Blood. **1751** Johnson *Rambl.* No. 158 ¶ 7 Faults are endured without disgust when they are associated with transcendent merit. **1855** Bain *Senses & Int.* II. i. § 7 The 72 This vapour is intimately associated with the other constituents of the atmosphere.

**b.** To connect in idea.

**1760** H. Brooke *Fool of Qual.* (1859) I. 110 They associate the ideas of pain to those lessons. **1850** M⁽ᶜ⁾Cosh *Div. Govt.* I. iii. (1874) 64 The very name of God is associated in the human mind with fear. **1870** M. Conway *Earthw. Pilgr.* xvii. 213 Who could associate rose-leaves with hell-fires?

**3.** *refl.* in sense of 4. Const. as in 1, 2.

**1494** Fabyan vi. ccxii. 228 Algarus..the whiche assosiat hym with Gryffyne, kynge or duke of Walys. **1611** Bible *Isa.* viii. 9 Associate yourselues, O ye people, and yee shalbe broken in pieces. **1769** Robertson *Chas. V.* III. xi. 340 He associated himself as a member of their fraternity. **1788–94** Gibbon *Misc. Wks.* (1814) I. 2 By associating ourselves to the authors of our existence.

**b.** To make oneself a partner in (a matter).

**1881** Gladstone in *Times* 17 May 7/3 It is for me..to associate myself with the answer previously given by the Under-Secretary.

**4.** *intr.* **a.** To combine for a common purpose, to join or form an association.

**1653** Baxter *Chr. Concord.* 107 Those Congregations whose Ministers refuse to Associate. **1770** Burke *Pres. Discont.*, When bad men combine, good men must associate. **1832** Ht. Martineau *Ireland* i. 8 As many as..sixteen tenants associated in one lease.

**b.** To keep company or have intercourse (*with*).

**1644** Milton *Judgm. Bucer* (1851) 313 Any dishonest associating they permit. **1728** Thomson *Winter* 205 Let me associate with the serious night. **1754** Chatham *Lett. Nephew* iv. 20 Be sure to associate with men much older than yourself. **1868** Geo. Eliot *F. Holt* 40 The Rector.. associated only with county people.

†**5.** *trans.* To join oneself to (a person): **a.** To accompany, escort, attend. *Obs.*

**1548** Hall *Chron. Hen. VII.* an. 34 (R.) He shoulde have associated him in hys iourney. **1592** Shaks. *Rom. & Jul.* v. ii. 5 A bare-foote Brother..to associate me, Here in this Citie visiting the sick. **1609** *Man in Moone* (1857) 108 The Parasite, associating the Glutton to the gate, entereth. **1657** Brome *Queene's Exch.* III. 499 And who associates him?

†**b.** To keep company or consort with. *Obs.*

**1581** Marbeck *Bk. of Notes* 1108 Therfore shal man leaue father and mother and associate his wife. **1590** J. Greenwood in *Confer.* III. 63 If I associat a theife & Communicate in his euill.

†**c.** To act as associate or assistant to. *Obs.*

**1627** Smith *Seaman's Gram.* viii. 36 The Lieutenant is to associate the Captaine.

†**d.** of things: (cf. 2.) To accompany, join.

**1578** Banister *Hist. Man* v. 70 The Arterie associatyng this veyne. **1613** Heywood *Braz. Age* I. Wks. 1874 III. 181 Those torturing pangues That should associate death. **1691** Ray *Creation* (1714) 277 It is necessary that the large trunks of the Veins and Arteries should not associate each other.

**a'ssociated,** *ppl. a.* [f. prec. + -ED.]

**1.** Joined in companionship; united in action or purpose, sharing in dignity or office, allied. *Associated Press* (abbrev. *A.P.*), an association of American newspapers.

