# EXHIBIT H

1.  A system for selecting and delivering medicine packages from a holding means to fill orders comprising:

      a) holding means comprised of a frame having a plurality of support rods each support rod sized for holding a plurality of medicine packages, each rod associated with a given medicine and holding medicine packages with only the same medicine each support rod having a distinct *x, y coordinate location*;

      b) *means for picking medicine packages from the support rods* in accordance with instructions received from a computer, said *picking means* being able to access the holding means; the *picking means* capable of holding a plurality of medicine packages which have been picked from the holding means;

      c) a computer having a database containing an *x, y coordinate location* for all packages in the holding means, the computer able to receive orders for packages and able to direct the *means for picking packages*; and

      d) a supply structure having a plurality of supply support rods which extend from said structure to form an *x, y coordinate system*, with each supply support rod and medicine package thereon having a unique *x and y coordinate*, said *picking means* disposed to have access to said structure such that a given medicine package on an associated supply support rod can be picked by the *picking means* to fill a patient's prescription, or a given medicine package in the supply structure can be picked by the *picking means* to restock an associated rod in the holding means.

2.  A system as described in claim 1 including a conveyor in communication with the *picking means*; and patient prescription boxes which are moved by the conveyor to the *picking means* such that the *picking means* provides the medicine packages it has picked to fill a given prescription to an associated box.

3.  A system as described in claim 1 wherein the *picking means* includes at least one gripper that picks the medicine packages; and a tooling support structure having at least one column supporting the column such that the *picking means* moves along the column as the column moves along the row to pick a given medicine package hanging from a corresponding support rod, or restock a given medicine package on a corresponding support rod; and means for moving the column with respect to the row, said moving means controlled by the computer.

4.  A system as described in claim 3 wherein the *picking means* is comprised of:

      a housing;

      means for storing a plurality of medicine packages attached to the housing;

      *means for obtaining a medicine package*, said *obtaining means* slidingly attached to the housing such that it can move in a Z direction, which is perpendicular to the X and Y directions, to pick a medicine package from a support rod when the housing is adjacent to and aligned with a support rod, and can move in the Z direction to place a picked package on the storing means; and

identifying means attached to the at least one gripper such that it can identify a package to be picked by the ***obtaining means***, each of said packages having an identity disposed on them which can be read by the identifying means.

5. A system described in claim 4 wherein the identity of each package is a bar code, and the identifying means includes a bar code reader disposed on the ***obtaining means***.

7. A system for selecting and delivering medicine package from a holding means to fill orders comprising:

a) holding means comprised of a frame having a plurality of support rods for holding packages each support rod having a distinct ***x, y coordinate location*** and holding a plurality of packages, all of those packages on each support rod having similar contents;

b) ***picking means for picking packages from the support rods in accordance with instructions received from a computer***, the ***picking means*** being able to access the holding means and having

a housing;

means for storing packages attached to the housing;

means for producing a suction;

a suction rod in fluid connection with the suction producing means, said suction rod slidingly attached with respect to the Y and Z directions to the housing and maintaining a suction therethrough when the suction producing means is activated by which a medicine package is picked with suction; and

means for sensing when a package is properly positioned such that the package rod is then moved to the storing means and deposits the package thereon.

8. A system as described in claim 7 wherein the storing means is a storing rod which extends from the housing such that the suction head and the suction rod can deposit a package thereon.

9. A system as described in claim 8 wherein the tooling includes valves and pneumatic cylinders for moving the suction rod in the Y and Z direction; and a vacuum pump for providing suction to the suction rod and support head sufficient to pick a package from a rod of the support structure and then hold it to the suction head.