# EXHIBIT I

5593267

| ISSUE CLASSIFICATION | | |
|---|---|---|
| Subclass | 273 | 414 373 |
| Class | 414 | |

5593267

| UTILITY SERIAL NUMBER | 08/452646 | PATENT DATE | PATENT NUMBER |
|---|---|---|---|
| | | | 5593267 |

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 08/452,646 | 05/25/95 RULE 60 | 414 | 2 1 | 3107 | |

APPLICANTS

SEAN C. MCDONALD, PITTSBURGH, PA; ELLEN J. HERTZ, CLEMMONS, NC; JAMES A. SMITH, ALLISON PARK, PA; GREGORY TOTO, SANTA CRUZ, CA.

**CONTINUING DATA*********************** Yes
VERIFIED    THIS APPLN IS A DIV OF   08/295,495 08/25/94, now Patent No. 5468110
            WHICH IS A CON OF   07/871,832 04/21/92, now abandoned
            WHICH IS A CIP OF   07/469,217 01/24/90 ABN

**FOREIGN/PCT APPLICATIONS*********** None
VERIFIED

***** SMALL ENTITY *****

| Foreign priority claimed | ☐ yes ☑ no | | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met | ☐ yes ☑ no | | | PA | 19 | 12 | 1 | $365.00 | 950441 |
| Verified and Acknowledged | Examiner's initials | | | | | | | | |

ADDRESS

LYNN J. ALSTADT
BUCHANAN INGERSOLL P.C.
~~60th FLOOR~~ 20th Floor
~~600~~ GRANT STREET 301
PITTSBURGH PA 15219-1410

**ISSUE FEE IN FILE**

TITLE

AUTOMATED SYSTEM FOR SELECTING AND DELIVERING PACKAGES FROM A STORAGE AREA

U.S. DEPT. OF COMM./ PAT. & TM—PTO-436L (Rev.12-

| PARTS OF APPLICATION FILED SEPARATELY | | Lisa Williams Applications Examiner |
|---|---|---|

| NOTICE OF ALLOWANCE MAILED | | CLAIMS ALLOWED | |
|---|---|---|---|
| JUN 6 1996 | | Total Claims | Print Claim |
| | Assistant Examiner | 11 | 1 |

| ISSUE FEE | | | DRAWING | | |
|---|---|---|---|---|---|
| Amount Due | Date Paid | | Sheets Drwg. | Figs. Drwg. | Print Fig. |
| $625.00 | 9/5/96 | Frank E. Werner 6/96 | 19 | 19 | 6 |
| | | FRANK E. WERNER PRIMARY EXAMINER GRO. P 3100 Primary Examiner | ISSUE BATCH NUMBER | A72 | |

Label
Area

| PREPARED FOR ISSUE |
|---|
| WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only. |

Form PTO-436A
(Rev. 8/92)

(FACE)

PATENT APPLICATION

APPROVED FOR LICENSE
JUN 1 5 1995
INITIALS

08/452646

08452646

## CONTENTS

08/452646

Date
Entered
or
Counted

Date
Received
or
Mailed

1. Application 19 dwg papers.

2. Info Discl State          May 25, 1995

3. Rej 3M                    AUG 21 1995      87

4. Change of Address          Aug 7, 1995

5. Amdt A (FM 11-21-95)      Nov. 24 1995

6. letter                    Nov 28 1995

7. Final Rej 3M              MAR 18 1996      3/4

8. Amdt B (xe)               May 22, 1996

9. RCE 37                    JUN 6 1996       4/6

10. _____ 1             9/6/96

11. Notice of Drawing Requirement  9/12/96

12. _____ 2             10/7/96

13. PTO Grant  JAN 14 1997

14. _____

15. _____

16. _____

17. _____

18. _____

19. _____

20. _____

21. _____

22. _____

23. _____

24. _____

25. _____

26. _____

27. _____

28. _____

29. _____

30. _____

31. _____

32. _____

(FRONT)

STAPLE AREA

@U.S. GOVERNMENT PRINTING OFFICE: 1994—365-311

| PATENT NUMBER | | ORIGINAL CLASSIFICATION | |
|---|---|---|---|
| | | CLASS | SUBCLASS |
| | | 414 | 273 |

| APPLICATION SERIAL NUMBER | CROSS REFERENCE(S) | | |
|---|---|---|---|
| 08/452646 | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | |
| APPLICANT'S NAME (PLEASE PRINT) | 414 | 280 | |
| Sean C. McDonald et al | | | |
| | | | |
| IF REISSUE, ORIGINAL PATENT NUMBER | | | |
| | | | |

| INTERNATIONAL CLASSIFICATION | | |
|---|---|---|
| B 6 5 G | 001/04 | |
| | | |

| GROUP ART UNIT | ASSISTANT EXAMINER (PLEASE STAMP OR PRINT FULL NAME) |
|---|---|
| 3107 | PRIMARY EXAMINER (PLEASE STAMP OR PRINT FULL NAME) |
| | FRANK E. WERNER |

PTO 270 (REV. 5-91)

**ISSUE CLASSIFICATION SLIP**

PRIMARY EXAMINER GROUP 3109

U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE

| Claim | | Date | | | | |
|---|---|---|---|---|---|---|
| Final | Original | | | | | |
| | (1) | 8/2/96 | | | | |
| | 2 | 4/9/96 | | | | |
| | 3 | | | | | |
| | 4 | | | | | |
| | 5 | | | | | |
| | 6 | | | | | |
| | 7 | | | | | |
| | 8 | | | | | |
| | 9 | | | | | |
| | 10 | | | | | |
| | 11 | | | | | |
| | 12 | | | | | |
| | 13 | | | | | |
| | 14 | | | | | |
| | 15 | | | | | |
| | 16 | | | | | |
| | 17 | | | | | |
| | 18 | | | | | |
| | 19 | | | | | |
| | 20 | | | | | |
| | 21 | | | | | |
| | 22 | | | | | |
| | 23 | | | | | |
| 1 | 24 | ✓ | ✓ | = | | |
| | 25 | ✓ | 0 | | | |
| 2 | 26 | ✓ | ✓ | = | | |
| 3 | 27 | ✓ | ✓ | = | | |
| 4 | 28 | ✓ | ✓ | = | | |
| 5 | 29 | ✓ | ✓ | = | | |
| 7 | 30 | ✓ | ✓ | = | | |
| 8 | 31 | ✓ | ✓ | = | | |
| 9 | 32 | ✓ | ✓ | = | | |
| 6 | 33 | ✓ | ✓ | = | | |
| 10 | 34 | ✓ | ✓ | = | | |
| 11 | 35 | ✓ | ✓ | ✗ | | |
| | 36 | | | | | |
| | 37 | | | | | |
| | 38 | | | | | |
| | 39 | | | | | |
| | 40 | | | | | |
| | 41 | | | | | |
| | 42 | | | | | |
| | 43 | | | | | |
| | 44 | | | | | |
| | 45 | | | | | |
| | 46 | | | | | |
| | 47 | | | | | |
| | 48 | | | | | |
| | 49 | | | | | |
| | 50 | | | | | |

**SYMBOLS**

| | |
|---|---|
| ✓ | Rejected |
| = | Allowed |
| – (Through numeral) | Canceled |
| . | Restricted |
| N | Non-elected |
| I | Interference |
| A | Appeal |
| O | Objected |

| Claim | | Date | | | | |
|---|---|---|---|---|---|---|
| Final | Original | | | | | |
| | 51 | | | | | |
| | 52 | | | | | |
| | 53 | | | | | |
| | 54 | | | | | |
| | 55 | | | | | |
| | 56 | | | | | |
| | 57 | | | | | |
| | 58 | | | | | |
| | 59 | | | | | |
| | 60 | | | | | |
| | 61 | | | | | |
| | 62 | | | | | |
| | 63 | | | | | |
| | 64 | | | | | |
| | 65 | | | | | |
| | 66 | | | | | |
| | 67 | | | | | |
| | 68 | | | | | |
| | 69 | | | | | |
| | 70 | | | | | |
| | 71 | | | | | |
| | 72 | | | | | |
| | 73 | | | | | |
| | 74 | | | | | |
| | 75 | | | | | |
| | 76 | | | | | |
| | 77 | | | | | |
| | 78 | | | | | |
| | 79 | | | | | |
| | 80 | | | | | |
| | 81 | | | | | |
| | 82 | | | | | |
| | 83 | | | | | |
| | 84 | | | | | |
| | 85 | | | | | |
| | 86 | | | | | |
| | 87 | | | | | |
| | 88 | | | | | |
| | 89 | | | | | |
| | 90 | | | | | |
| | 91 | | | | | |
| | 92 | | | | | |
| | 93 | | | | | |
| | 94 | | | | | |
| | 95 | | | | | |
| | 96 | | | | | |
| | 97 | | | | | |
| | 98 | | | | | |
| | 99 | | | | | |
| | 100 | | | | | |

(LEFT INSIDE)

| POSITION | ID NO. | DATE |
|---|---|---|
| CLASSIFIER | 3ſ | 6/16/95 |
| EXAMINER | 340 | 6.21.95 |
| TYPIST | 323 | 6/21 |
| VERIFIER | | |
| CORPS CORR. | | |
| SPEC. HAND | | |
| FILE MAINT. | | |
| DRAFTING | | |

## INDEX OF CLAIMS

| Final | Claim Original | Date | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | | | | | | |
| | 2 | | | | | | |
| | 3 | | | | | | |
| | 4 | | | | | | |
| | 5 | | | | | | |
| | 6 | | | | | | |
| | 7 | | | | | | |
| | 8 | | | | | | |
| | 9 | | | | | | |
| | 10 | | | | | | |
| | 11 | | | | | | |
| | 12 | | | | | | |
| | 13 | | | | | | |
| | 14 | | | | | | |
| | 15 | | | | | | |
| | 16 | | | | | | |
| | 17 | | | | | | |
| | 18 | | | | | | |
| | 19 | | | | | | |
| | 20 | | | | | | |
| | 21 | | | | | | |
| | 22 | | | | | | |
| | 23 | | | | | | |
| 1 | 24 | √ | √ | = | | | |
| | 25 | √ | Ø | | | | |
| 2 | 26 | √ | √ | = | | | |
| 3 | 27 | √ | √ | = | | | |
| 4 | 28 | √ | √ | = | | | |
| 5 | 29 | √ | √ | = | | | |
| 6 | 30 | √ | √ | = | | | |
| 7 | 31 | √ | √ | = | | | |
| 8 | 32 | √ | √ | = | | | |
| 9 | 33 | √ | √ | = | | | |
| 10 | 34 | √ | √ | = | | | |
| 11 | 35 | √ | √ | = | | | |
| | 36 | | | | | | |
| | 37 | | | | | | |
| | 38 | | | | | | |
| | 39 | | | | | | |
| | 40 | | | | | | |
| | 41 | | | | | | |
| | 42 | | | | | | |
| | 43 | | | | | | |
| | 44 | | | | | | |
| | 45 | | | | | | |
| | 46 | | | | | | |
| | 47 | | | | | | |
| | 48 | | | | | | |
| | 49 | | | | | | |
| | 50 | | | | | | |

| Final | Claim Original | Date | | | | | |
|---|---|---|---|---|---|---|---|
| | 51 | | | | | | |
| | 52 | | | | | | |
| | 53 | | | | | | |
| | 54 | | | | | | |
| | 55 | | | | | | |
| | 56 | | | | | | |
| | 57 | | | | | | |
| | 58 | | | | | | |
| | 59 | | | | | | |
| | 60 | | | | | | |
| | 61 | | | | | | |
| | 62 | | | | | | |
| | 63 | | | | | | |
| | 64 | | | | | | |
| | 65 | | | | | | |
| | 66 | | | | | | |
| | 67 | | | | | | |
| | 68 | | | | | | |
| | 69 | | | | | | |
| | 70 | | | | | | |
| | 71 | | | | | | |
| | 72 | | | | | | |
| | 73 | | | | | | |
| | 74 | | | | | | |
| | 75 | | | | | | |
| | 76 | | | | | | |
| | 77 | | | | | | |
| | 78 | | | | | | |
| | 79 | | | | | | |
| | 80 | | | | | | |
| | 81 | | | | | | |
| | 82 | | | | | | |
| | 83 | | | | | | |
| | 84 | | | | | | |
| | 85 | | | | | | |
| | 86 | | | | | | |
| | 87 | | | | | | |
| | 88 | | | | | | |
| | 89 | | | | | | |
| | 90 | | | | | | |
| | 91 | | | | | | |
| | 92 | | | | | | |
| | 93 | | | | | | |
| | 94 | | | | | | |
| | 95 | | | | | | |
| | 96 | | | | | | |
| | 97 | | | | | | |
| | 98 | | | | | | |
| | 99 | | | | | | |
| | 100 | | | | | | |

SYMBOLS

| Symbol | Meaning |
|---|---|
| √ | Rejected |
| = | Allowed |
| - (Through numeral) | Canceled |
| | Restricted |
| N | Non-elected |
| I | Interference |
| A | Appeal |
| O | Objected |

(LEFT INSIDE)

## SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| 235 | 385,351 | | |
| 414 | 266,267 | | |
| | 268,269 | | |
| | 270, 273 | | |
| | 274, 276 | | |
| | 277, 280 | | |
| | 281, 282 | | |
| | 285,331 | | |
| 221 | 3,5,9,15 | | |
| 364 | 478,413.02 | | |
| | 479 | 8/95 | Pw |
| Above search updated | | 2/96 | Pw |
| Above search updated | | 6/96 | Pw |

## SEARCH NOTES

| | Date | Exmr. |
|---|------|-------|
| Search updated and references checked in parent SN's 295495 871832 and 466217 other xx's in parent SN 08/295485 | 8/85 | Pw |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| Above interference searched | | 6/96 | Pw |

(RIGHT OUTSIDE)

US005593267A

# United States Patent [19]

## McDonald et al.

[11] Patent Number: 5,593,267

[45] Date of Patent: Jan. 14, 1997

[54] AUTOMATED SYSTEM FOR SELECTING AND DELIVERING PACKAGES FROM A STORAGE AREA

[75] Inventors: **Sean C. McDonald**, Pittsburgh, Pa.; **Ellen J. Hertz**, Clemmons, N.C.; **James A. Smith**, Allison Park, Pa.; **Gregory Toto**, Santa Cruz, Calif.

