IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON AUTOMATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-028 (SLR/LPS) |
| ) | |
| SWISSLOG ITALIA S.P.A. and ) | |
| TRANSLOGIC CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE

IT IS HEREBY STIPULATED by the parties, subject to approval by the Court, that the time for defendants Swisslog Italia S.p.A. and Translogic Corporation to file an answering brief in opposition to Plaintiff's Motion for Bifurcation shall be extended to September 22, 2008.

BLANK ROME LLP

/s/ *Dale R. Dubé (#2863)*

_____
Dale R. Dubé (#2863)
1201 N. Market Street
Suite 800
Wilmington, DE 19801
(302) 425-6400
dube@blankrome.com
  *Attorneys for Plaintiff McKesson Automation, Inc.*

MORRIS, NICHOLS ARSHT & TUNNELL LLP

/s/ *Julia Heaney (#3052)*

_____
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 351-9221
jheaney@mnat.com
  *Attorneys for Defendants Swisslog Italia S.p.A. and Translogic Corporation*

September 2, 2008

SO ORDERED this _____ day of _____, 2008.

_____
U.S.D.J.

2467004