**1611** Cotgr., *Associé,* Associated, accompanied, consorted. **1656** (*title*) Agreement of the Associated Ministers and Churches of the Counties of Cumberland and Westmoreland. **1835** Sir J. Ross *N.-W. Pass.* vi. 89 My associated though junior officer. **1849** *New Orleans Picayune* 9 May 2/2 The Associated press..occupy the telegraph many hours. **1879** [see A III]. **1881** *Echo* 31 Jan. 3/6 The New York Associated Banks. **1948** *Daily Ardmoreite* (Okla.) 25 Apr. 11/1 A poll conducted by the Associated Press. **1955** *Times* 29 June 7/5 Details of the programmes which will be transmitted by the Associated Broadcasting Company when commercial television begins in September were announced. **1958** *Daily Tel.* 30 June 13/4 Associated-Rediffusion, the main ITV company for London.

**2.** Connected in thought, mentally related.

**1748** Hartley *Observ. Man* I. iv. § 1 ¶ 94 The factitious, associated nature of these Pleasures. **1877** Lytteil *Landm.* III. iv. 119 Nothing but the name and the associated monuments to help us.

**3.** Combined locally, circumstantially, or in classification (*with*); occurring in combination. *associated movements*: those 'having no connexion with the essential act calling them forth, but coincident or consensual with it' (*Syd. Soc. Lex.* 1881).

**1830** Lyell *Princ. Geol.* I. 250 With associated beds of finer ingredients. **1839** Murchison *Silur. Syst.* I. xxii. 275 The combustion of lignite and coal producing a long continued heat, which has acted upon the associated shale. **1845** Darwin *Voy. Nat.* xviii. (1852) 424 The almost entire absence of associated grasses [in New Zealand] may perhaps be accounted for by the land having been aboriginally covered with forest trees.

**a'ssociatedness.** [f. prec. + -NESS.] The quality of being associated.

**1862** F. Hall *Hind. Philos. Syst.* 226 Giving to the subject of right notion the characteristic of associatedness with the affection that has taken the form of it, i.e. of its object.

**associateship** (əˈsəʊʃɪət-ʃɪp). [f. Associate *sb.* + -SHIP.] The position or status of an associate.

**1846** *Calendar of King's Coll. Lond.* Index, Rules for the Associateship. **1862** Thornbury *Turner* I. 257 Up to 1799 this Associateship year) Turner had exhibited sixty-two pictures.

**associating** (əˈsəʊʃɪeɪtɪŋ), *vbl. sb.* [f. Associate association, union for a common purpose. (N mostly gerundial.)

**1644** [see Associate *v.* 4 b.]. **1653** Gauden *Hierosp.* ɪ 11 They deny any Nationall Church in any la associatings of Christians. **1863** Mill *Utilit.* 59 associating the doing right with pleasure.

**a'ssociating,** *ppl. a.* [f. as prec. + -ING².] T associates; uniting; connecting in thoug *associating fibres* = *association fibres* (see n sense 9).

**1646** Gaule *Cases Consc.* 27 It is the assembling associating Witch. **1683** *Lond. Gaz.* No. 1859/5 The ɪ and Machinations of..Associating Men. **1823** Lamb (1860) 360 Or what associating league to the imagination there be between the seers and the seen not, of a prese miracle? **1885** *Harper's Mag.* Mar. 640/1 One set serve connect the cells of different areas of the cortex 'associating fibres').

**association** (əˌsəʊʃɪ-, əˌsəʊsɪˈeɪʃən). Als -tiation. [ad. L. *associātiōn-em,* n. of actioɴ *associāre*: see Associate and -ATION. Cf. moc *association,* perhaps the immediate source.]

**1. a.** The action of combining together fc common purpose; the condition of s combination; confederation, league.

**1535** Bp. Winchester in Strype *Eccl. Mem.* I. App. 160 Me seemeth the word *association* soundeth not **1584** in Heath *Grocers' Comp.* (1869) 84 To the b corroboration of this our loyall bond and association. R. Coke *Power & Subj.* 48 A solemn oath of associatior the restoring of it. **1746** Smollett *Reproof* 53 Engag firm association, stood, Their lives devoted to the p good. **1856** Kingsley *Lett.* (1878) I. 474 Association wi the next form of industrial development.