[73] Assignee: **Automated Healthcare, Inc.,** Pittsburgh, Pa.

[21] Appl. No.: **452,646**

[22] Filed: **May 25, 1995**

### Related U.S. Application Data

[62] Division of Ser. No. 295,495, Aug. 25, 1994, Pat. No. 5,468,110, which is a continuation of Ser. No. 871,832, Apr. 21, 1992, abandoned, which is a continuation-in-part of Ser. No. 469,217, Jan. 24, 1990, abandoned.

[51] Int. Cl.[6] .................................................. B65G 1/04
[52] U.S. Cl. ........................................ 414/273; 414/280
[58] Field of Search .................................. 235/385, 351; 414/266, 267, 268, 269, 270, 273, 274, 276, 277, 280, 281, 282, 285, 331; 221/3, 5, 9, 15; 364/478, 413.02, 479

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,802,580 | 4/1974 | Castaldi | 414/280 |
| 3,986,612 | 10/1976 | Kamm et al. | 209/111.7 |
| 4,546,901 | 10/1985 | Buranzzzi | 414/280 |
| 4,651,863 | 3/1987 | Reuter et al. | 414/280 |
| 4,669,047 | 5/1987 | Chucta | 414/331 |
| 4,678,390 | 7/1987 | Bonneton et al. | 414/282 |
| 4,786,229 | 11/1988 | Henderson | 414/273 |
| 4,789,295 | 12/1988 | Boucher, Jr. et al. | 414/280 |
| 4,792,270 | 12/1988 | Yoshida | 414/273 |
| 4,812,629 | 3/1989 | O'Neil et al. | 414/274 |
| 4,820,109 | 4/1989 | Witt | 414/282 |
| 4,896,024 | 1/1990 | Morello et al. | 414/274 |
| 5,129,777 | 7/1992 | Pohjonen et al. | 414/280 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 304 | 1/1979 | European Pat. Off. | 414/273 |
| 2596299 | 10/1987 | France | |
| 85/00232 | 8/1984 | WIPO | |

*Primary Examiner*—Frank E. Werner
*Attorney, Agent, or Firm*—Buchanan Ingersoll, P.C.; Lynn J. Alstadt

[57] **ABSTRACT**

A system for filling orders, such as prescriptions for patients, comprising a device for holding packages. Each package has the same type of contents being held in a predetermined location by the holding device. Each package has an identity which defines the contents therein. The holding device has a plurality of predetermined locations corresponding to a plurality of different types of contents. Additionally, the system is comprised of a device for supplying packages to the holding device. Also, there is a device for picking a package from the holding device that is identified in the order for the purpose of restocking the holding device. The picking device is in communication with the holding device and supplying device. In a preferred embodiment, the contents of each package is a single dosage of medicine.

**11 Claims, 19 Drawing Sheets**





*Fig.1.*

FIGURE 2



**U.S. Patent**    Jan. 14, 1997    Sheet 3 of 19    **5,593,267**



FIGURE 3



Figure 4

Figure 5



*Figure 6*



FIGURE 7

FIGURE 8





FIGURE 9



FIGURE 10

Figure 11



Figure 12

**U.S. Patent**    Jan. 14, 1997    Sheet 13 of 19    **5,593,267**



Figure 13



Figure 14



Figure 15



FIGURE 16



FIGURE 17



FIGURE 18



FIGURE 19

5,593,267

1

## AUTOMATED SYSTEM FOR SELECTING AND DELIVERING PACKAGES FROM A STORAGE AREA

### Related Application

This application is a division of Ser. No. 08/295,495 filed Aug. 25, 1994, now U.S. Pat. No. 5,468,110 which is a continuation of Ser. No. 07/871,832, filed Apr. 21, 1992, now abandoned which is a continuation-in-part of our U.S. patent application Ser. No. 07/469,217 filed Jan. 24, 1990, now abandoned.

### FIELD OF THE INVENTION

The present invention relates to an automated system for selecting stored articles. More specifically, the present invention relates to an automated system for filling prescriptions and restocking medicines in a pharmacy.

### BACKGROUND OF THE INVENTION

Many industries store products or parts in a storeroom or storage area and repeatedly select some of the stored items to fill orders or for other uses. Such items may range from small electronic components used by a manufacturer of electronic devices to automotive parts, which vary in size, used by service departments of automobile dealerships. Usually one or more people are employed to retrieve the requested items and to restock new and returned items. These individuals may also be required to confirm that the requested items are compatible with one another and with previously supplied items. If the supplied items are to be billed to a customer or charged to particular internal accounts, the list of items is first written by the requester, and rewritten or entered into a computer database by the store-room attendant to create an invoice, supply list or other document. In some instances, further generations of the list are made by installers, users or billing clerks. Such methods have built-in opportunities for mistakes every time a list is rewritten and are less efficient than automated systems. Moreover, as labor costs rise and the size of inventory needed to be stored expands, the conventional storeroom and parts department become more and more expensive.

Some businesses have attempted to control costs by limiting inventory through standardization of parts. But such limits are not possible or desirable in some industries, particularly in a hospital pharmacy.

currently, in large hospital environments, doctors visit patients in nursing units and write out medication orders for each patient. A patient is typically placed on a certain medication which may require multiple doses of medication be administered over a period of a day. Some medications are administered at certain times of the day and possibly at intervals of several hours. Patients may also request certain medications on an elective basis for disorders such as headaches. These requests are included in the doctor's order that is sent from the nursing unit to the central pharmacy of the hospital.

Once an order is received by the pharmacy, it is checked by registered pharmacists and input into the pharmacy information system. These orders reflect not only orders that are added to a particular patient's treatment, but changes in the medication program. The pharmacy information system combines this information with the patient's existing medication schedule and develops a patient medication profile. A fill list is generated from that profile. The fill list is a list of all the medications that must be distributed to all patients for

2

the day. This information is sent to the pharmacy printer where a hard copy is generated. Frequently, that hard copy or a copy thereof is sent to the billing department so that the medication can be charged to the patient or his insurer.

At this point, the drugs for a particular patient are hand-picked by either a pharmacist or a pharmacy technician and placed in the particular patient's designated box. A registered pharmacist must then check the accuracy of the patient order before it leaves the pharmacy. Individual patient boxes are then loaded into a large cassette and delivered to the nursing unit.

Approximately 30% of the drugs dispensed each day are returned to the pharmacy unused. Since each drug is individually packaged, the drugs must be returned to the pharmacy stock. Patients are then credited for unused medication. This return and crediting process is a very time-consuming task and requires significant amount of pharmacy manpower.

In a typical large pharmacy, up to 35 pharmacists and pharmacy technicians are responsible for all aspects of the unit dose dispensing task. Because this process is done manually, a certain amount of error occurs. Studies have estimated that a half-percent error rate is typical in a large hospital. Since a hospital may dispense over 6,000 doses each day, this error rate leads to a significant number of missed or incorrect doses.

Several companies have tried to automate this process through various approaches to the problem. Meditrol utilizes a vending machine approach to dispense the unit dose medications. Each nursing unit must have its own stock of prescription drugs. Nurses key in a patient ID and the drugs for that patient are then dispensed from the vending machine. This system is very expensive because of the necessity of purchasing a machine for each nursing unit. Also, restocking each machine is a very time-consuming task. Implementation of this system requires a complete modification of the current drug dispensing process which many hospitals are reticent to undertake. The system claims no labor-saving advantages from its implementation. This system is covered under U.S. Pat. No. 3,917,045 titled "Drug Dispensing Apparatus" and dated Nov. 11, 1975.

Baxter Travenol offers a dispensing system from Samsung, a Korean company, which dispenses bulk solids into a package which is dispensed to the pharmacist. This system only dispenses the 200 most frequently used solids. A typical hospital pharmacy can contain over 1,500 different medications, many in liquid, syringe or bottle form. These medications cannot be automatically dispensed by this system, but must be manually selected by the pharmacist.

Neither system allows the dispensed medications to be automatically returned to the storage area.

There is a need for an automated system which is able to dispense all dosage forms currently contained in a hospital pharmacy. Medicines should be automatically dispensed by the system per a patient order and placed in individual patient medication boxes for a pharmacist to check. Each drug and each patient box should be individually bar coded so that the accuracy of the dispensing process can be automatically checked by the system. Once drugs are returned to the pharmacy, the system should automatically return each drug to its proper location in inventory and credit the patient's account for the return. One system should also keep a running inventory and notify the user whenever inventory of a particular item drops below a preset level and whether the shelf life of an item has passed. With such a system, a hospital can recognize significant labor savings, as

5,593,267

3

well as savings based on improved accuracy in the dispensing function and better tracking of inventory and expired medications.

## SUMMARY OF THE INVENTION

We provide an automated method and apparatus for selecting and restocking stored items, which is particularly useful for filling patient medication orders in a hospital pharmacy. The stored items must be packaged to be held in a storage rack. Preferably, each package contains a bar code corresponding to the package contents. The items are arranged in a main storage rack so that like items are in the same location and a predetermined location is provided for every item.

We prefer to provide a second rack or a designated portion of the main storage rack for receipt of new or returned items to be restocked. Such items can be randomly placed on this supply station for transmittal to their respective predetermined locations on the storage rack.

We also provide a means for picking items from and placing items in the storage rack and the supply station. The picking means preferably is comprised of a gripper assembly mounted on a transport vehicle which moves along a track or other controlled route. The gripper assembly preferably has a movable rod or other carrier for holding selected items, at least one vacuum head and associated controls for gripping and moving selected items. We prefer to provide a bar code reader for reading item packages.

We also prefer to provide a conveyor on which boxes, patient medication trays or drawers can be placed. The conveyor is positioned so that the picking means can place selected items into appropriate containers on the conveyor.

We provide a processing unit with associated memory and data entry peripherals. This computer system receives the list of requested items, directs the picking means, checks the items selected and prepares reports. Data can be entered manually through a keyboard or bar code reader or electronically through an RS 232 port. Reports may be printed, displayed on a console or transmitted to a memory or another computer for later use.

Other details and advantages of our method and apparatus will become apparent from the description of the preferred embodiments shown in the drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

In the accompanying drawings, the preferred embodiments of the invention and preferred methods of practicing the invention are illustrated in which:

FIG. 1 is a schematic representation of our present preferred system.

FIG. 2 is a side view of a present preferred package.

FIG. 3 is a perspective view of one present preferred storage rack.

FIG. 4 is a perspective view of a portion of a second preferred storage rack.

FIG. 5 is a perspective view of a portion of a third preferred storage rack.

FIG. 6 is a schematic representation showing the storage rack, conveyor and movable support structure which holds a gripper assembly.

FIG. 7 is a schematic view of a present preferred gripper assembly.

4

FIG. 8 is a front view of a present preferred gripper assembly.

FIG. 9 is a side view of the gripper assembly of FIG. 7 with the storing rod in a raised and extended position.

FIG. 10 is a side view of the gripper assembly of FIG. 8 with the storing rod in a lowered and partially retracted position.

FIG. 11 is a diagram showing a preferred vacuum and pressure line for the gripper assembly.

FIG. 12 is a schematic representation of the gripper assembly mounted on a vehicle.

FIG. 13 is a perspective view of a rod with packages thereon connected to a support bar.

FIG. 14 is a schematic representation of a side view of a first rod and a second rod and having packages thereon attached to a portion of the support bar.

FIG. 15 is a schematic overhead view of an alternative system for filling an order.

FIG. 16 is a flowchart of the filling process.

FIG. 17 is a flowchart of the check process.

FIG. 18 is a flowchart of the return process.

FIG. 19 is a flowchart of the restocking process.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring now to the drawings wherein like reference numerals refer to similar or identical parts throughout the several views, and more specifically to FIG. 1 thereof, there is shown a schematic representation of a present preferred system 10 for filling orders, such as prescriptions for patients. The system 10 contains storage racks 12 for handling packages. We prefer to provide at least two storage racks 12 and arrange them parallel to one another. Various storage rack designs can be used and certain present preferred storage racks are shown in FIGS. 3, 4 and 5. In our system, each package preferably contains only one product, although the product may consist of two or more related items, such as nut and bolt. When our system is installed in a hospital pharmacy, each package preferably contains a single dose of medicine.