**b.** *deed of association*: the specific docum setting forth the particulars of a propc 'limited liability company.' *articles association*: see Article *sb.* 9.

**1866** Crump *Banking* ii. 43 On its being proposed to a banking company on the 'limited liability' principle least seven persons must sign a deed of association.

**2.** A body of persons who have combinec execute a common purpose or advanc common cause; the whole organization wl they form to effect their purpose; a society; the British Association for the Advancemen Science, the National Football Association, Church Association, the Civil Service Suɪ Association.

*a* **1659** Cleveland *Poems* (1677) 117 Many Sects tw into an Association. **1863** Fawcett *Pol. Econ.* II. vi. 2 land was owned and cultivated by associations of labou **1879** (*title*) Report of the Somersetshire Associatio Congregational Churches.

†**3.** A document setting forth the comr purpose of a number of persons, and signec them as a pledge that they will carry it execution. *Obs.*

**1586** *Lett. to E. Leycester* 18 Your oth made in association. **1682** *Lond. Gaz.* No. 1714/6 That Sedi Paper, the *Association,* lately found in the Eaɪ Shaftsbury's Closet. **1772** *Hist. Rochester* 185 Three who had forged an association. **1855** Macaulay *Hist.* IV. 251 Dropping the Association into a flowerpot.

**4.** Union in companionship on terms of sc equality; fellowship, intimacy.

**1660** Boyle *Seraph. Love* iii. (1700) 33 Thus Self-der a kind of Holy Association with God. **1761** Smollett *Blas* xii. vi. (1802) III. 382 The nobility would be prof by my association. **1872** Sanford *Eng. Kings* 330 Hᴇ become habituated to..grossness and immorality iɴ daily associations.

**5. a.** The action of conjoining or uniting person or thing with another.

**1774** Sir J. Reynolds *Disc.* vi. (1876) 390 The sparʜ without the association of more fuel would have died.

**b.** *Chem.* The aggregation of molecule form a loosely-bound complex.

**1895** *Bull. Philos. Soc. Washington* XII. 158 They bɛ as simple oxide molecules, capable of arranging thems in different associations according to phɴ circumstances. **1904** *Amer. Jrnl. Sci.* XVII. 427 Mole weights of liquids, with a few words about association. *Chambers's Techn. Dict.* 553/1 *Molecular association* relatively loose binding together of the molecules of a l or vapour in groups of two or more.

**6.** *Law.* The appointment of additional ɪ officials to act as colleagues on any occasion writ appointing them. (Cf. Associate, *sb.* 3

**1613** Sir H. Finch *Law* (1636) 319 Association is ɪ for other to be associate into their company, as f Iustices together with them. **1809** Tomlins *Law Dict* The King may make an association unto the sheriff u writ of *re disseisin.*

**7. a.** The mental connexion between an oɪ and ideas that have some relation to it (*e.ɡ* similarity, contrariety, contiguity, causatɪ *phr. association of ideas.*

**1690** Locke *Hum. Und.* II. xxxiii. § 7 That there are associations of them [ideas] made by custom in the miɴ most men, I think no body will question. **1700** *Ibid.* II. xxxiii. 221 Of the Association of Ideas. **1759** J. ADA *Wks.* (1850) II. 68 The principle in nature is limit association of ideas, and contracting habits. **1779** Joɴ *L.P., Cowley* (1816) 56 Words being arbitrary mus their powers to association, and have the influence, anɴ only, which custom has given them. **1855** Bain *Sen.*

759                                                        **ATTACHMENT**

ing) Sc. In woful Parliament, the
..in, for that he had kil'd his

lav hold of. a. Naut *fig.* of
passion, misfortune. *Obs.*
(1541) A iv, if they had bene..
vaylbe. **1550** BALE *Image Both*
hali death attache them. **1610**
(1001) *Phrasol. Gen.* 173 A sure
of him.

h hands, claws, or talons.