A present preferred package 14 is illustrated in FIG. 2. Although the package could be a blister card or box, we prefer to use a clear plastic bag having a hole 15 to permit the package to be hung on a rod 30, 48, 65 or 66 shown in FIGS. 3, 6 and 14. Each package preferably has a bar code 16 and a written description 17, which identify the contents of the package. A white area 17a can be created on the clear plastic bag over which the written description 17 can be printed, stamped or even handwritten. The bar code and the written description may include not only the name of the product, but also its quantity, weight, instructions for use and expiration date. We also prefer to position the bar code and label on the package so that there is a large unmarked area 62 through which one can see the contents of the package. FIG. 2 represents a clear plastic bag for a unit dose of medicine. We can use a bag having a perforation line for easy opening or a recloseable bag having an interlocking rib type seal. The perforation line or rib seal is located along line 13. This type of bag is useful in a hospital pharmacy which buys medicines in large or bulk quantities and must repackage the drugs in individual dose packages. Package 14 can be any desired size. We have used a rectangular package having dimensions indicated by arrows A, B, C and D, wherein A is 3.5 inches, B is 1.0 inch, C is 3.0 inches and

5,593,267

5

D is 0.1875 inches. Alternatively, the package 14 can have A equal 5.0 inches, B equal 1.25 inches, C equal 5.0 inches and D equal 0.1875 inches.

An individual dose of medicine can be manually fed into an automated packaging system 98, as shown in FIG. 1, which automatically seals the package and prints a bar code and typewritten label directly on the package. In a preferred embodiment, we utilize the H-100™ packaging system as manufactured by Automated Packaging Systems of Twinsburg, Ohio. With the addition of the Accu-Print™ 100 Programmable In-Line Direct Transfer Imprinter, also manufactured by Automated Packaging Systems, a bar code can be printed directly on the medicine package.

A storage rack 12, which may also be used for a supply station, is shown in FIG. 3. This rack is configured to hold packages of the type illustrated in FIG. 2. The rack has a rectangular frame 28, having an open front and back. Running across the back are a plurality of back rod supports 32 from which the rods 30 extend. The frame 28 with rod supports 32 forms an X, Y coordinate system with each rod 30 and medicine packages 14 therein having a unique X, Y coordinate. Packages are placed in the storage rack so that each product is located at a known X, Y coordinate. Since every product is in a known X, Y location, it is possible to direct an automatic picking means to any product location to select a desired item. The packages are segregated within the storage rack so that all packages in any given location have the same contents.

Although we prefer to use racks in which packages are hung on rods, other types of racks can be used for storage racks and supply stations in our system. In FIG. 4, we show the upper portion of a rack having a rectangular frame 21 with an open front and closed back 23. Attached to the back 23 are sets of brackets 25 positioned to hold packages 27. To be held securely in this rack, such packages must be fairly rigid. Blister cards and boxes can be used. If desired, a hole 15 could be provided in the packages to permit them to be carried on a rod.

A top portion of another suitable rack having a rectangular frame 21, open front and closed back 23 is shown in FIG. 5. This rack has a set of shelves 29, which may be inclined toward back 23. A set of dividers 31 separates groups of packages 27.

The racks of FIGS. 3, 4 and 5 have two important common features. First, the packages are held in locations having known X, Y coordinates. Those coordinates could be single X, Y values as may correspond to the position of the package holes 15 or a group of X, Y values defining an entire package. Second, there is sufficient clearance between packages to allow automated picking means to select, grab and replace individual packages.

Referring now to FIGS. 1 and 6, we provide storage racks 12 on either side of a track 42 over which a vehicle 44 may travel. The vehicle may be column-shaped as in FIG. 6. Many types of drive systems could be used to propel the vehicle. For example, one could provide a motor indicated by block 47 to propel wheels (not shown) at the base of the vehicle. Alternatively, one may use a chain or cable running through the track 42 to pull the vehicle to any desired location. Whatever drive system is used should be capable of moving the vehicle to positions along the track which correspond to the X coordinates of the packages within the rack. Thus, computer 24, which controls the drive system, can direct the vehicle 44 to a location in front of the package or packages to be selected.

Packages are selected by a picking means 38, preferably of the type illustrated in FIGS. 7 though 10. The picking

6

means is mounted on column-shaped vehicle 44 in a manner to allow controlled vertical movement along that column. In this manner, the picking means 38 can be positioned at locations along column 44 which correspond to the Y coordinates of packages to be selected. The picking means 38 is controlled by a computer 24, or local area network of computers, having a database. The database has the order to be filled and a record of the predetermined locations 18 of each different product in the storage rack 12. The computer 24 guides the picking means 38 based on information contained in the database, such that the picking means 38 picks a package 14 according to the order to be filled. The picking means 38 can also include means, such as a bar code reader 26 as shown in FIG. 7, for determining the identity 16 of a package 14 in the storage rack 12 or in a supply rack 20 and providing its identity 16 to the computer 24. The computer 24 guides the picking means 38 to select the desired packages and deliver them to a desired location. In the system of FIGS. 1 and 6, the packages are delivered to containers 36 located on conveyor 34. When the system is installed in a hospital pharmacy, the containers 36 are individual patient boxes in which the patient's medication is delivered from the pharmacy to the appropriate floor or nurses' station. The patient boxes preferably are bar coded with a patient identification code. After a patient's prescription is filled and the patient box 36 has all the medicine packages called for in the prescription, a conveyor belt 34 moves the patient box 36 to a check station 80. An operator uses the check station bar code reader 82 to scan the bar code label on the filled patient box 36, see FIG. 15. The patient identification number is taken from the inputted bar code and the prescription of the patient is displayed on the check station screen 84 of the check station console 86 connected to the computer or network of computers 24. The operator then scans individual medicine package bar codes in the patient box 36. The identity of the medicine packages 14 in the patient box 36 is automatically checked for correctness with respect to the patient list on the station screen 84. If the medicine packages 14 in the box 36 are correct, then the patient box is allowed to continue on towards the ultimate destination and the next filled patient box 36 is then checked. If the medicine packages 14 in the patient box 36 are not correct, then it is determined whether the error, whatever that may be, can be corrected. If the correction can be made, then the record on the check station screen 84 is corrected and the procedure for verifying correctness is then repeated. If the problem cannot be corrected, then the patient box 36 can be manually filled or resubmitted to be filled with missing doses by the system and the computer is notified that the patient's prescription has not yet been filled.

In the event that a patient does not take all of the medicine which has been prescribed, unused medicine is returned to the hospital pharmacy in the patient box 36. Typically, patient boxes are transferred in a carrier which contains several patient boxes. This carrier is received at a return station 92. The patient box 36 is first removed from the carrier returned from a nursing unit. An operator uses the return station bar code scanner 91 to scan the bar code on the patient box 36. The nursing unit number and the patient identification number is then parsed from the inputted bar code of the patient box 36. The database is then accessed and the patient dispensing record is retrieved. On the return screen 94, there is displayed for a particular patient at the operator console 96, a list of the medicines ordered and dispensed to the patient. The operator of the return station 92 then scans the identity 16 of the medicine in the patient's box 36 with the return station bar code scanner 91. The

7

medicine packages 14 that are found thereon are verified as being dispensed to the patients. The expiration date of the medicine in the medicine package 14 is then determined. If the expiration date of a medicine in the medicine package 14 has passed, then the medicine package is discarded. If the expiration date has not passed, then the returned medicine package 14 is placed in the supply rack 20. If there is more medicine to be returned, the process is then repeated. If there is no more medicine in the patient box 36 to return, then the return station console 96 is checked to verify the correctness of the medicine returned. If the screen is correct, then the return record is accepted and the database is updated. If the screen 94 is incorrect, then the screen is corrected to correspond to the returned medicine packages 14 and the patient box 36. In this manner, the system will have developed a record of all medication given to each patient. That record can be transferred to a hospital billing system and used for billing purposes. The data can also be input into an inventory monitoring system and used to generate reports or orders for new supplies.

We prefer to provide supply racks 20 which serve as a holding area for returned and new products. These racks are comparable to storage racks 12 and are accessed by the picking means 38 in the same manner. However, products are randomly placed in the supply racks either manually or by the picking means. The supply racks 20 are shown in FIG. 1 at a position where they are accessible to the picking means. However, we prefer that the supply rack be movable. Then it could be moved to other convenient locations, such as near packaging system 98 for refilling.

When packages 14 are to be restocked onto the storage racks 12, the supply rack 20 is placed in a predetermined position alongside the storage racks 12. By being placed in a predetermined position, the X and Y coordinates at which packages may have been placed in return racks 20 are known to the computer 24. Picking means 38 is then positioned for a given package in the return rack. The bar code reader 26 on the end of picking means 38 then scans the identity 16 of the package 14 that is about to be picked. The process of picking the returned packages 14 is the same as occurs with respect to the process of obtaining packages 14 from the storage rack 12. The only difference is that the order of the packages 14 and their identity as they are picked is saved in the computer 24. When the picking means is then moved to the storage racks 12 the computer knows the identity of the respective medicine package 14 on the picking means 38, which is about to be placed back onto the storage racks 12.

The picking means 38 includes at least one gripper assembly illustrated in FIGS. 7 through 12. As shown in FIG. 12, we prefer to provide a support bracket 41 extending from column 44. This bracket can move along column 44 in a vertical direction. A third actuator 43 is attached to bracket 41. Mounting 39 permits movement along rod 41 and movement at bar 43 in a direction normal to rod 41. A picking means 38, which preferably is the gripper assembly of FIGS. 7 through 10, is mounted to actuator 43 through actuator 45, which permits a 180-degree rotation of the gripper assembly. Actuator 43 permits horizontal movement of picking means 38 in the Z direction.

The gripper assembly is preferably comprised of a housing 49, as shown in FIG. 7 having means for storing medicine packages 14, such as a storing rod 48. Assembly 38 also contains means 50 for obtaining a package 14. The obtaining means 50 is slidingly attached to the housing 49 such that it can move in a Z direction, which is perpendicular to the X, Y direction, to pick a package 14 from a support rod 30 in the storage rack 12 or supply rack 20. Identifying

8

means, for example, the bar code reader 26 shown in FIG. 8, is mounted on housing 49 such that it can identify a package 14 to be picked by the obtaining means 50. The obtaining means 50 preferably includes means for producing a suction, such as a vacuum generator 58 controlled by a vacuum sensor 58a which draws a vacuum through vacuum line 55 and vacuum valve 54. The obtaining means 50 also preferably includes an extension rod 52 in fluidic communication with a pneumatic in/out cylinder 53 and associated valve 59, as shown in FIGS. 8 and 11. The extension rod 52 is slidingly attached with respect to the Y and Z directions. A suction is maintained through the vacuum lines 55 when the vacuum valve 54 is activated to supply air to vacuum generator 48. The obtaining means 50 also can include a suction head 56 connected to the extension rod 52 through which a package is picked with suction. The vacuum sensor 58a will sense when a package is properly positioned on the suction head 56, for example, by detecting air flow therethrough. The suction head 56 and carried package are then moved to the storing means, such as the storing rod 48, to deposit the package thereon. Preferably, the storing means is a storing rod 48 which extends from the housing 49 such that the suction head 56 and the extension rod 52 can deposit a package 14 thereon. The obtaining means 49 is also composed of a cylinder 48A which allows an assembly of both holding rod 48 and pusher plate 57 to move in the Y direction. The holding rod 48 is also attached to a cylinder 48B which allows the storage rod to retract and extend in reference to the obtaining means. The pusher plate 57B is also attached to a cylinder 57A which allows the plate to move in the positive Z direction. This action is necessary to push drugs off of the storage bar 48 during the dump process.

The extension rod 52 can move in the Y and Z directions to place a picked package on the storing rod 48 under the action of up/down cylinder 51 and in/out cylinder 53. Valve 57 activates cylinder 51 to move both the cylinder 53 and the extension rod 52 in the Y direction. Valve 59 activates cylinder 53 to move the extension rod in the Z direction. Valve 54 provides air to the vacuum generator 58 to suction in head 56 sufficient to pick a package from a rod 30 of the support structure 28 and then hold it to the suction head 56. The suction head 56 preferably has two faces 60 and 61 through which suction can be drawn. One face 60 is capable of picking a package from a rod 30 of the storage rack and the other face 61 is capable of picking a package from a storing rod 48 of the picking means 38. As shown in FIG. 2, each package preferably has a face 62. The packages are held by the storing rod 48 and the rods 30 of the support structure 38 such that the face 62 of each package is parallel to the Y axis. The outside face 60 is utilized when a package 14 is being removed from a rod 30 in the supply rack, and the inside face 61 is utilized when a package is being removed from the storing rod 48 of the picking means 38.

In an alternative embodiment, the rods 30 extend from the double rod support bar 64 n sets of two as shown in FIG. 14. A first rod 65 and a second rod 66 of each set point essentially in the Z direction, but approximately 180 degrees apart from each other. This embodiment shown in FIG. 15 includes a first tooling support structure 70, a second tooling support structure 72, a first end of arm tooling 67 and a second end of arm tooling 68 that picks the packages 14. Each tooling support structure has at least one column type vehicle 44 and at least one track 42 to support the column 44. Column 44 moves along the respective tracks 42 to pick a given package 14 from a corresponding support rod 30, or restock a support rod 30 with an associated package 14.

5,593,267

9

In the operation of the preferred embodiment in a hospital, doctors visit patients in nursing units and write out medication orders for each patient. A patient is typically placed on a certain medication treatment which requires multiple doses of medication over a period of a day. Some medications are administrated at certain times of the day and possibly at intervals of several hours. Patients may also request certain medications on an elective basis for disorders such as headaches. These requests are included in the doctor's order that is sent from the nursing unit to the central pharmacy of the hospital. Once an order is received by the pharmacy, it is checked by registered pharmacists and input into the pharmacy information system. These orders reflect not only orders that are added to a particular patient's treatment, but changes in the medication treatment. The pharmacy information system combines this information with the patient's existing medication schedule and develops a patient medication profile. A fill list is generated from that profile. The fill list is a list of all the medications that must be distributed to all patients for the day. This information is sent to the pharmacy printer where a hard copy is generated.