375 Every man attach the hand
1 GUILLIM *Heraldrie* III. xv. 137
ttach and rend his Prey. **1649**
..(1739) 144 The strength of the
s full pitch, after a long chase

*br.* (So in 16th c. F. from

..41 The Archduke threatned to
..ge. **1666** KILLIGREW *Urbin* v,
attach'd.

on, fasten, athx, connect.
fasten or join (a thing *to*
, by tacking, hooking on,
ig, etc.

vii (1327) 458/2 The shoulder-
h..attached only to the muscles.
, The hundred points or latchets
taching the doublet to the hose.
..xii. III. 201 A huge stone, to
tied. **1878** HUXLEY *Physiogr.* 77
itus a tube which dips beneath
1 *Cassell's Techn. Educ.* IV. 762
ttach themselves immediately to
nce they meet with.

eyes), keep fixed *on* an

I vo, I did not attach my Eyes
bjects, but did exactly consider
note.

join on functionally (e.g. a
, expedition, etc.) Often

great and rich depend on those
r wealth attaches to them. **1781**
..By various ties attaches man to
*Lockhart* i. (1842) 162 That I
o which department of the law I
TROTINAST *Moab* i. 8 A Bedouin
o us. **1876** GREEN *Short Hist.* ii.
tached himself to the Dukes of

To allocate for service *to* a
y *pass.*

*Dict.* s.v., Officers and non-
aid to be attached to the..army,
ih they are appointed to act. **1909**
he equipment..which he would
rred or attached to another unit.
mpathy or affection *to* a
ten in pass. **to be attached**

(L.) To form the manners and
**1816** MISS AUSTEN *Emma* III. x.
disposed to be attached to him.
*ike F.* ix. 109 How she kept her
w she attached her little brothers
*Novel* ix. viii, I resolved again to
ig heart.

to adhere to oneself in
in; to win or attract the

*d & Sens.* III. i. 224 So totally
ncapable of attaching a sensible
*n* xiv. (1879) 230 His account of
uing's lover. **1861** PEARSON *E. & 
j* Enemies whom no defeat could
ttach. **1865** CARLYLE *Fredk. Gt.*
you all..except Charles Douze,
ly.

ig immaterial) *to*; to affix a
roperty, or adjunct of any

68/1 A most diabolical attempt to
o two men innocent of the crime.
i2 Certain properties to which
tach that name. **1879** B. TAYLOR
isure a curse is attached. **1883** E.
r. 332/2 The magistrates' licence
ir house. **1884** SIR C. BOWEN in
977/1 The hability which English

self on; to adhere, cleave,

o reason why all these motives..
ves to the utilitarian morality, as
r. **1875** BOYLE *Holy Rom Emp.* v.
ied themselves to the name of

stow as an attribute, of
pertaining or appropriate

. x. (1871) 56 Little credibility..
n legends. **1855** PRESCOTT *Philip*
ance they attached to their own
lem. Logic xxxiii. 292 Different
neanings to the words. **1879**
*u.* iii. 49 Only thirteen attach any
ibjects in the examinations.

IV. *intr.* (for *refl.*) To adhere, stick, cling,
remain adherent.

**10.** To fix or fasten itself upon as an obligation
or liability; to fall, or come *upon*, and adhere to.

**1780** BURKE *Econ. Ref.* Wks. III. 338 It is ..just..that the
loss should attach upon the delinquency. **1852** M'CULLOCH
*Taxation* II. vi. 284 The stamp duties have a tendency to
facilitate the transactions on which they attach. **1863**
KINGLAKE *Crimea* I. 491 Blame attaches upon Lord
Aberdeen's Cabinet for yielding.