Means for communication between the pharmacy information system and the present system exist by either tapping the serial data print stream of the pharmacy information system or by a direct bi-directional communication link. The relevant information concerning the patient including drug type, dosage and frequency is placed in the database of the system. The database contains information about which drugs are to be dispensed that day to the patient and all drugs that have been dispensed in the past to the patient. Information from the pharmacy information system is received on an ongoing basis throughout the day. New information can be entered into the database at any time. In addition to the fill list, new orders and patient admittance, discharge and transfer information are received and stored.

FIG. 16 is a flowchart with respect to the processing of a patient prescription. A similar method would be followed for retrieving other stored products. The software for processing an order is started as indicated by box 180. Then the steps indicated by boxes 181 thru 202 are followed. Before a box is loaded onto the conveyors, the operator scans the location barcode and the patient barcode on the patient box. The system then checks its database to ensure that that patient is still at that location. If a new patient has been transferred or admitted to that location, the system automatically generates a barcode label with that patient's identification number on it. This label is then manually applied to the patient box and the box is placed on the conveyor. If no patient is registered in the room, the box is placed aside and the operator proceeds with the next patient box to be filled. When the turn comes for the patient box 36 to be filled, it is shuttled into a position on the conveyor 34 such that the gripper assembly 38 can communicate with the box 36 as shown in FIG. 1. A stationary bar code reader 90 reads the bar code on the patient box 36. The patient identification number is then parsed from the bar code input. This causes the fill list for that particular patient to be retrieved from the database as indicated in box 185. The fill list is converted to data consisting of locations and packages. At box 187 the data is then downloaded to a robot controller or gantry control program in order for the computer 24 to control the end of arm tooling 38 such that it knows what packages 14 to obtain and place in the patient box 36.

The system is now ready to pick the drugs 188. First, the column-type vehicle 44 goes to the rack where the drug to be selected is stored and stops at the X coordinate of that drug package. The picking means 38 then moves along the

10

column 44 to the Y coordinate of the medicine package to be picked. It is also turned to the proper storage rack 12 which has the desired package 14. These actions may also be performed simultaneously by the system 189.

When the end of gripper assembly 38 is properly positioned, the bar code reader 26 reads 190 the identity 16 on the medicine package 14 in order to confirm that it is the proper medicine package to be picked with respect to the patient's prescription. After such confirmation the suction rod 52 extends in the Z direction by pneumatic cylinder 53 such that the outside suction face 60 contacts the package face 62. Valve 54 activates a suction through the air lines 55 such that a suction drawn through the suction face 60 grabs the medicine package 14 sensor 58a detects when the contact is proper between the suction face 60 and the medicine package 14, as indicated at box 192 of FIG. 16. Then the extension rod 52 retracts from the rod 30 of the support structure 28, pulling the medicine package 14 with it. Once the medicine package 14 is clear of the rod 30, the extension rod 52 positions the medicine package 14 that it has obtained, upon the storing rod 48 as indicated by box 193.

The system now prepares for the next pick. This operation is indicated by box 194 includes several actions. Once the package 14 is on the storage rod 48, the vacuum valve 54 terminates the suction and the medicine package is released from the suction face 60. The vacuum valve 57 then activates the cylinder 51 such that the extension rod 52 (and cylinder 53) are moved in the Y direction so the bottom of the suction head 56 is above the package 14 on the storing rod 48. The extension rod is then moved forward in the Z direction and downward in the Y direction by the respective valves and cylinders to clear the package and position the suction head 56 for the next pick. In an alternative embodiment the storage rod 48 is moved down rather than moving suction head up 56 to provide clearance between them when the suction head moves in a Z direction. The computer 24 then notes that the medicine package 14 with the appropriate medicine has been picked.

The final series of operations indicated by boxes 195 thru 202 involves a comparison of the drug identified by the reader as having been picked with the list of drugs to be selected. If an incorrect drug was selected the gripper assembly moves to a reject area, places the incorrect drug there, removes that drug from the list of items selected and is ready to pick more drugs. If the correct drug was selected the system records that fact and is ready to pick more drugs. The process is repeated for all the medicine identified in the patient's prescription until all of the medicine packages 14 needed have been picked.

The gripper assembly containing all desired packages then positions itself so that it is over the patient box 36. The gripper assembly 38 then positions the outside suction face 60 behind the medicine packages on the storing rod 48 that have been collected. Packages can be dropped into the patient box by retracting rod 48 by actuating cylinder 48A to the position shown in FIG. 10. The storage rod 48 is then moved into the negative Z direction so that the suction face no longer holds the packages in place. The cylinder 48B then causes the storage rod 48 to be retracted which will cause the drugs to be dumped into the box.

Alternatively, the suction head may be stroked forward in the Z direction so that all packages 14 are pushed off the storing rod 48 into the patient box 36. Movement of the suction head is accomplished by the vacuum system. Vacuum valve 57 activates the cylinder 51 to retract in the

5,593,267

**11**

positive Y direction such that the bottom of the suction head 56 is above the tops of the packages 14 on the storing rod 28. Then vacuum valve 59 activates cylinder 53 to retract the extension rod 52 in the negative Z direction such that the outer suction face 60 is behind all of the medicine packages 14 on the storing rod 48. Vacuum valve 57 is then activated such that the suction head 56 is dropped back down in the negative Y direction to be behind the packages 14. Finally, vacuum valve 59 is activated such that the extension rod 52 is extended in the positive Z direction and the front suction face 60 pushes all packages 14 off the storing rod 48 into the patient box 36.

In the event that the wrong medicine package 14 was scanned and is picked, or the medicine has expired, then picking means 38 will have placed those packages in a reject or return area, where the medicine package 14 can be disposed. A pharmacy technician will then manually sort the drugs in the reject area, removing expired drugs and placing the others in the supply rack in order that they might be returned to their correct location in the system. The process is then repeated for the next drug on the prescription list that has not yet been obtained.

The flow chart of FIG. 17 is the process of checking the selected packages which have been placed in a patient box. Such checking is performed at the check station. The process begins by calling up the check program indicated by box 105. The bar code on the patient box is scanned 106 and the patient number portion of the bar code is identified 107. The patient number is displayed 108 on the screen at the check station. Then the packages in the patient box are scanned 109. The identification of the packages is compared with the list of drugs that had been ordered for the patient in a verify step 110. If correct packages are in the box, the checking of the box is complete and the system is ready for the next box 111. If the packages in the box do not match the order the system determines if the problem can be corrected 112. If so, the correction is made 113 and the verify step is repeated. If not, the box is dumped 114 and the order is recorded as not filled or the box is resubmitted and the missing medications are filled by the system. For example, should the system determine that an item is missing it may either create a modified list and send the box on with a modified list or it may instruct the picking means to get the missing item.

The return process is shown in the flow chart of FIG. 18. The process starts 115 by calling up the return program. The patient box containing the returned items must be positioned so that the patient box can be scanned 116 for the patient identification number 117 and the nursing unit from which the box was returned. If the box has come from the proper nursing unit the system retrieves the patient dispensing record 120 and displays that record 121 for the operator. Next the packages are scanned 122. The system preferably verifies 123 that the scanned packages had been sent to the patient making the return. Next the system checks each package 124 to determine if the drug is useful or if it has expired, been recalled or otherwise should not be returned to the supply rack. If no, the package is discarded 125. If yes, the package is returned to the supply rack 126. If more drugs remain in the box the process is repeated 127. If no packages remain, the system may further process the list of returned packages 128 to modify the patient's record, update the system inventory log or display the list of returns for review by the operator.

The process of restocking returned or new packages to the storage rack is diagramed in FIG. 19. These packages are manually placed on a return or supply rack and the program for restocking is called up 130. The program causes the

**12**

picking means to be positioned 131 so that the gripping assembly can pick packages from the return or supply rack. The bar code on the first package is scanned 132 and the portion of the scanned bar code which identifies the drug is found 133. The system then checks the database 134 for the location in the storage rack which has been designated for the identified product. The system extends the vacuum head 135 to engage the package. Suction is applied 136 and a suction sensor is checked. This should cause the package to be held by the gripper assembly which fact will be confirmed by the sensor 137. The gripper assembly positions the package 138 on the storage rod 48 in the gripper assembly. Then the suction is released and the gripper assembly is ready to place additional packages on the storage rod. If more packages remain on the return or supply rack 140, the process is repeated until all packages are on the storage rod or the storage rod is full. The gripper assembly is then moved to a position 141 in front of the storage rack to properly place the outermost package on the storage rod. That package is grasped 142 using back suction cups 61 (see FIG. 11). The extension rod 52 is retracted in the negative Z direction such that the inside suction face 61 is in contact with the medicine package 14. The sensing means 58 determines whether proper contact is made. Then the extension rod 52 is moved a predetermined distance in the positive Z direction 143 to place the medicine package over a rod 30 of support structure 28. Vacuum valve 54 is then deactivated 144 to stop suction, allowing the medicine package 14 on the suction face 61 to drop away therefrom. The extension rod 52 then moves in the negative Z direction towards the medicine packages 14 on the storing rod 48 to repeat the process. While it moves back to obtain another medicine package 14 the sensor 58 trips when contact is made. The process can be repeated 141 until there are no more medicine packages 14 on the storing rod 48. The computer 24 knows when to stop returning packages since it knew how many packages had been placed on the storing rod 48.

In the event that all drugs to be returned or restocked at a particular storage location are identical the process is some what different. Packages are picked from the supply rack in the method detailed above. The gripper assembly is then moved to a position in front of the storage rack to place the remaining packages on the storage rod. Cylinder 48A causes the assembly of storing rod 48 and pusher plate 57B to move in the negative Z direction. Storage rod 48 is co-linear with a rod 30 of support structure 28. Pusher plate 57B then moves in the positive Z direction pushing all remaining packages on storage rod 48 on to rod 30.

The restocking of the storage racks 12 can be carried out during the evening when packages are not being gathered to fill orders. Alternatively, restocking can be carried out simultaneously with picking if the system 10 has a pair of rods as shown in FIG. 14, a first end of arm tooling 67, second end of arm tooling 68 and a first tooling structure 70 and a second tooling structure 72 is utilized, as shown in FIG. 15. While, for instance, the first end of arm tooling 67 is picking medicine packages 14 to fill a patient's prescription the second end of arm tooling 68 can be restocking the second side of the storage area 12.

Although the invention has been described in detail in the foregoing embodiments for the purpose of illustration, it is to be understood that such detail is solely for that purpose and that variations can be made therein by those skilled in the art without departing from the spirit and scope of the invention except as it may be described by the following claims.

5,593,267

**13**

We claim:

1. A system for selecting and delivering medicine packages from a holding means to fill orders comprising:

a) holding means comprised of a frame having a plurality of support rods each support rod sized for holding a plurality of medicine packages, each rod associated with a given medicine and holding medicine packages with only the same medicine each support rod having a distinct X, Y coordinate location;

b) means for picking medicine packages from the support rods in accordance with instructions received from a computer, said picking means being able to access the holding means; the picking means capable of holding a plurality of medicine packages which have been picked from the holding means;

c) a computer having a database containing an X, Y coordinate location for all packages in the holding means, the computer able to receive orders for packages and able to direct the means for picking packages; and

d) a supply structure having a plurality of supply support rods which extend from said structure to form an X, Y coordinate system, with each supply support rod and medicine package thereon having a unique X and Y coordinate, said picking means disposed to have access to said structure such that a given medicine package on an associated supply support rod can be picked by the picking means to fill a patient's prescription, or a given medicine package in the supply structure can be picked by the picking means to restock an associated rod in the holding means.

2. A system as described in claim **1** including a conveyor in communication with the picking means; and patient prescription boxes which are moved by the conveyor to the picking means such that the picking means provides the medicine packages it has picked to fill a given prescription to an associated box.

3. A system as described in claim **1** wherein the picking means includes at least one gripper that picks the medicine packages; and a tooling support structure having at least one column supporting the column such that the picking means moves along the column as the column moves along the row to pick a given medicine package hanging from a corresponding support rod, or restock a given medicine package on a corresponding support rod; and means for moving the column with respect to the row, said moving means controlled by the computer.

4. A system as described in claim **3** wherein the picking means is comprised of:

a housing;

means for storing a plurality of medicine packages attached to the housing;

means for obtaining a medicine package, said obtaining means slidingly attached to the housing such that it can move in a Z direction, which is perpendicular to the X and Y directions, to pick a medicine package from a support rod when the housing is adjacent to and aligned

**14**

with a support rod, and can move in the Z direction to place a picked package on the storing means; and

identifying means attached to the at least one gripper such that it can identify a package to be picked by the obtaining means, each of said packages having an identity disposed on them which can be read by the identifying means.

5. A system described in claim **4** wherein the identity of each package is a bar code, and the identifying means includes a bar code reader disposed on the obtaining means.

6. A system as claimed in claim **1** wherein the support rods extend from back rod supports within the frame in sets of two, with a first rod and a second rod on each set pointing essentially in a Z direction which is perpendicular to the X and Y directions, but approximately 180° apart from each other.