**11.** To adhere *to*, as an appertaining quality or
circumstance; to be incident *to* (formerly *on*).

**1791** BOSWELL *Johnson* (1816) I. 233 For that the right of
Chieftainship attached to the blood of primogeniture, and,
therefore, was incapable of being transferred. **1812**
SOUTHEY *Lett.* (1856) II. 312 Without any farther suspicion
..than attaches to all works written in an age of physical
credulity. **1818** SIR G. DALLAS in *Parr's Wks.* (1828) VII.
191 The just veneration that attaches on your opinions.
**1859** *Ecce Homo* iii. 22 All the advantages which attach to
hereditary monarchy.

**12.** To take legal effect, come into legal
operation in connexion with anything.

**1818** COLEBROOKE *Obligations* i. 93 If the whole obligation
do not attach, the whole of it fails. **1829** SOUTHEY in *Q. Rev.*
XLI. 585 Wherever they should make their settlement,
there the laws of England attached. **1844** WILLIAMS *Real
Prop. Law* (1877) 235 The wife's right to dower accordingly
attached. **1848** ARNOULD *Mar. Insur.* (1866) I. i. i. 16 When
the liability of the Underwriter commences, the technical
mode of expressing this is by saying that 'the policy
attaches.' **1876** DIGBY *Real Prop.* iii. §II. 123 To give the
tenure the character of tenure by knight-service, and
consequently to cause the incidents of wardship and
marriage to attach.

† a'ttach, *sb. Obs.* [f. prec. vb.]

**1.** The act of laying hold of, apprehension by
writ, arrest.

**1601** WEEVER *Mirr. Mart.* Evijb, The meanes for my
attach. **1607** HEYWOOD *Wom. Kilde* Wks. 1874 II. 102, I am
made the vnwilling instrument of your attach and
apprehension. **1641** *Termes de la Ley, Attach* is a taking or
apprehending by command or writ.

**2.** *fig.* A seizure or attack of disease, etc.

**1674** J. B[RIAN] *Harv.-Home* §4. 23 Free from attaches Of
sickness, weakness, in no part feel aches.

**3.** A tie, attachment; a thing attached.

**1663** SIR G. MACKENZIE *Relig. Stoic* xiii. (1685) 117 Have
the weakest attachs to this life. **1694** *Ladies' Dict.*, An
attache is, as much as to say ..one thing fasten'd to another.
**1742** in BAILEY.

**attachable** (ə'tætʃəb(ə)l), *a.* [f. ATTACH *v.* +
-ABLE.]

**1.** Liable to arrest or legal seizure: see ATTACH
*v.* 2.

*a* **1579** SIR N. BACON (*title*) An Argument to show that the
persons of noblemen are attachable by law for contempts in
the High Court of Chancery. **1755** MAGENS *Insurances* II.
102 The Goods on board.. shall be more particularly bound
and attachable for the same. **1884** *Law Rep., Q. Bench* XII.
525 No attachable debt was in existence at the date.

**2.** Capable of being tacked on, annexed,
added, attributed as an adjunct *to* anything.

**1856** RUSKIN *Mod. Paint.* III. iv. viii. §21 The terms 'true'
and 'false' are.. attachable to the opposite extremes. **1878** J.
H. NEWMAN *Hist. Sk.* I. i. ii. 50 A throne, to which wheels
were attached, and horses attachable. **1879** T. MARKS *Gt.
Pyr.* 26 Any theoretical importance, attachable to them.

**3.** Capable of personal attachment (to others).

**1865** CARLYLE *Fredk. Gt.* VI. xvi. 196 Voltaire is, by
nature, an attached or attachable creature.

**a'ttachableness.** [f. prec. + -NESS.] Capability
of attachment.

**1876** MISS SEDGWICK *Live & let Live* 199 She had sterling
qualities of truth, honesty, and attachableness.

**attaché** (ə'tæʃeɪ). [Fr., pa. pple. of *attacher* to
ATTACH.] One attached to, connected with, on
the staff of, another person or thing; *spec.* one
attached to the suite of an ambassador.