7. A system for selecting and delivering packages from a holding means to fill orders comprising:

a) holding means comprised of a frame having a plurality of support rods for holding packages each support rod having a distinct X, Y coordinate location and holding a plurality of packages, all of those packages on each support rod having similar contents;

b) picking means for picking packages from the support rods in accordance with instructions received from a computer, the picking means being able to access the holding means and having

a housing;

means for storing packages attached to the housing;

means for producing a suction;

a suction rod in fluid connection with the suction producing means, said suction rod slidingly attached with respect to the Y and Z directions to the housing and maintaining a suction therethrough when the suction producing means is activated by which a medicine package is picked with suction; and

means for sensing when a package is properly positioned such that the package rod is then moved to the storing means and deposits the package thereon.

8. A system as described in claim **7** wherein the storing means is a storing rod which extends from the housing such that the suction head and the suction rod can deposit a package thereon.

9. A system as described in claim **8** wherein the tooling includes valves and pneumatic cylinders for moving the suction rod in the Y and Z direction; and a vacuum pump for providing suction to the suction rod and support head sufficient to pick a package from a rod of the support structure and then hold it to the suction head.

10. A system as described in claim **9** wherein the suction head has two faces through which a suction can be drawn, each face capable of picking a package.

11. A system as described in claim **10** wherein the two faces are parallel to each other and are parallel to the x-axis, and wherein each package has a face and the package are held by the storing rod and the rods of the support structure such that the face of each package is parallel to the x-axis.

\* \* \* \* \*

PATENT APPLICATION SERIAL NO. 09/**452646**

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

280 SB 06/12/95 08452646                    1 201    365.00 CK 950441

PTO-1556
(5/87)

| BAR CODE LABEL | | U.S. PATENT APPLICATION |
|---|---|---|

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 08/452,646 | 05/25/95 RULE 60 | 414 | 3107 |

**APPLICANT**

SEAN C. MCDONALD, PITTSBURGH, PA; ELLEN J. HERTZ, CLEMMONS, NC; JAMES A. SMITH, ALLISON PARK, PA; GREGORY TOTO, SANTA CRUZ, CA.

```
**CONTINUING DATA*********************
   VERIFIED      THIS APPLN IS A DIV OF   08/295,495 08/25/94
                 WHICH IS A CON OF   07/871,832 04/21/92
   _____    WHICH IS A CIP OF   07/469,217 01/24/90 ABN
```

```
**FOREIGN/PCT APPLICATIONS************
   VERIFIED

   _____
```

***** SMALL ENTITY *****

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| PA | 19 | 12 | 1 | $365.00 | 950441 |

**ADDRESS**

LYNN J ALSTADT
BUCHANAN INGERSOLL
56TH FLOOR
600 GRANT STREET
PITTSBURGH PA  15219

**TITLE**

AUTOMATED SYSTEM FOR SELECTING AND DELIVERING PACKAGES FROM A STORAGE AREA

This is to certify that annexed hereto is a true copy from the records of the United States Patent and Trademark Office of the application which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date                          Certifying Officer

*19*

36 5.00   201   A

08/452646
V. Williams
4-12-95

## TITLE

## AN AUTOMATED SYSTEM FOR SELECTING
## AND DELIVERING PACKAGES FROM A STORAGE AREA

### Related Application

This application is a division of Sn 08/295495 filed 8/25/94, now Pat
no. 5468110 which is a continuation of Sn 07/871832, now ~~Pat 31, 1442,~~ abandoned which
~~This~~ is a continuation-in-part of our United States
, now abandoned
patent application Serial No. 07/469,217 filed January 24, 1990.

### FIELD OF THE INVENTION

10        The present invention relates to an automated system for

selecting stored articles.  More specifically, the present

invention relates to an automated system for filling

prescriptions and restocking medicines in a pharmacy.

15              BACKGROUND OF THE INVENTION

        Many industries store products or parts in a storeroom

or storage area and repeatedly select some of the stored items to

fill orders or for other uses.  Such items may range from small

20     electronic components used by a manufacturer of electronic

devices to automotive parts, which vary in size, used by service

departments of automobile dealerships.  Usually one or more

people are employed to retrieve the requested items and to

restock new and returned items.  These individuals may also be

25     required to confirm that the requested items are compatible with

*2*

one another and with previously supplied items.  If the supplied

items are to be billed to a customer or charged to particular

internal accounts, the list of items is first written by the

requestor, and rewritten or entered into a computer database by

5      the storeroom attendant to create an invoice, supply list or

other document.  In some instances, further generations of the

list are made by installers, users or billing clerks.  Such

methods have built-in opportunities for mistakes every time a

list is rewritten and are less efficient than automated systems.

10      Moreover, as labor costs rise and the size of inventory needed to

be stored expands, the conventional storeroom and parts

department become more and more expensive.

Some businesses have attempted to control costs by

limiting inventory through standardization of parts.  But such

15      limits are not possible or desirable in some industries,

particularly in a hospital pharmacy.

Currently, in large hospital environments, doctors visit

patients in nursing units and write out medication orders for

each patient.  A patient is typically placed on a certain

20      medication which may require multiple doses of medication be

administered over a period of a day.  Some medications are

administered at certain times of the day and possibly at

intervals of several hours.  Patients may also request certain

medications on an elective basis for disorders such as headaches.

25      These requests are included in the doctor's order that is sent

from the nursing unit to the central pharmacy of the hospital.

Once an order is received by the pharmacy, it is checked by registered pharmacists and input into the pharmacy information system. These orders reflect not only orders that are added to a particular patient's treatment, but changes in the medication

5    treatment. The pharmacy information system combines this information with the patient's existing medication schedule and develops a patient medication profile. A fill list is generated from that profile. The fill list is a list of all the medications that must be distributed to all patients for the day.

10    This information is sent to the pharmacy printer where a hard copy is generated. Frequently, that hard copy or a copy thereof is sent to the billing department so that the medication can be charged to the patient or his insurer.

At this point, the drugs for a particular patient are

15    hand-picked by either a pharmacist or a pharmacy technician and placed in the particular patient's designated box. A registered pharmacist must then check the accuracy of the patient order before it leaves the pharmacy. Individual patient boxes are then loaded into a large cassette and delivered to the nursing unit.

20    Approximately 30% of the drugs dispensed each day are returned to the pharmacy unused. Since each drug is individually packaged, the drugs must be returned to the pharmacy stock. Patients are then credited for unused medication. This return and crediting process is a very time-consuming task and requires

25    significant amount of pharmacy manpower.

In a typical large pharmacy, up to 35 pharmacists and pharmacy technicians are responsible for all aspects of the unit dose dispensing task.  Because this process is done manually, a certain amount of error occurs.  Studies have estimated that a

5   half-percent error rate is typical in a large hospital.  Since a hospital may dispense over 6,000 doses each day, this error rate leads to a significant number of missed or incorrect doses.

Several companies have tried to automate this process through various approaches to the problem.  Meditrol utilizes a

10   vending machine approach to dispense the unit dose medications. Each nursing unit must have its own stock of prescription drugs. Nurses key in a patient ID and the drugs for that patient are then dispensed from the vending machine.  This system is very expensive because of the necessity of purchasing a machine for

15   each nursing unit.  Also, restocking each machine is a very time-consuming task.  Implementation of this system requires a complete modification of the current drug dispensing process which many hospitals are reticent to undertake.  The system claims no labor-saving advantages from its implementation.  This

20   system is covered under United States Patent No. 3,917,045 titled "Drug Dispensing Apparatus" and dated November 11, 1975.

Baxter Travenol offers a dispensing system from Samsung, a Korean company, which dispenses bulk solids into a package which is dispensed to the pharmacist.  This system only dispenses

25   the 200 most frequently used solids.  A typical hospital pharmacy can contain over 1,500 different medications, many in liquid,

syringe or bottle form.  These medications cannot be automatically dispensed by this system, but must be manually selected by the pharmacist.

Neither system allows the dispensed medications to be automatically returned to the storage area.

There is a need for an automated system which is able to dispense all dosage forms currently contained in a hospital pharmacy.  Medicines should be automatically dispensed by the system per a patient order and placed in individual patient medication boxes for a pharmacist to check.  Each drug and each patient box should be individually bar coded so that the accuracy of the dispensing process can be automatically checked by the system.  Once drugs are returned to the pharmacy, the system should automatically return each drug to its proper location in inventory and credit the patient's account for the return.  One system should also keep a running inventory and notify the user whenever inventory of a particular item drops below a preset level and whether the shelf life of an item has passed.  With such a system, a hospital can recognize significant labor savings, as well as savings based on improved accuracy in the dispensing function and better tracking of inventory and expired medications.

## SUMMARY OF THE INVENTION

We provide an automated method and apparatus for selecting and restocking stored items, which is particularly useful for filling patient medication orders in a hospital pharmacy. The stored items must be packaged to be held in a storage rack. Preferably, each package contains a bar code corresponding to the package contents. The items are arranged in a main storage rack so that like items are in the same location and a predetermined location is provided for every item.

We prefer to provide a second rack or a designated portion of the main storage rack for receipt of new or returned items to be restocked. Such items can be randomly placed on this supply station for transmittal to their respective predetermined locations on the storage rack.

We also provide a means for picking items from and placing items in the storage rack and the supply station. The picking means preferably is comprised of a gripper assembly mounted on a transport vehicle which moves along a track or other controlled route. The gripper assembly preferably has a movable rod or other carrier for holding selected items, at least one vacuum head and associated controls for gripping and moving selected items. We prefer to provide a bar code reader for reading item packages.

We also prefer to provide a conveyor on which boxes, patient medication trays or drawers can be placed. The conveyor

is positioned so that the picking means can place selected items into appropriate containers on the conveyor.

We provide a processing unit with associated memory and data entry peripherals.  This computer system receives the list

5    of requested items, directs the picking means, checks the items selected and prepares reports.  Data can be entered manually through a keyboard or bar code reader or electronically through an RS 232 port.  Reports may be printed, displayed on a console or transmitted to a memory or another computer for later use.

10    Other details and advantages of our method and apparatus will become apparent from the description of the preferred embodiments shown in the drawings.


### BRIEF DESCRIPTION OF THE DRAWINGS

15

In the accompanying drawings, the preferred embodiments of the invention and preferred methods of practicing the invention are illustrated in which:

Figure 1 is a schematic representation of our present

20    preferred system.

Figure 2 is a side view of a present preferred package.

Figure 3 is a perspective view of one present preferred storage rack.

Figure 4 is a perspective view of a portion of a second

25    preferred storage rack.

Figure 5 is a perspective view of a portion of a third preferred storage rack.

Figure 6 is a schematic representation showing the storage rack, conveyor and movable support structure which holds a gripper assembly.

Figure 7 is a schematic view of a present preferred gripper assembly.

Figure 8 is a front view of a present preferred gripper assembly.

Figure 9 is a side view of the gripper assembly of Figure 7 with the storing rod in a raised and extended position.

Figure 10 is a side view of the gripper assembly of Figure 8 with the storing rod in a lowered and partially retracted position.

Figure 11 is a diagram showing a preferred vacuum and pressure line for the gripper assembly.

Figure 12 is a schematic representation of the gripper assembly mounted on a vehicle.

Figure 13 is a perspective view of a rod with packages thereon connected to a support bar.

Figure 14 is a schematic representation of a side view of a first rod and a second rod and having packages thereon attached to a portion of the support bar.

Figure 15 is a schematic overhead view of an alternative system for filling an order.

Figure 16 is a flowchart of the filling process.

Figure 17 is a flowchart of the check process.

Figure 18 is a flowchart of the return process.

Figure 19 is a flowchart of the restocking process.

5          <u>DESCRIPTION OF THE PREFERRED EMBODIMENT</u>

Referring now to the drawings wherein like reference numerals refer to similar or identical parts throughout the several views, and more specifically to Figure 1 thereof, there

10   is shown a schematic representation of a present preferred system 10 for filling orders, such as prescriptions for patients. The system 10 contains storage racks 12 for handling packages. We prefer to provide at least two storage racks 12 and arrange them parallel to one another. Various storage rack designs can be

15   used and certain present preferred storage racks are shown in Figures 3, 4 and 5. In our system, each package preferably contains only one product, although the product may consist of two or more related items, such as nut and bolt. When our system is installed in a hospital pharmacy, each package preferably

20   contains a single dose of medicine.

A present preferred package 14 is illustrated in Figure 2. Although the package could be a blister card or box, we prefer to use a clear plastic bag having a hole 15 to permit the package to be hung on a rod 30, 48, 65 or 66 shown in Figures

25   3, 6 and 14. Each package preferably has a bar code 16 and a written description 17, which identify the contents of the

package. A white area 17a can be created on the clear plastic
bag over which the written description 17 can be printed, stamped
or even handwritten. The bar code and the written description
may include not only the name of the product, but also its

5    quantity, weight, instructions for use and expiration date. We
also prefer to position the bar code and label on the package so
that there is a large unmarked area 62 through which one can see
the contents of the package. Figure 2 represents a clear plastic
bag for a unit dose of medicine. We can use a bag having a

10   perforation line for easy opening or a recloseable bag having an
interlocking rib type seal. The perforation line or rib seal is
located along line 13. This type of bag is useful in a hospital
pharmacy which buys medicines in large or bulk quantities and
must repackage the drugs in individual dose packages. Package 14

15   can be any desired size. We have used a rectangular package
having dimensions indicated by arrows A, B, C and D, wherein A is
3.5 inches, B is 1.0 inch, C is 3.0 inches and D is 0.1875
inches. Alternatively, the package 14 can have A equal 5.0
inches, B equal 1.25 inches, C equal 5.0 inches and D equal

20   0.1875 inches.