**1835** H. GREVILLE *Leaves fr. Diary* 55 To offer this post to
Fraser, now paid attaché at Vienna. **1859** MASSON *Milton* I.
404 [He] had come up to London and become an attaché of
the court. **1876** A. ARNOLD in *Contemp. Rev.* June 42 One is
surprised to see English attachés skating in Tehran. **1883**
*Scot. Rev.* Sept. 282 The attachés of a leading daily paper in
New York.

Hence, **attachéship** [see -SHIP].

**1834** *Tait's Mag.* I. 440/1 *Attachéship is*, in fact, too
onerous a calling for any man to adopt. *Ibid.* 440/2 The
Honourable Arthur is promoted to *paid* attachéship. **1857**
THACKERAY *Fitzbood. Prof.* Wks. IV. 26. **1882** *Standard* 25
Oct. 5/4 Colonel T. Gonne..has accepted the Military
Attachéship at Constantinople.

**attaché case** (ə'tæʃeɪkeɪs, ə'tæʃiːkeɪs). A small
rectangular case (orig. such as those used by
attachés) for carrying papers, documents, and
the like.

**1904** *Army & Navy Co-op. Soc. Price List*, 'Attaché'
cases. Green and brown leather, double-action lock. **1918**
H. WALPOLE *Green Mirror* II. i. 146 The two young men in
perfect attire and attaché cases. **1946** M. DICKENS *Happy
Prisoner* vi. 106 Mary Brewer burst in at the door, carrying
her little fibre attaché case.

**attached** (ə'tætʃt), *ppl. a.* [f. ATTACH *v.* + -ED.]

**1.** Arrested, seized under warrant of
attachment.

**1611** COTGR., *Saisi*, seised, laied hold on..attached,
arrested. **1751** CHAMBERS *Cycl.* s.v. *Attaching*, He that
attaches keeps the party attached.

† **2.** Seized, attacked (with sickness, passion,
etc.).

**1552** HULOET, Attached wyth syckenes. **1579** LYLY
*Euphues* (Arb.) 66 Attached of loue. *a* **1619** FOTHERBY
*Atheom.* II. vi. §3 (1622) 253 Attached with a dangerous
sicknesse.

**3.** Tacked on, fastened by a material union *to*.

**1841** DE QUINCEY *Homer & Hom.* Wks. VI. 387 Homer
introduces horses only as attached to the chariots. **1860**
TYNDALL *Glac.* I. §3. 30 Moving the staff with such
fragments attached to it.

**b.** *Zool.* Fixed to a spot during life, stationary,
as opposed to 'free'; **c.** *Arch.* Joined to a wall,
etc., instead of standing clear, or 'detached.'

**1854** WOODWARD *Man. Mollusca* (1856) 7 Most of them
[Mollusca] are attached, or have no means of moving from
place to place. **1879** G. SCOTT *Lect. Archit.* I. 140 The
attached and detached shafts may be used alternately.

**4.** Joined functionally.

**1859** TENNENT *Ceylon* I. iv. viii. 493 A cemetery..
attached to the city. **1879** RUSKIN *Lett. Clergy* 4 Are the
clergymen..simply the attached and salaried guides of
England?

**5.** Joined by taste, predilection, affection, or
sympathy *to*; partial, fond, affectionate,
devoted.

**1793** T. BEDDOES *Math. Evid.* 9 Readers, attached to these
speculations, will find abundant entertainment. **1823**
BYRON *Juan* XII. xxv, Fred really was attach'd. **1849**
MACAULAY *Hist. Eng.* II. 165 The theological system to
which his family was attached. **1853** LYTTON *My Novel* x. ii,
Paulina became excessively attached to her. **1857**
LIVINGSTONE *Trav.* xii. 215 The Barotse are strongly
attached to this fertile valley. **1860** FROUDE *Hist. Eng.* V.
xxix. 508 Ardent Protestants side by side with the attached
friends of Mary.