An individual dose of medicine can be manually fed into
an automated packaging system 98, as shown in Figure 1, which
automatically seals the package and prints a bar code and
typewritten label directly on the package. In a preferred

25   embodiment, we utilize the H-100™ packaging system as
manufactured by Automated Packaging Systems of Twinsburg, Ohio.

- 10 -

With the addition of the Accu-Print™ 100 Programmable In-Line Direct Transfer Imprinter, also manufactured by Automated Packaging Systems, a bar code can be printed directly on the medicine package.

5      A storage rack 12, which may also be used for a supply station, is shown in Figure 3.  This rack is configured to hold packages of the type illustrated in Figure 2.  The rack has a rectangular frame 28, having an open front and back.  Running across the back are a plurality of back rod supports 32 from
10     which the rods 30 extend.  The frame 28 with rod supports 32 forms an X, Y coordinate system with each rod 30 and medicine packages 14 therein having a unique X, Y coordinate.  Packages are placed in the storage rack so that each product is located at a known X, Y coordinate.  Since every product is in a known X, Y
15     location, it is possible to direct an automatic picking means to any product location to select a desired item.  The packages are segregated within the storage rack so that all packages in any given location have the same contents.

       Although we prefer to use racks in which packages are
20     hung on rods, other types of racks can be used for storage racks and supply stations in our system.  In Figure 4, we show the upper portion of a rack having a rectangular frame 21 with an open front and closed back 23.  Attached to the back 23 are sets of brackets 25 positioned to hold packages 27.  To be held
25     securely in this rack, such packages must be fairly rigid. Blister cards and boxes can be used.  If desired, a hole 15 could

- 11 -

be provided in the packages to permit them to be carried on a rod.

A top portion of another suitable rack having a rectangular frame 21, open front and closed back 23 is shown in Figure 5. This rack has a set of shelves 29, which may be inclined toward back 23. A set of dividers 31 separates groups of packages 27.

The racks of Figures 3, 4 and 5 have two important common features. First, the packages are held in locations having known X, Y coordinates. Those coordinates could be single X, Y values as may correspond to the position of the package holes 15 or a group of X, Y values defining an entire package. Second, there is sufficient clearance between packages to allow automated picking means to select, grab and replace individual packages.

Referring now to Figures 1 and 6, we provide storage racks 12 on either side of a track 42 over which a vehicle 44 may travel. The vehicle may be column-shaped as in Figure 6. Many types of drive systems could be used to propel the vehicle. For example, one could provide a motor indicated by block 47 to propel wheels (not shown) at the base of the vehicle. Alternatively, one may use a chain or cable running through the track 42 to pull the vehicle to any desired location. Whatever drive system is used should be capable of moving the vehicle to positions along the track which correspond to the X coordinates of the packages within the rack. Thus, computer 24, which

controls the drive system, can direct the vehicle 44 to a

location in front of the package or packages to be selected.

Packages are selected by a picking means 38, preferably

of the type illustrated in Figures 7 though 10.  The picking

5     means is mounted on column-shaped vehicle 44 in a manner to allow

controlled vertical movement along that column.  In this manner,

the picking means 38 can be positioned at locations along column

44 which correspond to the Y coordinates of packages to be

selected.  The picking means 38 is controlled by a computer 24,

10    or local area network of computers, having a database.  The

database has the order to be filled and a record of the

predetermined locations 18 of each different product in the

storage rack 12.  The computer 24 guides the picking means 38

based on information contained in the database, such that the

15    picking means 38 picks a package 14 according to the order to be

filled.  The picking means 38 can also include means, such as a

bar code reader 26 as shown in Figure 7, for determining the

identity 16 of a package 14 in the storage rack 12 or in a supply

rack 20 and providing its identity 16 to the computer 24.  The

20    computer 24 guides the picking means 38 to select the desired

packages and deliver them to a desired location.  In the system

of Figures 1 and 6, the packages are delivered to containers 36

located on conveyor 34.  When the system is installed in a

hospital pharmacy, the containers 36 are individual patient boxes

25    in which the patient's medication is delivered from the pharmacy

to the appropriate floor or nurses' station.  The patient boxes

preferably are bar coded with a patient identification code.
After a patient's prescription is filled and the patient box 36
has all the medicine packages called for in the prescription, a
conveyor belt 34 moves the patient box 36 to a check station 80.

5   An operator uses the check station bar code reader 82 to scan the
bar code label on the filled patient box 36, see Figure 15.  The
patient identification number is taken from the inputted bar code
and the prescription of the patient is displayed on the check
station screen 84 of the check station console 86 connected to

10  the computer or network of computers 24.  The operator then scans
individual medicine package bar codes in the patient box 36.  The
identity of the medicine packages 14 in the patient box 36 is
automatically checked for correctness with respect to the patient
list on the station screen 84.  If the medicine packages 14 in

15  the box 36 are correct, then the patient box is allowed to
continue on towards the ultimate destination and the next filled
patient box 36 is then checked.  If the medicine packages 14 in
the patient box 36 are not correct, then it is determined whether
the error, whatever that may be, can be corrected.  If the

20  correction can be made, then the record on the check station
screen 84 is corrected and the procedure for verifying
correctness is then repeated.  If the problem cannot be
corrected, then the patient box 36 can be manually filled or
resubmitted to be filled with missing doses by the system and the

25  computer is notified that the patient's prescription has not yet
been filled.

In the event that a patient does not take all of the medicine which has been prescribed, unused medicine is returned to the hospital pharmacy in the patient box 36. Typically, patient boxes are transferred in a carrier which contains several patient boxes. This carrier is received at a return station 92. The patient box 36 is first removed from the carrier returned from a nursing unit. An operator uses the return station bar code scanner 91 to scan the bar code on the patient box 36. The nursing unit number and the patient identification number is then parsed from the inputted bar code of the patient box 36. The database is then accessed and the patient dispensing record is retrieved. On the return screen 94, there is displayed for a particular patient at the operator console 96, a list of the medicines ordered and dispensed to the patient. The operator of the return station 92 then scans the identity 16 of the medicine in the patient's box 36 with the return station bar code scanner 91. The medicine packages 14 that are found thereon are verified as being dispensed to the patients. The expiration date of the medicine in the medicine package 14 is then determined. If the expiration date of a medicine in the medicine package 14 has passed, then the medicine package is discarded. If the expiration date has not passed, then the returned medicine package 14 is placed in the supply rack 20. If there is more medicine to be returned, the process is then repeated. If there is no more medicine in the patient box 36 to return, then the return station console 96 is checked to verify the correctness of

the medicine returned.  If the screen is correct, then the return record is accepted and the database is updated.  If the screen 94 is incorrect, then the screen is corrected to correspond to the returned medicine packages 14 and the patient box 36.  In this

5   manner, the system will have developed a record of all medication given to each patient.  That record can be transferred to a hospital billing system and used for billing purposes.  The data can also be input into an inventory monitoring system and used to generate reports or orders for new supplies.

10      We prefer to provide supply racks 20 which serve as a holding area for returned and new products.  These racks are comparable to storage racks 12 and are accessed by the picking means 38 in the same manner.  However, products are randomly placed in the supply racks either manually or by the picking

15   means.  The supply racks 20 are shown in Figure 1 at a position where they are accessible to the picking means.  However, we prefer that the supply rack be movable.  Then it could be moved to other convenient locations, such as near packaging system 98 for refilling.

20      When packages 14 are to be restocked onto the storage racks 12, the supply rack 20 is placed in a predetermined position alongside the storage racks 12.  By being placed in a predetermined position, the X and Y coordinates at which packages may have been placed in return racks 20 are known to the computer

25   24.  Picking means 38 is then positioned for a given package in the return rack.  The bar code reader 26 on the end of picking

means 38 then scans the identity 16 of the package 14 that is
about to be picked.  The process of picking the returned packages
14 is the same as occurs with respect to the process of obtaining
packages 14 from the storage rack 12.  The only difference is
5    that the order of the packages 14 and their identity as they are
picked is saved in the computer 24.  When the picking means is
then moved to the storage racks 12 the computer knows the
identity of the respective medicine package 14 on the picking
means 38, which is about to be placed back onto the storage racks
10   12.

        The picking means 38 includes at least one gripper
assembly illustrated in Figures 7 through 12.  As shown in Figure
12, we prefer to provide a support bracket 41 extending from
column 44.  This bracket can move along column 44 in a vertical
15   direction.  A third actuator 43 is attached to bracket 41.
Mounting 39 permits movement along rod 41 and movement at bar 43
in a direction normal to rod 41.  A picking means 38, which
preferably is the gripper assembly of Figures 7 through 10, is
mounted to actuator 43 through actuator 45, which permits a
20   180-degree rotation of the gripper assembly.  Actuator 43 permits
horizontal movement of picking means 38 in the Z direction.

        The gripper assembly is preferably comprised of a
housing 49, as shown in Figure 7 having means for storing
medicine packages 14, such as a storing rod 48.  Assembly 38 also
25   contains means 50 for obtaining a package 14.  The obtaining
means 50 is slidingly attached to the housing 49 such that it can

move in a Z direction, which is perpendicular to the X, Y

directions, to pick a package 14 from a support rod 30 in the

storage rack 12 or supply rack 20.   Identifying means, for

example, the bar code reader 26 shown in Figure 8, is mounted on

5      housing 49 such that it can identify a package 14 to be picked by

the obtaining means 50.  The obtaining means 50 preferably

includes means for producing a suction, such as a vacuum

generator 58 controlled by a vacuum sensor 58a which draws a

vaccum through vacuum line 55 and vacuum valve 54.   The obtaining

10     means 50 also preferably includes an extension rod 52 in fluidic

communication with a pneumatic in/out cylinder 53 and associated

valve 59, as shown in Figures 8 and 11.  The extension rod 52 is

slidingly attached with respect to the Y and Z directions to the

housing 49.  A suction is maintained through the vacuum lines 55

15     when the vacuum valve 54 is activated to supply air to vacuum

generator 48.  The obtaining means 50 also can include a suction

head 56 connected to the extension rod 52 through which a package

is picked with suction.   The vacuum sensor 58a will sense when a

package is properly positioned on the suction head 56, for

20     example, by detecting air flow therethrough.  The suction head 56

and carried package are then moved to the storing means, such as

the storing rod 48, to deposit the package thereon.  Preferably,

the storing means is a storing rod 48 which extends from the

housing 49 such that the suction head 56 and the extension rod 52

25     can deposit a package 14 thereon.  The obtaining means 49 is also

composed of a cylinder 48A which allows an assembly of both

holding rod 48 and pusher plate 57 to move in the Y direction.
The holding rod 48 is also attached to a cylinder 48B which
allows the storage rod to retract and extend in reference to the
obtaining means.  The pusher plate 57B is also attached to a
5    cylinder 57A which allows the plate to move in the positive Z
direction.  This action is necessary to push drugs off of the
storage bar 48 during the dump process.

The extension rod 52 can move in the Y and Z directions
to place a picked package on the storing rod 48 under the action
10   of up/down cylinder 51 and in/out cylinder 53.  Valve 57
activates cylinder 51 to move both the cylinder 53 and the
extension rod 52 in the Y direction.  Valve 59 activates cylinder
53 to move the extension rod in the Z direction.  Valve 54
provides air to the vacuum generator 58 to suction in head 56
15   sufficient to pick a package from a rod 30 of the support
structure 28 and then hold it to the suction head 56.  The
suction head 56 preferably has two faces 60 and 61 through which
suction can be drawn.  One face 60 is capable of picking a
package from a rod 30 of the storage rack and the other face 61
20   is capable of picking a package from a storing rod 48 of the
picking means 38.  As shown in Figure 2, each package preferably
has a face 62.  The packages are held by the storing rod 48 and
the rods 30 of the support structure 38 such that the face 62 of
each package is parallel to the Y axis.  The outside face 60 is
25   utilized when a package 14 is being removed from a rod 30 in the
supply rack, and the inside face 61 is utilized when a package is
being removed from the storing rod 48 of the picking means 38.

- 19 -

In an alternative embodiment, the rods 30 extend from the double rod support bar 64 in sets of two as shown in Figure 14. A first rod 65 and a second rod 66 of each set point essentially in the Z direction, but approximately 180 degrees

5    apart from each other. This embodiment shown in Figure 15 includes a first tooling support structure 70, a second tooling support structure 72, a first end of arm tooling 67 and a second end of arm tooling 68 that picks the packages 14. Each tooling support structure has at least one column type vehicle 44 and at

10   least one track 42 to support the column 44. Column 44 moves along the respective tracks 42 to pick a given package 14 from a corresponding support rod 30, or restock a support rod 30 with an associated package 14.

       In the operation of the preferred embodiment in a

15   hospital, doctors visit patients in nursing units and write out medication orders for each patient. A patient is typically placed on a certain medication treatment which requires multiple doses of medication over a period of a day. Some medications are administrated at certain times of the day and possibly at

20   intervals of several hours. Patients may also request certain medications on an elective basis for disorders such as headaches. These requests are included in the doctor's order that is sent from the nursing unit to the central pharmacy of the hospital. Once an order is received by the pharmacy, it is checked by

25   registered pharmacists and input into the pharmacy information system. These orders reflect not only orders that are added to a

particular patient's treatment, but changes in the medication

treatment.  The pharmacy information system combines this

information with the patient's existing medication schedule and

develops a patient medication profile.  A fill list is generated

5 from that profile.  The fill list is a list of all the

medications that must be distributed to all patients for the day.