**6.** Incident *to*.

**1852** M'CULLOCH *Taxation* I. iv. 129 The inconveniences
attached to duties on expenditure.

**attachedly** (ə'tætʃɪdlɪ), *adv.* [f. prec. + -LY².]
With attachment; affectionately, devotedly.

**1801** W. TAYLOR in *Robberds Mem.* I. 369 Yours
attachedly, William Taylor, jun.

**attacher** (ə'tætʃə(r)). [f. ATTACH *v.* + -ER¹.] One
who attaches; one who arrests under a writ of
attachment.

*c* **1440** *Promp. Parv.* 14 A-tester, or a-tacher, or a
catcherel. **1609** SKENE *Reg. Maj.* 76 Sic sould be attachers,
at command of the Judge, quhen it is necessare to attach sic
men. **1641** PRYNNE *Antipathie* 45 If such Attachers be
Clerkes Beneficed, they shall be suspended from their
Office.

**attaching** (ə'tætʃɪŋ), *vbl. sb.* [f. ATTACH *v.*]

**1.** The action of arresting; arrest, seizure.

**1543** GRAFTON *Contn. Harding* 437 After whose
attachynge and imprysonmente, the realme was set in more
quyetnes. **1576** A. HALL *Acc. Quarrel* (1815) 21 A warrant
..for the attaching of Smalley. **1863** COX *Inst. Eng. Govt.*
III. ii. 593 *note*, 3 Edw. I. c. 35 prohibits bailiffs of liberties
from attaching persons not subject to their jurisdictions.

**2.** The action of joining *to*. (Mostly
gerundial.)

**1747** in *Col. Rec. Penn.* V. 149 The attaching these Indians
and their Friends to the English Cause.

**a'ttaching,** *ppl. a.* [f. as prec. + -ING².]

**1.** That attaches persons to oneself; engaging.

**1813** MISS BURNEY *Diary* VII. 10 Mdme. de Staël's
Mémoires..are so attaching, so evidently original and
natural. **1867** BP. SALISBURY *Charge* 11 That most attaching
of friends, Dr. Arnold.

**2.** That adheres or pertains *to*; incident.

*a* **1858** DE QUINCEY *Autobiog. Sk.* Wks. I. vii. 205 The
peculiar circumstances attaching to a royal ball. **1879** R.
DOUGLAS *Confucian.* iii. 78 The..ceremonies attaching to
the social distinctions.

**a'ttachingness.** [f. prec. + -NESS.] The quality
of being attaching; engagingness.

**1808** W. TAYLOR in Robberds *Mem.* II. 219 It.. has all the
attachingness of romance.

**attachment** (ə'tætʃmənt). Also 5 *aphet.*
**tachement.** [a. F. *attachement*; see ATTACH *v.* and
-MENT.] The action of attaching, the condition
of being attached.

**I.** Apprehension, seizure.

**1. a.** The action of apprehending (a person)
and placing him under the control of a court of
law; now, especially used of arrest for contempt
of court. (With subjective or objective genitive:
cf. APPREHENSION 2.)

**1447-8** SHILLINGFORD *Lett.* (1871) 77 Have had, used, and
enjoyed.. attacheaments, arestes. **1521** WOLSEY in Ellis
*Orig. Lett.* I. 64 I. 178 The attachement of the late Duke of
Bukingham. **1720** SHADWELL *Humourist* IV, I'll follow and
apprehend him, and his attachment will secure me. **1827**
HALLAM *Const. Hist.* (1876) I. v. 269 The house had the
same power of attachment for contempt. **1876** DIGBY *Real
Prop.* vi. 286 To enforce the decrees of the Chancellor by
attachment, that is, by arrest and imprisonment for
contempt of court.

**b.** The writ or precept commanding such
apprehension.

**1468** *Paston Lett.* 567 II. 296, I am sore troblyd with
Bedston..be the wey of tachements owte of the Chauncer.
**1586** J. HOOKER *Girald. Irel.* in *Holinsh.* II. 128/2 If anie one