This information is sent to the pharmacy printer where a hard

copy is generated.

   Means for communication between the pharmacy information

10 system and the present system exist by either tapping the serial

data print stream of the pharmacy information system or by a

direct bi-directional communication link.  The relevant

information concerning the patient including drug type, dosage

and frequency is placed in the database of the system.  The

15 database contains information about which drugs are to be

dispensed that day to the patient and all drugs that have been

dispensed in the past to the patient.  Information from the

pharmacy information system is received on an ongoing basis

throughout the day.  New information can be entered into the

20 database at any time.  In addition to the fill list, new orders

and patient admittance, discharge and transfer information are

received and stored.

   Figure 16 is a flowchart with respect to the processing

of a patient prescription.  A similar method would be followed

25 for retrieving other stored products.  The software for

processing an order is started as indicated by box 180.  Then the

steps indicated by boxes 181 thru 202 are followed.  Before a box

is loaded onto the conveyers, the operator scans the location

barcode and the patient barcode on the patient box.  The system

then checks its database to ensure that that patient is still at

5      that location.  If a new patient has been transferred or admitted

to that location, the system automatically generates a barcode

label with that patient's identification number on it.  This

label is then manually applied to the patient box and the box is

placed on the conveyor.  If no patient is registered in the room,

10     the box is placed aside and the operator proceeds with the next

patient box to be filled.  When the turn comes for the patient

box 36 to be filled, it is shuttled into a position on the

conveyor 34 such that the gripper assembly 38 can communicate

with the box 36 as shown in Figure 1.  A stationary bar code

15     reader 90 reads the bar code on the patient box 36.  The patient

identification number is then parsed from the bar code input.

This causes the fill list for that particular patient to be

retrieved from the database as indicated in box 185.  The fill

list is converted to data consisting of locations and number of

20     picks.  At box 187 the data is then downloaded to a robot

controller or gantry control program in order for the computer 24

to control the end of arm tooling 38 such that it knows what

packages 14 to obtain and place in the patient box 36.

The system is now ready to pick the drugs 188.  First,

25     the column-type vehicle 44 goes to the rack where the drug to be

selected is stored and stops at the X coordinate of that drug

package.  The picking means 38 then moves along the column 44 to

the Y coordinate of the medicine package to be picked.  It is

also turned to the proper storage rack 12 which has the desired

package 14.  These actions may also be performed simultaneously

5       by the system 189.

    When the end of gripper assembly 38 is properly

positioned, the bar code reader 26 reads 190 the identity 16 on

the medicine package 14 in order to confirm that it is the proper

medicine package to be picked with respect to the patient's

10      prescription.  After such confirmation the suction rod 52 extends

in the Z direction by pneumatic cylinder 53 such that the outside

suction face 60 contacts the package face 62.  Valve 54 activates

a suction through the air lines 55 such that a suction drawn

through the suction face 60 grabs the medicine package 14 sensor

15      58a detects when the contact is proper between the suction face

60 and the medicine package 14, as indicated at box 192 of Figure

16.  Then the extension rod 52 retracts from the rod 30 of the

support structure 28, pulling the medicine package 14 with it.

Once the medicine package 14 is clear of the rod 30, the

20      extension rod 52 positions the medicine package 14 that it has

obtained, upon the storing rod 48 as indicated by box 193.

    The system now prepares for the next pick.  This

operation is indicated by box 194 includes several actions.  Once

the package 14 is on the storage rod 48, the vacuum valve 54

25      terminates the suction and the medicine package is released from

the suction face 60.  The vacuum valve 57 then activates the

cylinder 51 such that the extension rod 52 (and cylinder 53) are moved in the Y direction so the bottom of the suction head 56 is above the package 14 on the storing rod 48. The extension rod is then moved forward in the Z direction and downward in the Y direction by the respective valves and cylinders to clear the package and position the suction head 56 for the next pick. In an alternative embodiment the storage rod 48 is moved down rather than moving suction head up 56 to provide clearance between them when the suction head moves in a Z direction. The computer 24 then notes that the medicine package 14 with the appropriate medicine has been picked.

The final series of operations indicated by boxes 195 thru 202 involves a comparison of the drug identified by the reader as having been picked with the list of drugs to be selected. If an incorrect drug was selected the gripper assembly moves to a reject area, places the incorrect drug there, removes that drug from the list of items selected and is ready to pick more drugs. If the correct drug was selected the system records that fact and is ready to pick more drugs. The process is repeated for all the medicine identified in the patient's prescription until all of the medicine packages 14 needed have been picked.

The gripper assembly containing all desired packages then positions itself so that it is over the patient box 36. The gripper assembly 38 then positions the outside suction face 60 behind the medicine packages on the storing rod 48 that have been

collected.  Packages can be dropped into the patient box by
retracting rod 48 by actuating cylinder 48A to the position shown
in Figure 10.  The storage rod 48 is then moved into the negative
Z direction so that the suction face no longer holds the packages
5   in place.  The cylinder 48B then causes the storage rod 48 to be
retracted which will cause the drugs to be dumped into the box.

Alternatively, the suction head may be stroked forward
in the Z direction so that all packages 14 are pushed off the
storing rod 48 into the patient box 36.  Movement of the suction
10   head is accomplished by the vacuum system.  Vacuum valve 57
activates the cylinder 51 to retract in the positive Y direction
such that the bottom of the suction head 56 is above the tops of
the packages 14 on the storing rod 28.  Then vacuum valve 59
activates cylinder 53 to retract the extension rod 52 in the
15   negative Z direction such that the outer suction face 60 is
behind all of the medicine packages 14 on the storing rod 48.
Vacuum valve 57 is then activated such that the suction head 56
is dropped back down in the negative Y direction to be behind the
packages 14.  Finally, vacuum valve 59 is activated such that the
20   extension rod 52 is extended in the positive Z direction and the
front suction face 60 pushes all packages 14 off the storing rod
48 into the patient box 36.

In the event that the wrong medicine package 14 was
scanned and is picked, or the medicine has expired, then picking
25   means 38 will have placed those packages in a reject or return
area, where the medicine package 14 can be disposed.  A pharmacy

- 25 -

technician will then manually sort the drugs in the reject area,
removing expired drugs and placing the others in the supply rack
in order that they might be returned to their correct location in
the system.  The process is then repeated for the next drug on

5  the prescription list that has not yet been obtained.

The flow chart of Figure 17 is the process of checking
the selected packages which have been placed in a patient box.
Such checking is performed at the check station.  The process
begins by calling up the check program indicated by box 105.  The

10  bar code on the patient box is scanned 106 and the patient number
portion of the bar code is identified 107.  The patient number is
displayed 108 on the screen at the check station.  Then the
packages in the patient box are scanned 109.  The identification
of the packages is compared with the list of drugs that had been

15  ordered for the patient in a verify step 110.  If correct
packages are in the box, the checking of the box is complete and
the system is ready for the next box 111.  If the packages in the
box do not match the order the system determines if the problem
can be corrected 112.  If so, the correction is made 113 and the

20  verify step is repeated.  If not, the box is dumped 114 and the
order is recorded as not filled or the box is resubmitted and the
missing medications are filled by the system.  For example,
should the system determine that an item is missing it may either
create a modified list and send the box on with a modified list

25  or it may instruct the picking means to get the missing item.

The return process is shown in the flow chart of Figure 18. The process starts 115 by calling up the return program. The patient box containing the returned items must be positioned so that the patient box can be scanned 116 for the patient

5      identification number 117 and the nursing unit from which the box was returned. If the box has come from the proper nursing unit the system retrieves the patient dispensing record 120 and displays that record 121 for the operator. Next the packages are scanned 122. The system preferably verifies 123 that the scanned

10     packages had been sent to the patient making the return. Next the system checks each package 124 to determine if the drug is useful or if it has expired, been recalled or otherwise should not be returned to the supply rack. If no, the package is discarded 125. If yes, the package is returned to the supply

15     rack 126. If more drugs remain in the box the process is repeated 127. If no packages remain, the system may further process the list of returned packages 128 to modify the patient's record, update the system inventory log or display the list of returns for review by the operator.

20     The process of restocking returned or new packages to the storage rack is diagramed in Figure 19. These packages are manually placed on a return or supply rack and the program for restocking is called up 130. The program causes the picking means to be positioned 131 so that the gripping assembly can pick

25     packages from the return or supply rack. The bar code on the first package is scanned 132 and the portion of the scanned bar

code which identifies the drug is found 133. The system then
checks the database 134 for the location in the storage rack
which has been designated for the identified product. The system
extends the vacuum head 135 to engage the package. Suction is
applied 136 and a suction sensor is checked. This should cause
the package to be held by the gripper assembly which fact will be
confirmed by the sensor 137. The gripper assembly positions the
package 138 on the storage rod 48 in the gripper assembly. Then
the suction is released and the gripper assembly is ready to
place additional packages on the storage rod. If more packages
remain on the return or supply rack 140, the process is repeated
until all packages are on the storage rod or the storage rod is
full. The gripper assembly is then moved to a position 141 in
front of the storage rack to properly place the outermost package
on the storage rod. That package is grasped 142 using back
suction cups 61 (see Figure 11). The extension rod 52 is
retracted in the negative Z direction such that the inside
suction face 61 is in contact with the medicine package 14. The
sensing means 58 determines whether proper contact is made. Then
the extension rod 52 is moved a predetermined distance in the
positive Z direction 143 to place the medicine package over a rod
30 of support structure 28. Vacuum valve 54 is then deactivated
144 to stop suction, allowing the medicine package 14 on the
suction face 61 to drop away therefrom. The extension rod 52
then moves in the negative Z direction towards the medicine
packages 14 on the storing rod 48 to repeat the process. While

it moves back to obtain another medicine package 14, the sensor
58 trips when contact is made.  The process can be repeated 141
until there are no more medicine packages 14 on the storing rod
48.  The computer 24 knows when to stop returning packages since
5   it knew how many packages had been placed on the storing rod 48.

In the event that all drugs to be returned or restocked
at a particular storage location are identical the process is
some what different.  Packages are picked from the supply rack in
the method detailed above.  The gripper assembly is then moved to
10  a position in front of the storage rack to place the remaining
packages on the storage rod.  Cylinder 48A causes the assembly of
storing rod 48 and pusher plate 57B to move in the negative Z
direction.  Storage rod 48 is co-linear with a rod 30 of support
structure 28.  Pusher plate 57B then moves in the positive Z
15  direction pushing all remaining packages on storage rod 48 on to
rod 30.

The restocking of the storage racks 12 can be carried
out during the evening when packages are not being gathered to
fill orders.  Alternatively, restocking can be carried out
20  simultaneously with picking if the system 10 has a pair of rods
as shown in Figure 14, a first end of arm tooling 67, second end
of arm tooling 68 and a first tooling structure 70 and a second
tooling structure 72 is utilized, as shown in Figure 15.  While,
for instance, the first end of arm tooling 67 is picking medicine
25  packages 14 to fill a patient's prescription, the second end of
arm tooling 68 can be restocking the second side of the

- 29 -

storage area 12.

Although the invention has been described in detail in the foregoing embodiments for the purpose of illustration, it is to be understood that such detail is solely for that purpose and

5    that variations can be made therein by those skilled in the art without departing from the spirit and scope of the invention except as it may be described by the following claims.

We claim:

    1.  A system for selecting and delivering packages from a stored area to fill orders comprising:

       a)  a storage area comprised of a plurality of locations each location being sized and configured to hold at least one package in a manner so that the package can be placed into and removed from the locations by automated picking means, each location having a distinct $x$, $y$ coordinate;

       b)  automated picking means sized and configured to be able to hold packages, to select packages from storage area locations and place packages in storage area locations in accordance with instructions received from a computer, the picking means having a gripper for grasping and moving individual packages;

       c)  a computer having at least one memory which contains a program for directing the picking means to chosen storage area locations and a database containing at least one $x$, $y$ coordinate location in the storage area for each package held within the storage area, wherein only one type of package is stored in each $x$, $y$ coordinate location.

    2.  The system of claim 1 wherein the gripper is a vacuum head.

3.   The system of claim 1 also comprising a sensor attached to the picking means for determining when a package is grasped by the gripper.

4.   The system of claim 1 wherein at least one package has a machine readable label identifying contents of the package and also comprising a package reader attached to the picking means for reading the label.

5.   The system of claim 4 wherein the label is a bar code and the reader is a bar code reader.

6.   The system of claim 4 wherein the label also contains an expiration date.

7.   The system of claim 1 wherein the picking means contains a picking means storage area for holding packages selected by the picking means.

8.   The system of claim 7 wherein the picking means storage area is comprised of at least one storage rod and holes are provided in the packages to permit the packages to be held on the storage rod.

9. The system of claim 1 also comprising a supply station for receiving new and returned packages, the supply station having a plurality of locations each location being sized and configured to hold at least one package in a manner so that the package can be placed into and removed from the locations by automated picking means, each location having a distinct x, y coordinate.

10. The system of claim 9 wherein the supply station is movable and is sized to be removably positioned adjacent the storage area.

11. The system of claim 1 wherein the storage area is comprised of a plurality of rods and a hole is provided in each package to permit the package to be held on the rods.

12. The system of claim 1 also comprising at least one data transmission port attached to the computer through which a list of packages to be selected can be input and a list of packages selected by the system can be output.

13. The system of claim 1 wherein the memory contains a program for checking compatability of products in packages selected by the picking means with other products listed in the database.

14.  The system of claim 1 also comprising a conveyor positioned to receive packages from the picking means.

15.  The system of claim 14 also comprising a plurality of containers positioned on the conveyor, the containers being sized and positioned to receive packages from the picking means.

16.  The system of claim 15 wherein the containers have machine readable labels.

17.  The system of claim 16 wherein the labels are bar codes.

18.  The system of claim 15 wherein each package and each container have machine readable labels.

19.  The system of claim 18 wherein the labels are bar codes.

20.  The system of claim 18 also comprising a check station located adjacent the conveyor, the check station having reading means for reading the machine readable labels.

21.  The system of claim 20 wherein the reading means is connected to the computer in a manner to input information from the machine readable labels; the computer having a program for

storing the input information in memory and for comparing the
input information to other information contained in the database.

22.   The system of claim 1 wherein the packages contain
individual doses of medicine.

23.   The system of claim 1 also comprising a track over
which the picking means travels according to directions supplied
by the computer also comprising means for moving the picking
means over the track.

24.   A system for selecting and delivering packages from
a holding to fill orders comprising:

   a)   holding means comprised of a frame having a
       plurality of support rods for holding medicine
       packages, each rod associated with a given medicine
       and holding medicine packages with only the same
       medicine;

   b)   means for supplying medicine packages to the support
       rods;

   c)   means for picking medicine packages from the support
       rods in accordance with instructions received from a
       computer, said picking means being able to access
       the holding means and the supply means;

d)    a computer having a database containing the
      locations of all packages in the holding means able
      to receive orders for packages and able to direct
      the means for picking packages.

25.   A system as described in claim 24 wherein the
structure includes a plurality of rod supports from which the
rods extend, said structure with back rod supports form an X, Y
coordinate system with each rod and medicine packages therein
having a unique X and Y coordinate, said picking means disposed
adjacent said structure such that a given medicine package on an
associated rod can be picked by the picking means to fill a
patient's prescription; or a given medicine package in the
supplying means can be picked by the picking means to restock the
associated rod.

26.   A system as described in claim 25 including a
conveyor in communication with the picking means; and patient
prescription boxes which are moved by the conveyor to the picking
means such that the picking means provides the medicine packages
it has picked to fill a given prescription to an associated box.

27.   A system as described in claim 26 wherein the
picking means includes at least one gripper that picks the
medicine packages; and a tooling support structure having at
least one column to support the tooling and at least one row to

support the column such that the tooling moves along the column
as the column moves along the row to pick a given medicine
package hanging from a corresponding support rod, or restock a
given medicine package on a corresponding support rod; and means
for moving the column with respect to the row, said moving means
controlled by the computer.

    28.  A system as described in claim 27 wherein the
tooling is comprised of

        a housing;

        means for storing medicine packages attached to the
        housing;

        means for obtaining a medicine package, said
obtaining means slidingly attached to the housing such
that it can move in a Z direction, which is perpendicular
to the X and Y directions, to pick a medicine package
from a support structure when the housing is adjacent to
and aligned with a support rod, and can move in the Z
direction to place a picked package on the storing means;
and

        wherein the identifying means is part of the gripper
such that it can identify a package to be picked by the
obtaining means, each of said packages having an identity
disposed on them which can be read by the identifying
means.

6
29.  A system described in claim 4 28 wherein the identity
of each package is a bar code, and the identifying means includes
a bar code reader disposed on the obtaining means.

Subst
as

30.  A system as described in claim 29 wherein
    the obtaining means includes means for producing a
suction; a suction rod in fluidic connection with the
suction producing means, said suction rod slidingly
attached with respect to the Y and Z directions to the
housing and maintaining a suction therethrough when the
suction producing means is activated;
    a suction is connected to the suction rod through
which a medicine package is picked with suction; and
means for sensing when a package is properly positioned
on the suction head such that the package rod is then
moved to the storing means and deposits the package
thereon.

8
31.  A system as described in claim 7 30 wherein the
storing means is a storing rod which extends from the housing
such that the suction head and the suction rod can deposit a
package thereon.

9
32.  A system as described in claim 8 31 wherein the
tooling includes valves and pneumatic cylinders for moving the
suction rod in the Y and Z direction; and a vacuum pump for

34

providing suction to the suction rod and support head sufficient
to pick a package from a rod of the support structure and then
hold it to the suction head.

33. A system as described in claim 32 wherein the
suction head has two faces through which a suction can be drawn,
each face capable of picking a package.

34. A system as described in claim 33 wherein the two
faces are parallel to each other and are parallel to the x-axis,
and wherein each package has a face and the package are held by
the storing rod and the rods of the support structure such that
the face of each package is parallel to the x-axis.

35. A system as claimed in claim 24 wherein the rods
extend from the back rod supports in sets of two, with a first
rod and a second rod on each set pointing essentially in a Z
direction, which is perpendicular to the X and Y directions, but
approximately 180° apart from each other, and wherein the picking
means includes a first gripper and a second gripper that picks
the medicine packages; and a first and second tooling support
structure, each tooling support structure having at least one
column and at least one row to support the column, such that the
first and the second tooling moves along the respective column
and the respective column moves along the respective row of the
first and second tooling support structure, respectively, to pick

a given medicine package from a corresponding support rod, or restock a support rod with an associated medicine package.

36.   A system as described in claim 20 wherein the picking means includes at least one gripper that picks the packages; and a tooling support structure having at least one column to support the tooling and at least one row to support the column such that the tooling moves along the column as the column moves along the row to pick a given package hanging from a corresponding support rod, said gripper able to turn on the column to pick packages on either the first or second holding means; and

means for moving the column with respect to the row, said moving means controlled by a computer and in communication therewith.

08452646



ABSTRACT OF THE DISCLOSURE

A system for filling orders, such as prescriptions for patients, comprising a device for holding packages.  Each package has the same type of contents being held in a predetermined location by the holding device.  Each package has an identity which defines the contents therein.  The holding device has a plurality of predetermined locations corresponding to a plurality of different types of contents.  Additionally, the system is comprised of a device for supplying packages to the holding device.  Also, there is a device for picking a package from the holding device that is identified in the order for the purpose of restocking the holding device.  The picking device is in communication with the holding device and supplying device.  In a preferred embodiment, the contents of each package is a single dosage of medicine.

-41-

Docket No. 920015

## DECLARATION AND POWER OF ATTORNEY

I, the below named inventor, hereby declare that:

My residence, post office address and citizenship is as stated below next to my respective name.

I believe I am the original, first and sole inventor of the subject matter which is claimed and for which a patent is sought on the invention entitled: AN AUTOMATED SYSTEM FOR SELECTING AND DELIVERING PACKAGES FROM A STORAGE AREA, the specification of which was filed on April 21, 1992, and bears Serial No. 07/871,832.
I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, Section 1.56(a).

I hereby claim the benefit under Title 35, United States Code, Section 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, Section 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, Section 1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing of this application.

| Application Serial No. | Filing Date | Status (Patented, Pending, Abandoned) |
|---|---|---|
| 07/469,217 | 1/24/90 | Abandoned |
| | | |
| | | |
| | | |
| | | |

I hereby declare that all statements made hereby of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

I hereby appoint the following attorney(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected herewith:  Lynn J. Alstadt, Reg. No. 29,362; George P. Baier, Reg. No. 26,717; Paul A. Beck, Reg. No. 22,289; Michael L. Dever, Reg. No. 32,216; Craig N. Killen, Reg. No. 35,218; George Raynovich, Jr., Reg. No. 19,829 and Alvin E. Ring, Reg. No. 18,697.

Address all telephone calls to  Lynn J. Alstadt
Address all correspondence to  Buchanan Ingersoll Professional Corporation,
58th Floor, 600 Grant Street
Pittsburgh, Pennsylvania 15219
(412) 562-1632

1. Full name of sole or first inventor <u>Sean C. McDonald</u>
Inventor's Signature _____ Date <u>6-19-92</u>
Residence <u>Pittsburgh</u>, Allegheny County, Pennsylvania <u>PA</u> Citizenship <u>USA</u>
Post Office Address <u>419 South Braddock Avenue, Pittsburgh, Pennsylvania  15221</u>

2. Full name of second joint inventor, if any <u>Ellen J. Hertz</u>
Inventor's Signature _____ Date <u>6-8-92</u>
Residence <u>Clemmons</u>, Forsyth County, North Carolina <u>NC</u> Citizenship <u>USA</u>
Post Office Address <u>4232 Lake Cliff Drive, Clemmons, North Carolina   27012</u>

3. Full name of third joint inventor, if any <u>James A. Smith</u>
Inventor's Signature _____ Date <u>6/19/92</u>
Residence <u>Allison Park</u>, Allegheny County, Pennsylvania <u>PA</u> Citizenship <u>USA</u>
Post Office Address <u>3909 Ash Drive, Allison Park, Pennsylvania   15101</u>

4. Full name of fourth joint inventor, if any <u>Gregory Toto</u>
Inventor's Signature _____ Date <u>6/18/92</u>
Residence <u>Santa Cruz</u>, Santa Cruz County, California <u>CA</u> Citizenship <u>USA</u>
Post Office Address <u>815B Corcoran Avenue, Santa Cruz, California   95062</u>

Full name of fifth joint inventor, if any _____
Inventor's Signature _____ Date _____
Residence _____ Citizenship _____
Post Office Address _____

Applicant or Patentee:  Sean ( McDonald et al.

Attorney's Serial or Patent '  _____  Docket No.:  920015

Filed or Issued:  _____

AN AUTOMATED SYSTEM FOR SELECTING AND DELIVERING PACKAGES FROM A STORAGE AREA

VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS
(37 CFR 1.9(f) and 1.27(c)) - SMALL BUSINESS CONCERN

I hereby declare that I am

[ ] owner of the small business concern identified below:
[ ] an official of the small business concern empowered to act on behalf of the concern identified below:

NAME OF CONCERN  __Automated Healthcare, Inc.__

ADDRESS OF CONCERN  __261 Kappa Drive__
__Pittsburgh, Pennsylvania  15238__

I hereby declare that the above identified small business concern qualified as a small business concern as
defined in 13 CFR 121.3-18, and reproduced in 37 CFR 1.9(d), for purposes of paying reduced fees under section
41(a) and (b) of Title 35, United States Code, in that the number of employees of the concern, including those
of its affiliates, does not exceed 500 persons.  For purposes of this statement, (1) the number of employees
of the business concern is the average over the previous fiscal year of the concern of the persons employed on
a full-time, part-time or temporary basis during each of the pay periods of the fiscal year, and (2) concerns
are affiliates of each other when either, directly or indirectly, one concern controls or has the power to
control the other, or a third party or parties controls or has the power to control both.

I hereby declare that rights under contract or law have been conveyed to and remain with the small business
concern identified above with regard to the invention, entitled AN AUTOMATED SYSTEM FOR SELECTING AND
DELIVERING PACKAGES FROM A STORAGE AREA _____ by inventor(s) Sean C. McDonald
__Ellen J. Hertz, James A. Smith and Gregory Toto__
described in

[X] the specification filed herewith
[ ] application serial no. _____ , filed _____
[ ] patent no. _____ , issued _____

If the rights held by the above-identified small business concern are not exclusive, each individual, concern
or organization having rights to the invention is listed below* and no rights to the invention are held by any
person, other than the inventor, who could not qualify as a small business concern under 37 CFR 1.9(d) or by
any concern which would not qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization
under 37 CFR 1.9(e).  *Note:  Separate verified statements are required from each named person, concern or
organization having rights to the invention averring to their status as small entities.  (37 CFR 1.27)

NAME  _____

ADDRESS  _____
          [ ] Individual     [ ] Small Business Concern     [ ] Nonprofit Organization

NAME  _____

ADDRESS  _____
          [ ] Individual     [ ] Small Business Concern     [ ] Nonprofit Organization

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting
in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the
issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate.
(37 CFR 1.28(b))

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on
information and belief are believed to be true; and further that these statements were made with the knowledge
that willful false statements and the like so made are punishable by fine or imprisonment, or both, under
section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the
validity of the application, any patent issuing thereon, or any patent to which this verified statement is
directed.

NAME OF PERSON SIGNING  __Sean C. McDonald__

TITLE OF PERSON OTHER THAN OWNER  __President__

ADDRESS OF PERSON SIGNING  __261 Kappa Drive__
__Pittsburgh, Pennsylvania  15238__

SIGNATURE  _Sean M^cDonald_  DATE _4/20/92_

| CERTIFICATE OF MAILING BY " EXPRESS MAIL " UNDER 37 CFR 1.10 – SEPARATE PAPER – | ATTORNEY'S DOCKET NO. 950441 |
|---|---|

| IN RE APPLICATION OF |  |
|---|---|
| Sean McDonald et al. |  |
| SERIAL NUMBER | FILED May 25, 1995 |
| FOR AN AUTOMATED SYSTEM FOR SELECTING PACKAGES FROM A STORAGE AREA | |
| GRP. ART UNIT | EXAMINER |

" Express Mail " mailing label number  B 84267047

Date of deposit   May 25, 1995

I hereby certify that this paper or fee is being deposited with the United States Postal Service " Express Mail Post Office to Addressee " service under 37 CFR 1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.

Lynn J. Alstadt, Esq.
( Typed or printed name of person mailing paper or fee )

( Signature of person mailing paper or fee )

Patent and Trademark Office - U.S. DEPT of COMMERCE





Figure 1

08/452646



Figure 2

09/452646



Figure 3

08/452646



Figure 4

08/452646



Figure 5

09/452646



Figure 6

09/452646



Figure 7